IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 18-966 (VAC) (CJB) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF RELATED ACTION

Pursuant to D. Del. LR 3.1(b), Defendant Intel Corporation notes that this action is related to another patent infringement action between the same parties pending in the United States District Court for the Northern District of California, *VLSI Technology LLC v Intel Corporation,* C.A. No. 5:17-cv-05671-BLF.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*

July 9, 2018
12036977

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 9, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 9, 2018, upon the following in the manner indicated:

Brian E. Farnan, Esquire  *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Street
Wilmington, DE  19801
*Attorneys for Plaintiff*


*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)