IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 18-966 (VAC) (CJB) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### DEFENDANT INTEL CORPORATION'S MOTION TO TRANSFER VENUE

Defendant Intel Corporation ("Intel") respectfully moves pursuant to 28 U.S.C. § 1404(a) for an order transferring this action to the United States District Court for the Northern District of California. The grounds for this motion are set forth in the Brief in Support of Intel Corporation's Motion to Transfer Venue and the Declarations of Mark D. Selwyn and Thomas Herrgott in support of this motion, filed contemporaneously herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

OF COUNSEL:

*Attorneys for Defendant*

William F. Lee
Louis W. Tompros
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Mark D. Selwyn
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

Amanda L. Major
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

August 6, 2018

## **RULE 7.1.1 CERTIFICATE**

Pursuant to Rule 7.1.1 of the Local Rules of the United States District Court for the District of Delaware, counsel for Intel have consulted with counsel for Plaintiff VLSI Technology LLC regarding the subject matter of this motion and have been informed that Plaintiff opposes the relief sought.

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 6, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 6, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)