IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) C.A. No. 18-966 (VAC) (CJB) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT INTEL CORPORATION'S MOTION TO DISMISS
CLAIMS FOR WILLFUL AND INDIRECT INFRINGEMENT UNDER
FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Defendant Intel Corporation ("Intel") respectfully moves pursuant to Federal Rule of Civil Procedure 12(b)(6) for an order dismissing:

- VLSI's claims for willful infringement of U.S. Patent Nos. 6,212,633, 7,247,552, 7,523,331, and 8,081,026;

- VLSI's claims for induced infringement of U.S. Patent Nos. 6,212,633, 7,523,331 and 8,081,026; and

- VLSI's claims for contributory infringement of U.S. Patent Nos. 6,212,633, 7,523,331 and 8,081,026.

The grounds for this motion are set forth in Intel's Opening Brief and the Declaration of Amanda L. Major, filed contemporaneously herewith.

<table>
<tr><td>

OF COUNSEL:

William F. Lee
Louis W. Tompros
WILMER CUTLER PICKERING
  HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Mark D. Selwyn
WILMER CUTLER PICKERING
  HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6000

Amanda L. Major
WILMER CUTLER PICKERING
  HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

August 20, 2018

</td><td>

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*

</td></tr>
</table>

2

# CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2018, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 20, 2018, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)