# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No.: 18-cv-966-CFC<br><br>JURY TRIAL DEMANDED |

## NOTICE OF SERVICE

PLEASE TAKE NOTICE that on November 16, 2018, a copy of VLSI Technology LLC's First Set of Interrogatories to Intel Corporation (Nos. 1-13) was served on the following as indicated:

<u>Via E-Mail</u>
Jack B. Blumenfeld
Jeremy A. Tigan
Morris, Nichols, Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant Intel Corporation*

<u>Via E-Mail</u>
Jordan L. Hirsch
William F. Lee
Amanda L. Major
David C. Marcus
Mark D. Selwyn
Louis W. Tompros
Kathryn Zalewski
Liv Herriot
WILMER CUTLER PICKERING
HALE AND DORR LLP
jordan.hirsch@wilmerhale.com
william.lee@wilmerhale.com
amanda.major@wilmerhale.com
david.marcus@wilmerhale.com
mark.selwyn@wilmerhale.com
louis.tompros@wilmerhale.com
kathryn.zalewski@wilmerhale.com
liv.herriot@wilmerhale.com

*Attorneys for Defendant Intel Corporation*

Dated: November 16, 2018

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Morgan Chu  (admitted *pro hac vice*)
Ben Hattenbach  (admitted *pro hac vice*)
Amy E. Proctor  (admitted *pro hac vice*)
Dominik Slusarczyk  (admitted *pro hac vice*)
Leah Johannesson (admitted *pro hac vice*)
Charlotte J. Wen  (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
aproctor@irell.com
dslusarczyk@irell.com
ljohannesson@irell.com
cwen@irell.com

*Attorneys for VLSI Technology LLC*