IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-966 (CFC) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 19-426 (CFC) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## INTEL CORPORATION'S MOTION TO CONSOLIDATE

Pursuant to Federal Rule of Civil Procedure 42(a), Defendant Intel Corporation ("Intel") respectfully moves for an order consolidating these patent infringement actions filed by Plaintiff VLSI Technology LLC.  The grounds for this motion are set forth in Intel's Opening Brief in Support and the Declaration of Gregory H. Lantier, submitted herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

*Attorneys for Defendant*

OF COUNSEL:

William F. Lee
Louis Tompros
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Amanda L. Major
Gregory H. Lantier
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

March 20, 2019

## **RULE 7.1.1 STATEMENT**

I certify that the subject of the foregoing motion has been raised with counsel for the plaintiff and that we have been not been able to reach agreement.

*/s/ Jack B. Blumenfeld*

_____

Jack B. Blumenfeld (#1014)

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 20, 2019, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                          *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Morgan Chu, Esquire                                               *VIA ELECTRONIC MAIL*
Ben Hattenbach, Esquire
Amy E. Proctor, Esquire
Dominik Slusarczyk, Esquire
Charlotte J. Wen, Esquire
Leah Johannesson, Esquire
Christopher Abernethy, Esquire
S. Adina Stohl, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
*Attorneys for Plaintiff*

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)