IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-966-CFC |
| | : | |
| INTEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

At Wilmington this 26th day of March in 2019:

For the reasons set forth in the Memorandum Opinion issued this day,

**IT IS HEREBY ORDERED** that "Defendant Intel Corporation's Motion to Dismiss Claims for Willful and Indirect Infringement under Federal Rule of Civil Procedure 12(b)(6)" (D.I. 17) is **GRANTED**.

1. VLSI's claim against Intel for enhanced damages based on willful infringement of U.S. Patent Nos. 6,212,633, 7,247,552, 7,523,331, and 8,081,026 is **DISMISSED**.

2. VLSI's allegations of willful infringement with respect to U.S. Patent Nos. 6,212,633, 7,247,552, 7,523,331, and 8,081,026 (in paragraphs 37, 88, 119, and 148, respectively, of VLSI's original complaint) are **STRUCK**.

3. VLSI's claims that Intel induced infringement of U.S. Patent Nos. 6,212,633, 7,523,331, and 8,081,026 before VLSI filed this lawsuit are **DISMISSED**.

4. VLSI's claims that Intel contributorily infringed U.S. Patent Nos. 6,212,633, 7,523,331, and 8,081,026 before VLSI filed this lawsuit are **DISMISSED**.

**IT IS SO ORDERED.**

_____
CONNOLLY, UNITED STATES DISTRICT JUDGE