# FARNAN LLP

April 8, 2019

**VIA E-FILING**
The Honorable Colm F. Connolly
J. Caleb Boggs Federal Building
844 N. King Street
Unit 31, Room 4124
Wilmington, DE 19801-3555

RE: **VLSI Technology LLC v. Intel Corporation**
<u>**C.A. No. 18-cv-966-CFC**</u>

Dear Judge Connolly:

VLSI writes to advise the Court about an important development following the Wednesday, April 3, 2019 hearing in this matter.

On Wednesday, Intel threatened that the Court would be "dealing with an enormous number of claims at Markman," resulting in a situation that would not be "manageable" for the Court, unless a substantial portion of VLSI's case was tossed out before any consideration of the merits. *See* April 3, 2019 Transcript at 32, 40. Two days later, on Friday, the parties exchanged their identification of claim terms to be construed. Copies of the parties' disclosures are submitted herewith. *See* Ex. A; Ex. B.

Contrary to what Intel suggested to the Court on Wednesday, Intel identified only nine terms it contends require construction and one term it contends is indefinite across the presently-asserted claims. VLSI further identified only two terms for construction (one of which is three variants of a single word). This means that, even with the claims presently at issue, the parties are only asking this Court to construe up to eleven claim terms overall. As the Court noted at the hearing, construing ten claim terms is "the norm." *See* Transcript at 26. After the parties confer about Intel's nine terms and VLSI's two terms, the number of disputes will probably be well below the normal ten. Most of the proposed claim terms are used in the vast majority of the asserted claims, underscoring the relevance and utility of the Court's expected work in construing them notwithstanding any subsequent narrowing. It is clear that the unworkable scenario Intel prophesied about was not an accurate description of what has now actually transpired.

Thus, for the reasons presented during the hearing and because the number of terms for claim construction does not support the drastic claim narrowing sought by Intel, VLSI respectfully requests that the Court adopt VLSI's proposal as stated on slide 31 of the demonstrative VLSI used at Wednesday's hearing. D.I. 119.

We are available at the Court's convenience should Your Honor have any questions.

Respectfully submitted,

/s/ Brian E. Farnan

Brian E. Farnan

cc: Counsel of Record (Via E-Filing)