# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | Civil Action No. 18-966-CFC<br><br>CONFIDENTIAL |

### PLAINTIFF VLSI TECHNOLOGY LLC'S PRELIMINARY LIST OF CLAIM TERMS AND PROPOSED CONSTRUCTIONS PURSUANT TO PARAGRAPH 8(a) OF THE SCHEDULING ORDER (D.I. 40)

Pursuant to Paragraph 8(a) of the October 31, 2019 Scheduling Order (D.I. 40), Plaintiff VLSI Technology LLC ("VLSI") hereby provides Defendant Intel Corporation ("Intel") with a list of the claim terms/phrases that VLSI believes need construction at this time and VLSI's current proposed claim construction of those terms/phrases.

The inclusion of any claim terms, phrases, or clauses herein is not intended, and should not be construed to mean, that any such terms, phrases, or clauses have a special or uncommon meaning.  This list is preliminary and VLSI expressly reserves the right to supplement, revise, modify, and/or otherwise finalize this list based upon additional information or analyses, information learned through the course of discovery or otherwise, or in response to the terms, claim elements, and/or constructions proposed by Intel.  VLSI reserves the right to argue that Intel's proposed constructions are incorrect, to propose alternative constructions to any constructions proposed by Intel, and/or to argue that any terms (either on Intel's or VLSI's lists)

should not be construed. Further, as discovery is ongoing, VLSI reserves the right to supplement and/or amend its preliminary claim constructions.

VLSI expressly reserves the right to rely upon any and all intrinsic evidence in support of its preliminary claim constructions. VLSI further reserves the right to rely upon any and all extrinsic evidence, including, by way of example and without limitation, the right to rely upon the opinions and testimony of experts and/or the testimony of one or more of the individuals named as inventors of the respective patents. VLSI further reserves the right to rely upon any intrinsic or extrinsic evidence cited by Intel in support of its claim construction positions.

**U.S. Patent No. 6,212,633**

| Claim Term | Asserted Claims | Proposed Construction |
|---|---|---|
| distributed firewall | Independent claims 1, 29, 34, and 36, and all asserted claims dependent thereon | a collection of security managers that each control the access to their associated secured nodes from the interface |

**U.S. Patent No. 7,523,331**

| Claim Term | Asserted Claims | Proposed Construction |
|---|---|---|
| deactivated | Independent claims 1, 5, and 6, and all claims dependent thereon | not operational or not fully operational |
| deactivate | Independent claims 1, 5, and 6, and all claims dependent thereon | make not operational or not fully operational |
| deactivating | Independent claim 7, and all claims dependent thereon | making not operational or not fully operational |

All rights are expressly reserved.

| | |
|---|---|
| Dated: April 5, 2019 | /s/ *Brian E. Farnan* |

        Brian E. Farnan
        Michael J. Farnan
        FARNAN LLP
        919 North Market Street, 12th Floor
        Wilmington, Delaware  19801
        Telephone: (302) 777-0300
        Facsimile:  (302) 777-0301
        bfarnan@farnanlaw.com
        mfarnan@farnanlaw.com

        Morgan Chu (admitted *pro hac vice*)
        Benjamin Hattenbach (admitted *pro hac vice*)
        Iian D. Jablon (admitted *pro hac vice*)
        Chris Abernethy (admitted *pro hac vice*)
        Amy E. Proctor (admitted *pro hac vice*)
        Dominik Slusarczyk (admitted *pro hac vice*)
        S. Adina Stohl (admitted *pro hac vice*)
        Leah Johannesson (admitted *pro hac vice*)
        Charlotte J. Wen (admitted *pro hac vice*)
        IRELL & MANELLA LLP
        1800 Avenue of the Stars, Suite 900
        Los Angeles, California  90067-4276
        Telephone:  (310) 277-1010
        Facsimile: (310) 203-7199
        mchu@irell.com
        bhattenbach@irell.com
        ijablon@irell.com
        cabernethy@irell.com
        aproctor@irell.com
        dslusarczyk@irell.com
        astohl@irell.com
        ljohannesson@irell.com
        cwen@irell.com

        *Attorneys for Plaintiff VLSI Technology LLC*