# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| VLSI TECHNOLOGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 18-966 (CFC) |

**DEFENDANT INTEL CORPORATION'S IDENTIFICATION OF CLAIM TERMS
REQUIRING CONSTRUCTION AND PROPOSED CONSTRUCTIONS**

Pursuant to the Court's October 31, 2018 Scheduling Order (D.I. 40), Defendant Intel Corporation ("Intel") hereby provides the following list of claim terms requiring construction, and Intel's proposed constructions of those terms. Intel's proposed constructions are provided without prejudice to Intel's right to amend or modify those constructions in the process of meeting and conferring with VLSI prior to submission of the Joint Claim Construction Chart, as directed by the Scheduling Order.

| Claim Term | Asserted Claims in which Term Appears | Proposed Construction |
|---|---|---|
| **U.S. Patent No. 7,523,331** | | |
| "data and/or instructions that the instruction processing circuit addresses in the main memory" | 1-10 | data and/or instructions whose main memory address the instruction processing circuit outputs on its address/data interface |
| "when the instruction processing circuit addresses the data and/or instructions in the main memory" | 1-10 | when the instruction processing circuit outputs the main memory address of the data and/or instructions on its address/data interface |

| Claim Term | Asserted Claims in which Term Appears | Proposed Construction |
|---|---|---|
| "a low power operating mode activating circuit" | 1-6 | The term is indefinite.[1] |
| **U.S. Patent No. 7,246,027** | | |
| "determining/determine an analog variation parameter" | 1-3, 5-12, 18-20 | sensing/sense a parameter of an analog portion of the integrated circuit that varies during operation |
| "determining/determine an operational temperature" | 1-3, 5-12, 19-20 | sensing/sense the temperature of the integrated circuit during operation |
| "determining/determine a digital variation parameter" | 3, 5, 7, 10, 11, 20 | sensing/sense the processing speed of a digital portion of the integrated circuit that varies during operation |
| **U.S. Patent No. 6,212,633** | | |
| "memory-mapped … interface" | All asserted claims | an interface that allocates a unified memory space to one or more of the nodes coupled to the interface, with each node having a portion of the memory space that is accessible by other nodes by referring to specific memory addresses within that allocated portion |
| "serial communications interface" | All asserted claims | an interface that transmits and receives data between nodes bit-by-bit |
| "locally generate for the [first]/[local] node" | 1-3, 5, 12, 13, 14-16, 18, 24-28 and 14 | generate in the [first]/[local] node |
| **U.S. Patent No. 7,247,552** | | |
| "force region" | 1-19 | region within the integrated circuit in which forces are exerted on the |

---

[1] By identifying the term as indefinite, Intel reserves the right to raise this issue with the Court at the appropriate juncture, for example upon a motion for summary judgment or at another time as the parties may be guided by the Court.

| Claim Term | Asserted Claims in which Term Appears | Proposed Construction |
|---|---|---|
|  |  | interconnect structure when a die attach is performed[2] |

---

[2] Intel further asserts that this limitation is indefinite and reserves the right to raise this issue with the Court at the appropriate juncture, for example upon a motion for summary judgment or at another time as the parties may be guided by the Court.

|  |  |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Jordan L. Hirsch<br>Alexandra Amrhein<br>Kevin Goldman<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Gregory H. Lantier<br>Amanda L. Major<br>Richard A. Crudo<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>S. Calvin Walden<br>Olga Musayev<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 295-6359<br><br>April 5, 2019 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jeremy A. Tigan*<br><br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant* |

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2019, copies of the foregoing were caused to be served upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>Charlotte J. Wen, Esquire<br>Christopher Abernethy, Esquire<br>S. Adina Stohl, Esquire<br>Iian D. Jablon, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Jeremy A. Tigan*
_____
Jeremy A. Tigan (#5239)