# Morris, Nichols, Arsht & Tunnell llp

1201 North Market Street
P.O. Box 1347
Wilmington, Delaware  19899-1347

(302) 658-9200
(302) 658-3989 FAX

**Jack B. Blumenfeld**
(302) 351-9291
(302) 425-3012 FAX
jblumenfeld@mnat.com

April 10, 2019

The Honorable Colm F. Connolly                    *VIA ELECTRONIC FILING*
United States District Court
  for the District of Delaware
844 North King Street
Wilmington, DE 19801

      Re:    *VLSI Technology LLC v. Intel Corporation,*
              C.A. No. 18-966 (CFC)

Dear Judge Connolly:

        I write on behalf of Intel to respond to VLSI's April 8, 2019 letter, which purports to "advise the Court about an important development following the Wednesday, April 3, 2019 hearing in this matter," namely the number of proposed terms for claim construction.

        This is hardly an "important development."  The Court advised the parties at the hearing that ten terms are "the norm" for the Markman hearing (4/3/19 Hearing Tr. at 25-26).  Working within that framework, Intel proposed nine terms, and VLSI proposed four.  That the parties followed the Court's direction should not be surprising.

        VLSI's suggestion that, given the number of terms proposed for construction, narrowing the case at this time would not conserve judicial resources is simply a non sequitur.  First and foremost, VLSI ignores the many burdens beyond claim construction that its assertion of a massive number of claims—eighty-two—across five patents will continue to impose on the Court and Intel—including but not limited to more document production, more depositions, more expert discovery, summary judgment, and the likelihood of more disputes requiring the Court's intervention.  Second, absent claim narrowing, the Court may well end up devoting time and resources to construing terms in claims that are ultimately dropped.  Finally, if the number of asserted claims is not reduced, there may well need to be additional claim construction in the future because VLSI's present position that various terms should simply be accorded their "plain meaning" may mask what will ultimately emerge as a claim construction dispute.

The Honorable Colm F. Connolly
April 10, 2019
Page 2

        For the reasons stated by Intel at the April 3, 2019 hearing, the time has come for VLSI to narrow its asserted claims.

        Respectfully,

        */s/ Jack B. Blumenfeld*

        Jack B. Blumenfeld (#1014)

cc:    All Counsel of Record (Via Electronic Mail)