# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　　Defendant. | C.A. No. 18-966 (CFC) |

## JOINT CLAIM CONSTRUCTION CHART

In accordance with Paragraph 8(a) of the Scheduling Order (D.I. 40), Plaintiff VLSI Technology LLC ("VLSI") and Defendant Intel Corporation ("Intel") respectfully file this Joint Claim Construction Chart setting forth the parties' proposed claim construction positions for certain terms and phrases in U.S. Patent Nos. 7,523,331 (the "'331 patent"), 7,246,027 (the "'027 patent"), 6,212,633 (the "'633 patent"), and 7,247,552 (the "'552 patent").

Attached as Exhibit A is a chart identifying: (1) the disputed terms/phrases; (2) each party's proposed construction of the disputed claim language; and (3) citation(s) only to the intrinsic evidence in support of the parties' respective proposed constructions. *See* D.I. 40 ¶ 8(a). Additionally, text searchable .PDF copies of the '331, '027, '633, and '552 patents are attached as Exhibits B through E,

and those portions of the prosecution histories cited by either party are attached as Exhibits F through CC.  The Exhibits are organized as follows:

| | |
|---|---|
| Exhibit B | '331 Patent |
| Exhibit C | '027 Patent |
| Exhibit D | '633 Patent |
| Exhibit E | '552 Patent |
| Exhibit F | '331 Patent File History Excerpt: 2006-03-14 Transmittal of New Application |
| Exhibit G | '331 Patent File History Excerpt: 2007-08-03 Examiner Search History |
| Exhibit H | '331 Patent File History Excerpt: 2007-08-08 Office Action |
| Exhibit I | '331 Patent File History Excerpt: 2007-11-06 Amendment and Response to Office Action |
| Exhibit J | '331 Patent File History Excerpt: 2008-01-23 Office Action |
| Exhibit K | '331 Patent Citation: Olson, U.S. Patent No. 5,253,352 (cited in Exhibit B) |
| Exhibit L | '331 Patent Citation: Moyer et al., U.S. Patent No. 5,893,142 (cited in Exhibit B) |
| Exhibit M | '331 Patent Citation: Yoshida, U.S. Patent No. 5,928,365 (cited in Exhibit B) |

| | |
|---|---|
| Exhibit N | '331 Patent Citation: Hanlon et al., U.S. Patent No. 6,105,141 (cited in Exhibit B) |
| Exhibit O | '331 Patent Citation: Omizo et al., U.S. Patent No. 6,260,151 (cited in Exhibits B and H) |
| Exhibit P | '331 Patent Citation: Hamilton, U.S. Patent No. 7,058,829 (cited in Exhibits B and J) |
| Exhibit Q | '027 Patent File History Excerpt: 2006-03-20 Office Action |
| Exhibit R | '027 Patent File History Excerpt: 2006-06-20 Response to Office Action |
| Exhibit S | '027 Patent File History Excerpt: 2006-09-06 Office Action |
| Exhibit T | '027 Patent Citation: Rostoker, et al., U.S. Patent No. 5,563,928 (cited in Exhibits C, Q, and S) |
| Exhibit U | '633 Patent File History Excerpt: 2000-06-05 Office Action |
| Exhibit V | '633 Patent File History Excerpt: 2000-09-05 Amendment and Response to Office Action |
| Exhibit W | '633 Patent File History Excerpt: 2000-11-30 Notice of Allowability |
| Exhibit X | '633 Patent Citation: Anderson, Don, FireWire System Architecture: IEEE 1394, First Edition. Addison Wesley, MindShare. Inc., 1998 (cited in Exhibit D) |
| Exhibit Y | '633 Patent Citation: IEEE, Std 1394–1995 IEEE Standard for a High Performance Serial Bus, 1996, IEEE (cited in Exhibit D) |
| Exhibit Z | '552 Patent File History Excerpt: 2005-01-11 Transmittal of New Application |

    Exhibit AA   '552 Patent File History Excerpt: 2007-01-24 Office Action

    Exhibit BB   '552 Patent File History Excerpt: 2007-04-05 Amendment and Response to Office Action

    Exhibit CC   '552 Patent Citation: Shiue et al. U.S. Patent No. 5,923,088 (cited in Exhibit E)

In addition to the intrinsic materials disclosed, each party reserves the right to rely on other portions of the specifications and prosecution histories of the '331, '027, '633, and '552 patents during claim construction briefing and argument, including evidence cited by the opposing party in support of its proposed constructions.

| | |
|---|---|
| Dated: May 3, 2019<br><br>FARNAN LLP<br><br>/s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market Street, 12th Street<br>Wilmington, Delaware 19801<br>Telephone: (302) 777-0300<br>Facsimile: (302) 777-0301<br><br><br>Of Counsel (admitted *pro hac vice*):<br><br>Morgan Chu<br>Benjamin Hattenbach<br>Ian D. Jablon<br>Christopher Abernethy<br>Amy E. Proctor<br>Dominik Slusarczyk | Respectfully submitted,<br>MORRIS NICHOLS ARSHT &<br>TUNNELL<br><br>/s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (Bar No. 1014)<br>Jeremy A. Tigan (Bar No. 5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, Delaware 19899<br>Telephone: (302) 658-9200<br><br>Of Counsel (admitted *pro hac vice*):<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>William F. Lee<br>  william.lee@wilmerhale.com<br>Louis W. Tompros<br>  louis.tompros@wilmerhale.com<br>Dominic E. Massa |

| | |
|---|---|
| S. Adina Stohl<br>Leah Johannesson<br>Charlotte J. Wen<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>ijablon@irell.com<br>cabernethy@irell.com<br>aproctor@irell.com<br>dslusarczyk@irell.com<br>astohl@irell.com<br>ljohannesson@irell.com<br>cwen@irell.com<br><br>Attorneys for Plaintiff VLSI Technology LLC | dominic.massa@wilmerhale.com<br>60 State Street<br>Boston, MA 02109<br>Telephone: (617) 526-6000<br>Facsimile: (617) 526-5000<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Mark D. Selwyn<br>  mark.selwyn@wilmerhale.com<br>950 Page Mill Road<br>Palo Alto, CA 94304<br>Telephone: (650) 858-6000<br>Facsimile: (650) 858-6100<br><br>WILMER CUTLER PICKERING<br>  HALE AND DORR LLP<br>Amanda L. Major<br>  amanda.major@wilmerhale.com<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 663-6000<br>Facsimile: (202) 663-6363<br><br>Attorneys for Defendant Intel Corporation |