# EXHIBIT A

## EXHIBIT A

I.      **Disputed Claim Terms, Proposed Constructions, and Citations to Intrinsic Evidence**

The parties reserve the right to rely on any intrinsic evidence cited for a term, regardless of which party proposed such term, as well as any figures, tables, examples, and/or reference cited or incorporated by reference in the cited portions of the '331, '027, '633, and '552 patents and their respective file histories, even if not explicitly referred to herein. The parties further reserve the right to amend this chart, as necessary.

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| '331 Patent, Claims 1-6 | "deactivated" | "not operational or not fully operational" | Plain Meaning ("not activated") |
| '331 Patent, Claims 1-6 | "deactivate" | "make not operational or not fully operational" | Plain Meaning ("make not activated") |
| '331 Patent, Claims 7-10 | "deactivating" | "making not operational or not fully operational" | Plain Meaning ("making not activated") |

---

[1] For context, the "Patent / Claim No." column lists all claims in the cited patent that include the corresponding term or phrase at issue.  In each instance, the list includes at least one of the "no more than 25 asserted claims" that VLSI identified to Intel as required by the Court's April 22, 2019 Memorandum Order (D.I. 136).

Exhibit A - Page 1

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | Intrinsic Evidence:<br><br>**Ex. B** ('331 Patent), *see, e.g.,* at 1:54-59, 1:63-66, 4:34-49, 5:10-20, and Claims 1-10.<br><br>**Ex. G** ('331 Patent File History Excerpt: 2007-08-03 Examiner Search History), *see, e.g.*, at pp.1-2, 5.<br><br>**Ex. J** ('331 Patent File History Excerpt: 2008-01-23 Office Action), *see, e.g.*, at p.2 (citing Hamilton, U.S. Patent No. 7,058,829).<br><br>**Ex. P** ('331 Patent Citation: Hamilton, U.S. Patent No. 7,058,829), *see, e.g.*, at 3:46-63, 8:1-11. | Intrinsic Evidence:<br><br>**Ex. B** ('331 Patent), *see, e.g.*, Fig. 2, 1:45-49, 1:54-59, 1:63-66, 3:48-54, 3:60-61, 3:67-4:5, 4:5-9, 4:34-49, 4:50-58, 5:10-20, 5:31-35, Claims 1, 5-10.<br><br>**Ex. H** ('331 File History), *see, e.g.,* Office Action dated August 8, 2007, p. 4.<br><br>**Ex. N** (Hanlon Patent), *see e.g.,* U.S. Patent No. 6,105,141 at 1:50-2:16, 3:64-4:10. |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| '331 Patent, Claims 1-10 | "data and/or instructions that the instruction processing circuit addresses in the main memory" | "data and/or instructions that the instruction processing circuit identifies using addresses with which they can be retrieved from main memory" | "data and/or instructions whose main memory address the instruction processing circuit outputs on its address/data interface" |
| '331 Patent, Claims 1-10 | "when the instruction processing circuit addresses the data and/or instructions in the main memory" | "when the instruction processing circuit identifies the data and/or instructions using addresses with which they can be retrieved from main memory"<br><br>Intrinsic Evidence:<br><br>**Ex. B** ('331 Patent), *see, e.g.,* at 2:13-34, 2:35-3:6, 4:34-49, Fig. 1, and Claims 1-10. | "when the instruction processing circuit outputs the main memory address of the data and/or instructions on its address/data interface"<br><br>Intrinsic Evidence:<br><br>**Ex. B** ('331 Patent), *see, e.g.*, at Fig. 1, 1:34-43, 2:21-24, 2:31-56, 2:62-65, 3:24-32, Claims 1, 3, 5-7.<br><br>**Ex. H** ('331 File History), *see, e.g.,* Office Action dated August 8, 2007, pp. 2-4. |

Exhibit A - Page 3

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | | **Ex. L** (Moyer Patent), *see e.g.,* U.S. Patent No. 5,893,142 at Fig. 1 and 2:62-3:3.<br><br>**Ex. K** (Olson Patent), *see e.g.,* U.S. Patent No. 5,253,352 at 2:50-55, 3:32-37, 4:45-5:12.<br><br>**Ex. M** (Yoshida Patent), *see e.g.,* U.S. Patent No. 5,928,365 at Fig. 1, 5:14-18, 5:41-49. |
| '331 Patent, Claims 1-6 | "low power operating mode activating circuit" | "circuit capable of activating a low power operating mode"<br><br><u>Alternative:</u> No construction required. | The term is indefinite.[2] |

