IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 18-966-CFC |

**MOTION FOR DISCOVERY CONFERENCE**

Plaintiff hereby moves for an order respectfully requesting that: 1) the Court (a) strike from Defendant's May 10, 2019 Identification of Prior Art Combinations the purported "Combinations" that failed to comply with the Court's prior Memorandum Order dated April 22, 2019 (D.I. 136), and (b) limit Defendant to selecting from only the compliant combinations disclosed in its May 10, 2019 Identification of Prior Art Combinations going forward; and 2) the Court order that (a) Defendant shall complete its productions responsive to Plaintiff's Request for Production Nos. 1-188 on or before July 9, 2019, (b) in searching for and producing documents and information responsive to Plaintiff's Request for Production Nos. 1-188, Defendant shall apply the definition of "Accused Products" provided in those Requests, (c) Defendant shall produce all documents and information responsive to Plaintiff's Request for Production Nos. 10-11, 22-23, 30-31, 42-43, 98-99, 101-102, 113, 118, 135-136, 139-140, 145, and 147, as those Requests and their incorporated definitions are written, on or before July 9, 2019, and (d) Defendant shall produce all documents and information responsive to Plaintiff's Request for Production No. 180 on or before July 9, 2019.

| | |
|---|---|
| Dated: June 13, 2019 | Respectfully submitted,<br><br>FARNAN LLP<br><br>/s/ *Michael J. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone : (302) 777-0300<br>Fax : (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Morgan Chu  (admitted *pro hac vice*)<br>Benjamin Hattenbach (admitted *pro hac vice*)<br>Iian D. Jablon (admitted *pro hac vice*)<br>Christopher Abernethy (admitted *pro hac vice*)<br>Amy E. Proctor (admitted *pro hac vice*)<br>Dominik Slusarczyk (admitted *pro hac vice*)<br>S. Adina Stohl (admitted *pro hac vice*)<br>Leah Johannesson (admitted *pro hac vice*)<br>Charlotte J. Wen (admitted *pro hac vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>ijablon@irell.com<br>cabernethy@irell.com<br>aproctor@irell.com<br>dslusarczyk@irell.com<br>astohl@irell.com<br>ljohannesson@irell.com<br>cwen@irell.com<br><br>*Attorneys for VLSI Technology LLC* |