IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Civil Action No. 18-966-CFC |
| | : | |
| INTEL CORPORATION, | : | |
| | : | |
| Defendant. | : | |

## ORDER

**WHEREAS**, the Court heard oral argument on VLSI's Motion for a Discovery Conference (D.I. 172) at a hearing on June 18, 2019;

**IT IS HEREBY ORDERED**, at Wilmington on this Nineteenth day of June in 2019, for the reasons stated by the Court at the hearing, that VLSI's Motion for a Discovery Conference (D.I. 172) is **GRANTED IN PART AND DENIED IN PART**:

1. VLSI's request with respect to Intel's identification of the Admitted Prior Art of the asserted U.S. Patent Number 7,523,331 as a single prior art reference in its May 10, 2019 Identification of Prior Art References is **GRANTED**. Intel's identification of the Admitted Prior Art of the asserted U.S. Patent Number 7,523,331 as a single prior art reference in its May 10, 2019 Identification of Prior Art References is **STRUCK**.

2. The remainder of VLSI's Motion for a Discovery Conference (D.I. 172) is **DENIED**.

**IT IS SO ORDERED**.

*[signature]*

COLM F. CONNOLLY
UNITED STATES DISTRICT JUDGE