# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

———

(302) 658-9200
(302) 658-3989 FAX

JEREMY A. TIGAN
(302) 351-9106
jtigan@mnat.com

October 7, 2019

**BY E-FILING AND HAND DELIVERY**

The Honorable Christopher J. Burke
United States District Court
  for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

      Re:    <u>VLSI Tech. LLC v. Intel Corp.</u>, C.A. No. 18-966 (CFC) (CJB)

Dear Judge Burke:

      The parties in the above-referenced matter write to request the scheduling of a discovery teleconference.

      The following attorneys, including at least one Delaware Counsel and at least one Lead Counsel per party, participated in verbal meet-and-confers by telephone on September 13 and September 27, 2019.

Delaware Counsel: Brian Farnan (Plaintiff) and Jeremy Tigan (Defendant)

Lead Counsel: Christopher Abernethy, Amy Proctor, Dominik Slusarczyk, and Adina Stohl (Plaintiff) and Amanda Major, Joshua Stern, Richard Crudo, and Aaron Thompson (Defendant)

      The disputes requiring judicial attention are listed below:

Issues Identified by Plaintiff

- Whether certain combinations included in Intel's June 24, 2019 Amended Identification of Prior Art Combinations related to U.S. Patent No. 7,523,331 should be stricken for noncompliance with the Court's April 22, 2019 Order (D.I. 136) and/or June 19, 2019 Order (D.I. 181).

The Honorable Christopher J. Burke
October 7, 2019
Page 2

- Whether Intel should be compelled to search for and produce materials responsive to certain Requests in VLSI's Fifth Set of Requests for Production.[1]

Issues Identified by Defendant

- Whether certain products included in VLSI's supplemental Paragraph 4(c) disclosures served on July 24, 2019 should be stricken.[2]

- Whether certain combinations included in Intel's June 24, 2019 Amended Identification of Prior Art Combinations related to U.S. Patent No. 7,523,331 comply with the Court's April 22, 2019 Order (D.I. 136) and/or June 19, 2019 Order (D.I. 181). This issue addresses the same combinations referenced in Plaintiff's first issue.

Respectfully,

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

JAT/rs
cc:   Clerk of the Court (by hand delivery)
      Counsel of Record (by CM/ECF and email)

---

[1] Intel does not agree with VLSI that the issues in this paragraph are ripe for resolution.
[2] VLSI does not agree with Intel that the issues in this paragraph are ripe for resolution.