**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 18-cv-966-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

**MOTION FOR TELECONFERENCE TO RESOLVE DISCOVERY DISPUTES**

The parties respectfully move this Court to schedule a teleconference to address outstanding disputes regarding discovery matters.

As a result of previous correspondence with Chambers, the parties submitted opening submissions on October 11, 2019, answering submissions on October 15, 2019, and presented their respective arguments during a teleconference on October 21, 2019 at 1:00 p.m.

| | |
|---|---|
| Dated: October 21, 2019 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT &TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone : (302) 777-0300<br>Fax : (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Jeremy A. Tigan<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |