## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-966-CFC-CJB |
| | ) | |
| INTEL CORPORATION, | ) | ██████████████████ |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PLAINTIFF'S NOTICE OF SUBSEQUENT EVIDENCE IN SUPPORT OF OPPOSITION TO INTEL'S MOTION TO STRIKE

On October 11, 2019, Intel Corporation ("Intel") moved to strike certain products (the "Motion") VLSI Technology LLC ("VLSI") has accused of infringement. (D.I. 320).  On October 15, 2019, VLSI opposed the Motion (the "Opposition").  (D.I. 325).  The Court held oral argument on October 21, 2019 and took the matter under advisement.

VLSI hereby submits excerpts from the transcripts of two depositions taken after the completion of briefing on the Motion that further support VLSI's position.

Attached as Exhibit A is an excerpt from the rough transcript of the deposition of Stephen Gunther. ███████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

███████████████████████████████████████████

Attached as Exhibit B is an excerpt from the transcript of the deposition of William

Stevens. ████████████████████████████████████████████████

████████████████████████████████████  ████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

████████████████████████████████████████████████████████

Date: October  25, 2019          FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 North Market Street, 12th Floor
Wilmington, Delaware  19801
Telephone: (302) 777-0300
Facsimile:  (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Morgan Chu (admitted *pro hac vice*)
Benjamin Hattenbach (admitted *pro hac vice*)
Iian D. Jablon (admitted *pro hac vice*)
Christopher Abernethy (admitted *pro hac vice*)
Amy E. Proctor (admitted *pro hac vice*)
Dominik Slusarczyk (admitted *pro hac vice*)

S. Adina Stohl (admitted *pro hac vice*)
Leah Johannesson (admitted *pro hac vice*)
Charlotte J. Wen (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California  90067-4276
Telephone:  (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
astohl@irell.com
ljohannesson@irell.com
cwen@irell.com