

VIA ELECTRONIC FILING

The Honorable Christopher J. Burke
U.S. District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801-3555

November 1, 2019

**FILED UNDER SEAL**
OUTSIDE COUNSEL'S EYES ONLY

Re:  *VLSI Technology LLC v. Intel Corporation*, Case No. 18-cv-966-CFC-CJB

Dear Judge Burke:

Plaintiff VLSI Technology LLC ("VLSI") hereby responds to the Court's October 25, 2019 Order (D.I. 363 at 4) as follows:

### I. '331 Patent

#### A. VLSI's Amended Disclosures Did Not Add Accused "Families" To The Case

In its original Paragraph 4(c) Disclosures, VLSI alleged infringement of the '331 Patent by "***all products that include***" specific versions of the embedded subsystem that Intel calls the "Management Engine" ("ME"), later renamed the "Converged Security and Management Engine" ("CSME"), including ME/CSME versions "***ME6***," "***ME7***," "***ME8***," "***ME9***," "***ME10***," "***ME11***," "***ME11 (aka, CSME 1.0)***," "***ME11.6 (aka, CSME 1.6)***," "***ME12 (aka, CSME 2.0)***," "***ME13 (aka, CSME 3.0)***," and "***ME14 (aka, CSME 4.0)***." Ex. 1. Those are the product families at issue for the '331 Patent, and VLSI has expressly accused each of infringement since January 23, 2019. *Id*. VLSI's Amended Paragraph 4(c) Disclosures did not add any new version of the ME/CSME. Ex. 2.

Ex. 3 at 1, 12. As it explains, ▓▓▓ *Id*. at 1. Specifically, ▓▓▓ *Id*. VLSI's infringement allegations for the '331 Patent concern this ▓▓▓, shown highlighted in annotated Fig. 1 (right). *Id*. at 3.

VLSI's Amended Paragraph 4(c) Disclosures did not add new ME/CSME versions, but rather merely provided further details regarding which PCHs (aka, chipsets) have the already-accused versions of the ME/CSME subsystem embedded within them (added PCH/chipset names in blue): **ME6** (sub-families Ibex Peak Chipset, Tylersburg Chipset), **ME7** (sub-families Cougar Point Chipset, Patsburg Chipset), **ME10** (sub-families Wildcat Point Chipset, Wellsburg Chipset), ***ME12 (aka CSME 2.0)*** (sub-families Coffee Lake Chipset, Cannon Point Chipset, Cannon Lake Chipset, Whiskey Lake Chipset). Ex. 2. None of this was new information to Intel, as VLSI had already accused "all products that include" the identified ME/CSME versions (Ex. 1), and Intel knows which of its PCHs/chipsets include those versions of the ME/CSME embedded subsystem.

VLSI's infringement allegations concern the ME/CSME version, not PCH/chipset version. Ex. 3 at 3, 4, 5. ▓▓▓ *Id*. at 12. ▓▓▓ *Id*.

*Id.* at 2, 12. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 12.

As previously discussed (D.I. 358), for this litigation Intel is not even contending there are meaningful differences across the ME6-ME10 families or across the ME11-ME14 families, much less across different PCHs/chipsets (*i.e.*, sub-families) that include those versions of the ME/CSME embedded subsystem. As Intel's Rule 30(b)(6) designee ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 4 at 78:12-16, 81:14-82:3, & 86:4-8. Indeed, in preparation for his deposition, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.* at 78:22-10. In sum, the list of which PCHs/chipsets include the accused versions of the ME/CSME embedded subsystem primarily impacts the damages calculation.