---

[2] Intel statement:  By identifying the term as indefinite, Intel reserves the right to raise this issue with the Court at the appropriate juncture, for example upon a motion for summary judgment or at another time as the parties may be guided by the Court.

| | | Intrinsic Evidence: | Intrinsic Evidence: |
|---|---|---|---|
| | | **Ex. B** ('331 Patent), *see, e.g.,* at Abstract, 1:4-15, 3:7-54, 4:15-49, 5:21-35, Fig. 2, and Claims 1-6.<br><br>**Ex. F** ('331 Patent File History Excerpt: 2006-03-14 Transmittal of New Application), *see, e.g.*, at pp.19, 21, 25, 31, 34, 38.<br><br>**Ex. H** ('331 Patent File History Excerpt: 2007-08-08 Office Action), *see, e.g.*, at p.2 (citing Omizo et al., U.S. Patent No. 6,260,151).<br><br>**Ex. O** ('331 Patent Citation: Omizo et al., U.S. Patent No. 6,260,151), *see, e.g.*, at Fig. 2.<br><br>**Ex. I** ('331 Patent File History Excerpt: 2007-11-06 Amendment and Response to Office Action), *see, e.g.*, at pp.2-3. | **Ex. B** ('331 Patent), *see, e.g.*, at 3:10-19, 3:24-28, 3:36-43, 3:48-54, 4:16-19, 4:25-28, 4:34-49, 5:21-35, Claims 1-3, 5, 6. |