### B. VLSI's July 24, 2019 Amended Disclosures Were Timely

In any event, VLSI's amendments were timely. As discussed (D.I. 325), the issue of how to identify accused products in this case was first addressed by the Court at a June 18, 2019 hearing. Prior to then, VLSI had reasonably relied on authority in this district holding that discovery is *not* limited solely to products accused by *name*, but also includes products identified by *description*. Ex. 5 (VLSI letter citing *Tessera v. Sony Elecs.*, 2012 WL 12904787, at *5 (D. Del. Nov. 15, 2012) (ordering discovery on "Your Products" with "two or more microelectronic elements (e.g., semiconductor chips) and a dielectric element ('substrate') arranged in a vertical stack"); *Invensas Corp. v. Renesas Elecs. Corp.*, 287 F.R.D. 273, 283 (D. Del. 2012) (holding that Paragraph 4(c) "'facilitate[s] discovery during the initial stages of the litigation,' [and] 'limiting discovery to the products accused in [those contentions] is contrary to the broad and liberal policy of discovery'")). But this Court held otherwise at the June 18 hearing, limiting accused products in this case to those identified by *family*. Thus, while VLSI had already identified the accused ME/CSME products by family, VLSI promptly amended its disclosures in an abundance of caution. As Intel had withheld discovery on the full list of which PCHs/chipsets include the accused ME/CSME versions, VLSI created a script that data-mined Intel's website http://ark.intel.com to obtain such information. VLSI then promptly supplemented on July 24, which was only about a month after the Court's June 18 ruling, and nearly 4 months before the November 21 fact discovery cutoff.

## II. '552 Patent

### A. VLSI's Amended Disclosures Did Not Add Accused "Families" To The Case

Integrated circuits ("ICs") are physical multilayered structures comprised of (1) a silicon substrate into which transistors and other functional elements are fabricated; (2) alternating layers of interconnect (metal lines that can carry electrical signal) and interdielectric (an insulating material with small metal "vias" or connections to connect metal lines on different levels); and (3) a top bond pad through which things external to the IC (like packaging and other ICs) are connected to the IC. The transistors, metal lines, and other functional elements perform computing and other tasks. However, the particular tasks performed are not pertinent to VLSI's infringement theories—and Intel's infringement—of the claims of the '552 Patent.

The '552 Patent concerns a "technique for alleviating the problem of defects caused by stress applied to the bond pads," including by "adding dummy metal lines to the interconnect layers [of the IC] to increase the metal density of the interconnect layers." Ex. 6, '552 Patent, Abstract. The Patent primarily relates to the physical structure of the ICs, not their functionality.

The physical structures of Intel's ICs are broken down into fabrication process families by node size. The accused products fall within three process families, known to the IC industry as the ***22nm*** (nanometer) process, the ***14nm*** process, and the ***10nm*** process. Ex. 24 at 22:5-7 (on "industry" convention), 57:14 (referring to the "12 or 10-nanometer" processes in describing

number of layers in the multilayered stack). The process family into which a sub-family project (or named product) falls defines the rules by which the project is physically designed.

Intel does not dispute that each of the 22nm, 14nm, and 10nm processes were accused *prior* to VLSI's July 24, 2019 amendment. Specifically, after a very expensive and laborious product tear-down, VLSI accused Intel's Haswell project—a 22nm process—of infringement on January 23, 2019. Then, on May 20, 2019, VLSI informed Intel that it believes that at least Broadwell, Skylake, Kaby Lake, Coffee Lake, and Whiskey Lake—all 14nm process projects—and Cannon Lake—a 10nm process project—were infringing the claims of the '552 patent. Ex. 13 at 1. Intel does not dispute that these are all accused projects properly within this case. These originally accused projects are ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Ex. 24 at 30:5-7 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. Intel's Rule 30(b)(6) designee testified that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ *Id.*, 174:14-177:14 ▮▮▮▮▮▮▮ 227:17-230:10 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Intel's production of a ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. VLSI did not add new families with its amendment; VLSI merely added further detail and clarity regarding the specific projects that fall within the already accused fabrication process families.

### B. VLSI's July 24, 2019 Amended Disclosures Were Timely

VLSI informed Intel of the accused process families—and even projects within each family—early and repeatedly. For each, VLSI formalized its infringement assertions as soon as it gained sufficient evidence to support supplementation. Any alleged delay was the result of Intel's continuous refusal to provide requested discovery, a severe problem addressed by Judge Connolly during the June 2019 discovery hearing, where he stated: "I do think, unfortunately, I think I kind of have to have a hammer over your [Intel's] head [to fulfill Intel's discovery obligations]. … What does it take to make sure a party produces in timely fashion documents?" Ex. 21 at 52:2-12. VLSI repeatedly requested needed discovery and, once obtained, immediately amended its contentions:

- VLSI put Intel on notice that it was likely accusing the *entire* 22nm process family by at least December 18, 2018, when VLSI wrote to Intel noting that ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ "These materials are called for by the claims of U.S. Patent No. 7,247,552." Ex. 7 at 2. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 20 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ex. 24 at 22:5-7.