Exhibit A - Page 5

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| '027 Patent, Claims 1-21 | "determining/ determine an analog variation parameter" | "determining/determine a parameter of an analog portion of the integrated circuit (IC) that may vary on an IC-by-IC basis"<br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.,* at Abstract, 1:58-2:15, 2:40-59, 8:62-9:31, 9:40-44, 9:52-10:5, 10:26-51, 11:8-16, 12:17-32, 13:6-12, 14:26-15:29, 15:61-66, 16:7-19, Figs. 12A and 12B, and Claims 1-21.<br><br>**Ex. Q** ('027 Patent File History Excerpt: 2006-03-20 Office Action), *see, e.g.,* at p.2 (citing Rostoker et al., U.S. Patent No. 5,563,928).<br><br>**Ex. S** ('027 Patent File History Excerpt: 2006-09-06 Office Action), *see, e.g.,* at p.3 (citing Rostoker et al., | "sensing/sense a parameter of an analog portion of the integrated circuit that varies during operation"<br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.*, Figs. 7a, 7b, 8, 11, and 12a; 1:7:10; 2:16-30; 2:40-51; 10:52-57; 10:63-11:7; 11:8-22; 11:23-33; 12:10-16; 12:17-20; 12:23-32; 12:33-40; 12:64-13:5; 14:31-37; 14:61-67; 16:3-9; 16:15-19; and Claims 1-21.<br><br>**Exs. Q and R** ('027 File History), *see, e.g.,* Office Action dated March 20, 2006, p. 2; and Response to Office Action dated June 20, 2006, pp. 9-10.<br><br>**Ex. T** (Rostoker Patent), *see, e.g.,* U.S. Patent No. 5,563,928 at 1:25-33. |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | U.S. Patent No. 5,563,928). **Ex. T** ('027 Patent Citation: Rostoker et al., U.S. Patent No. 5,563,928), *see, e.g.*, at 1:25-33. | |
| '027 Patent, Claims 3-7, 10-17, 20, 21 | "determining/ determine a digital variation parameter" | "determining/determine a parameter of a digital portion of the integrated circuit (IC) that may vary on an IC-by-IC basis"<br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.,* at Abstract, 1:58-2:15, 2:40-59, 8:62-9:31, 9:40-44, 9:52-10:5, 10:26-51, 11:8-16, 12:17-32, 13:6-12, 14:26-15:29, 15:41-55, 15:61-66, Figs. 12A and 12B, and Claims 1-21.<br><br>All intrinsic evidence supporting VLSI's proposed construction for | "sensing/sense a parameter of a digital portion of the integrated circuit that varies during operation"<br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.,* Figs. 3, 4, 6, 11, 12a, and 12b; 1:7-10; 2:16-30; 2:52-67; 8:62-9:5; 9:6-21; 9:22-39; 9:40-49; 10:6-12; 14:31-37; 15:21-25; 15:41-48; 15:49-55; 16:3-6; 16:7-15; and Claims 1-21.<br><br>All intrinsic evidence supporting Intel's proposed construction for |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | "determining/determine an *analog* variation parameter." | "determining/determine an *analog* variation parameter." |
| '027 Patent, Claims 1-21 | "determining/ determine an operational temperature" | "determining/determine a temperature during operation"<br><br>Alternative: No construction required.<br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.*, at Abstract, 2:16-31, 2:40-59, 8:62-9:31, 9:40-42, 10:26-51, 11:8-16, 12:17-32, 13:6-12, 14:26-15:29, 15:41-55, 15:61-66, Figs. 8, 12A, and 12B, and Claims 1-21. | "sensing/sense the temperature of the integrated circuit during operation"<br><br><br><br>Intrinsic Evidence:<br><br>**Ex. C** ('027 Patent), *see, e.g.*, Figs. 7b, 8, 9, 11, and 12a; 2:16-30; 2:40-51; 3:31-32; 12:10-16; 12:17-20; 12:23-32; 12:41-53; 12:64-13:5; 13:6-12; 14:61-67; 16:3-9; and Claims 1-21. |
| '633 Patent, Claims 1-13, 29-34, 36 | "distributed firewall" | "a collection of security managers that each control the access to their associated nodes from the interface" | "a collection of security managers that each control the access to their associated nodes from the interface" |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.,* at Abstract, 3:52-55, 6:25-27, 10:2-5, Fig. 1, and Claims 1-13, 29-34, 36. | Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.,* Figs. 1, 13, and 14; Abstract; 3:52-56; 4:9-14; 4:36-41; 4:51-53; 6:25-37; 10:2-12; 10:43-47; 10:56-65; 17:13-23; 22:45-49; 24:43-49; 25:8-13; 25:34-38; and 26:28-40.<br><br>**Ex. U** ('633 File History), *see, e.g.,* Office Action dated June 5, 2000, pp. 3-4<br><br>**Ex. V** ('633 File History), *see, e.g.,* Amendment and Response dated September 5, 2000, p. 8<br><br>**Ex. W** ('633 File History), *see, e.g.,* Notice of Allowance dated November 30, 2000, p. 2 |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| '633 Patent, Claims 1-36 | "memory-mapped . . . interface" | "an interface that defines a unified memory space that is distributed between the various devices coupled to the interface"<br><br>Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.,* at 2:30-34, 6:12-19, 7:20-26, 9:37-45,9:35-47, 11:29-54, 12:30-65, 13:8-32, 14: 13:8-32, 14:52-15:5, Figs. 1 and 8, and Claims 1-36. | "an interface that allocates a unified memory space to one or more of the nodes coupled to the interface, with each node having a portion of the memory space that is accessible by other nodes by referring to specific memory addresses within that allocated portion"<br><br>Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.*, Figs. 2, 13, and 14; Abstract; 2:30-37; 2:51-60; 4:55-57; 5:19-26; 5:41-52; 6:42-46; 6:52-7:7; 16:63-17:3; 18:31-37; and 22:5-9. |
| '633 Patent, Claims 1-36 | "serial communications interface" | "an interface that transfers information sequentially" | "an interface that transmits and receives data between nodes bit-by-bit" |