- VLSI renewed its request on January 25, 2019. Ex. 8.

- On November 28, 2018 and December 7, 2018, VLSI served Requests for Production seeking discovery as to products, ***including but not limited to*** Haswell (a 22nm process project) that use the accused "Integrated Circuit Packaging" functionality. Ex. 22; Ex. 23.

---

1 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

- On February 22, 2019, after Intel narrowed its responses to be limited to Haswell only, VLSI renewed its request and its intention to accuse products *other* than Haswell, noting that "Intel is in the best position to know which of its products implements the accused functionality." Ex. 9 at 8. VLSI again requested the discovery on April 30, 2019, noting that Intel had failed to produce even the documents it had agreed to produce. Ex. 11 at 1-2.

- On both March 21, 2019 and May 15, 2019, Intel rebuffed VLSI's requests for production, stating that it would produce documents it deemed responsive by August 23, 2019, the last day for document production, Ex. 10 at 2, 11, and arguing that it need not have produced such documents "when there remain more than three months before the deadline for document production." Ex. 12 at 1. Intel's refusal continued for months. *See* Ex. 14; Ex. 18.

- On May 20, 2019, VLSI sent a letter stating that it believes at least the following 14nm and 10nm process chips fall within the originally accused product category of "all Intel Products fabricated using reinforcing metal lines running in bond pad regions in the manner described" in its infringement contentions: Broadwell, Skylake, Kaby Lake, Coffee Lake, Cannon Lake, and Whiskey Lake. Ex. 13 at 1. As noted above, Intel does not contend that these sub-families were belatedly disclosed, nor could it in good faith when Intel expressly requested that VLSI "supplement[] its identification of accused products to include such products" only days prior to VLSI's July 24, 2019 amendment. Ex. 19 at 1; *see also* Ex. 15.

- Although Intel confirmed on June 5, 2019 that it would be producing documents related to these 14nm and 10nm processes (Ex. 15), it took until ***July 17, 2019*** for Intel to produce very basic discovery on the 14nm and 10nm products, accessibly only on the source code machines housed at Intel's counsel's offices. Ex. 17.[2]  . Ex. 20. Intel's production of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ provided

VLSI a sufficient Rule 11 basis to believe all projects in each fabrication process infringe in substantially the same way. Thus, on July 24, 2019—*mere days after Intel's July 17 production*—VLSI amended its Paragraph 4(c) Disclosures to specify sub-family projects for each of the three accused process families: Ivy Bridge, Knight's Corner, Haswell, Crystal Well, Avoton, Rangeley, Gladden, Ivy Bridge E, Ivy Bridge EP, Bay Trail, Wilson Canyon, Forest Canyon, Ivy Bridge EN, Volcano Canyon, Merrifield, Moorefield, Devil's Canyon, Haswell E, Falls City, Skylake Chipset, and Kaby Lake Chipset—all of which are made on the 22nm node process; Broadwell, Rock Canyon, Cherry Trail, Braswell, Pinnacle Canyon, Skylake (including all sub-families, e.g. Kaby Lake, Kaby Lake R, Kaby Lake G, Coffee Lake, Amber Lake Y, Whiskey Lake), Grass Canyon, Swift Canyon, Cedar City, Sterling City, Skull Canyon, Broadwell E, Knight's Landing, Apollo Lake, Arches Canyon, Baby Canyon, Denverton, Gemini Lake, Knight's Mill, June Canyon, Hades Canyon, Bean Canyon, Cascade Lake, Hewitt Lake, Islay Canyon—all of which are made on the ***14nm*** node process; and Cannon Lake, Crimson Canyon[4]—both made on the ***10nm*** node process. VLSI respectfully submits that the record shows VLSI has acted diligently and that the timing of its July 24, 2019 supplement was a product solely of Intel's delay in providing requested discovery.

---

[2] Although the production letter was dated July 16, the actual production was made on July 17. Intel's failure to load source code productions on the dates it alleges has been a repeated problem.

[3] BDW is Broadwell and SKL is Skylake. There was no reference to the other projects by name.

[4] VLSI believes Crimson Canyon to be a form-factor PC running Cannon Lake ICs.

Respectfully submitted,

*/s/ Brian E. Farnan*

Brian E. Farnan

Cc: Counsel of Record (via E-Mail)