| | | Intrinsic Evidence: | Intrinsic Evidence: |
|---|---|---|---|
| | | **Ex. D** ('633 Patent), *see, e.g.,* at References Cited (citing Anderson, Don, FireWire System Architecture: IEEE 1394, First Edition. Addison Wesley, MindShare. Inc., 1998, and IEEE, Std 1394-1995 IEEE Standard for a High Performance Serial Bus, 1996, IEEE), Abstract, 2:8-42, 5:38-6:11, 7:66-8:12, 8:26-54, 8:64-9:9, 9:28-36, 15:13-25, 15:65-16:2, 18:22-40, 18:65-19:13, Figs. 1, 4, 11, 12, and 15, and Claims 1-36.<br><br>**Ex. X** ('633 Patent Citation: Anderson, Don, FireWire System Architecture: IEEE 1394, First Edition. Addison Wesley, MindShare. Inc., 1998), *see, e.g.,* at pp.363-370.<br><br>**Ex. Y** ('633 Patent Citation: IEEE, Std 1394-1995 IEEE Standard for a High Performance Serial Bus, 1996, IEEE), *see, e.g.,* at § 1.6.3 (p.5), § 1.6.5 (p.6), § 2.2.26 (p.13), § 2.2.40 (p.14), | **Ex. D** ('633 Patent), *see, e.g.*, Figs. 2, 3, 4, 13, and 14; Abstract; 2:14-18; 4:55-57; 5:19-26; 7:11-14; 9:10-26; 18:31-37; and 18:65-19:4. |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | § 2.2.54 (p.15), § 2.2.64 (p.15), § 2.2.68 (p.15), § 2.2.69 (p.15), § 3.4 (pp.19-21), § 3.6 (pp.24-25), § 6 (p.139), § 6.1 (pp.139-140), § 6.2 (pp.145-146), Annex J.2 (pp.342-343). | |
| '633 Patent, Claims 1-28 | "locally generate for the [first]/ [local] node" | "generate in the [first]/[local] node"<br><br>Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.,* at 5:1-6, 10:5-64, 12:21-13:35, 14:35-15:12, Figs. 7 and 8, and Claims 1-36. | "generate in the [first]/[local] node"<br><br>Intrinsic Evidence:<br><br>**Ex. D** ('633 Patent), *see, e.g.*, Figs. 5, 6, 7, 8, and 10; 4:63-5:6; 5:9-11; 7:28-39; 10:6-15; 10:43-47; 10:56-65; 12:31-13:36; 22:49-53; and 23:51-58.<br><br>**Ex. V** ('633 File History), *see, e.g.*, Amendment and Response dated Sept. 5, 2000, pp. 1, 2, 3, 8, and 9. |

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | | **Ex. W** ('633 File History), *see, e.g.*, Notice of Allowance dated November 30, 2000, pp. 2-3. |
| '552 Patent, Claims 1-19 | "force region" | "an area in which a defect may occur due to a contact made to the bond pad"<br><br>Intrinsic Evidence:<br><br>**Ex. E** ('552 Patent), *see, e.g.,* at References Cited (citing Shiue et al. U.S. Patent No. 5,923,088), Abstract, 3:26-54, 3:55-63, 4:13-43, 5:5-10, 5:55-57, 6:25-29, Figs. 1-3, and Claims 1-19. | "region within the integrated circuit in which forces are exerted on the interconnect structure when a die attach is performed"[3]<br><br>Intrinsic Evidence:<br><br>**Ex. E** ('552 Patent), *see, e.g.*, Figs. 1, 2, 3, and 4; Abstract; 2:45-48; 3:44-47; 3:49-58; 4:30-35; 5:4-10; 5:13-18; 5:33-38; 5:55-57; 5:63-67; 6:13-14; 6:25-29; 6:38-42; 7:48-52; 7:61-65; 8:22; 8:37-40; and 8:56-59. |

---

[3] Intel statement:  Intel further asserts that this limitation is indefinite and reserves the right to raise this issue with the Court at the appropriate juncture, for example upon a motion for summary judgment or at another time as the parties may be guided by the Court.

| Patent / Claim No.[1] | Claim Term / Phrase | VLSI Proposed Construction(s) and Intrinsic Evidence | Intel Proposed Construction(s) and Intrinsic Evidence |
|---|---|---|---|
| | | **Ex. AA** ('552 Patent File History Excerpt: 2007-01-24 Office Action), *see, e.g.,* at p.5.<br><br>**Ex. CC** ('552 Patent Citation: Shiue et al. U.S. Patent No. 5,923,088), *see, e.g.,* at 1:45-51, 2:1-12, 2: 23-33, Figs. 1A, 2A, and 3. | **Ex. Z** ('552 File History), *see, e.g.,* Originally Filed Application, pp. 10-12<br><br>**Ex. AA** ('552 File History), *see, e.g.,* Office Action dated January 24, 2007, pp. 2, 3, 5, and 6<br><br>**Ex. BB** ('552 File History), *see, e.g.,* Amendment and Remarks dated Apr. 5, 2007, pp. 3, 4, 5, and 9. |