# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 18-966-CFC-CJB |

## [PROPOSED] CLAIM CONSTRUCTION ORDER

As set forth by the Court at the claim construction hearing held on November 5, 2019, IT IS HEREBY ORDERED that the claim terms below are construed as follows:

**I.　U.S. PATENT NO. 7,523,331 ("THE '331 PATENT")**

　　**A.　'331 PATENT: AGREED TERMS**

| CLAIM TERM | AGREED CONSTRUCTION |
|---|---|
| "deactivate" | "to power off or to put into a reduced power state" |
| "deactivated" | "powered off or put into a reduced power state" |
| "deactivating" | "powering off or putting into a reduced power state" |

　　**B.　'331 PATENT: DISPUTED TERMS**

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "data and/or instructions that the instruction processing circuit addresses in the main memory" | Plain and ordinary meaning. |
| "when the instruction processing circuit addresses the data and/or instructions in the main memory" | Plain and ordinary meaning. |

## II. U.S. PATENT NO. 7,246,027 ("THE '027 PATENT")

### A. '027 PATENT: DISPUTED TERMS

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "determining/determine an analog variation parameter" | "determining/determine a parameter of an analog portion of the integrated circuit (IC) that may vary on an IC-by-IC basis" |
| "determining/determine a digital variation parameter" | "determining/determine a parameter of a digital portion of the integrated circuit (IC) that may vary on an IC-by-IC basis" |
| "determining/determine an operational temperature" | "determining/determine a temperature during operation" |

## III. U.S. PATENT NO. 6,212,633 ("THE '633 PATENT")

### A. '633 PATENT: AGREED TERMS

| CLAIM TERM | AGREED CONSTRUCTION |
|---|---|
| "distributed firewall" | "a collection of security managers that each control the access to their associated nodes from the interface" |
| "locally generate for the first node" | "generate in the first node" |
| "locally generate for the local node" | "generate in the local node" |

### B. '633 PATENT: DISPUTED TERMS

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "memory-mapped … interface" | "an interface that allocates a unified memory space to one or more of the nodes coupled to the interface, with each node having a portion of the memory space that is accessible by other nodes by referring to specific memory addresses within that allocated portion" |
| "serial communications interface" | RULING TBD PENDING FURTHER SUBMISSIONS |

## IV.   U.S. PATENT NO. 7,247,552 ("THE '552 PATENT")

### A.   '552 PATENT: DISPUTED TERMS

| CLAIM TERM | COURT'S CONSTRUCTION |
|---|---|
| "force region" | "region within the integrated circuit in which forces are exerted on the interconnect structure when a die attach is performed" |

As indicated above, the Court has not yet ruled on the '633 Patent claim term "serial communications interface." Per the Court's oral order dated November 5, 2019: "The parties shall submit by no later than November 22, 2019 any extrinsic evidence (other than live testimony) they wish the Court to consider in connection with the construction of the limitation 'serial communications interface.' A hearing will be convened on December 17, 2019 at 9:00 a.m., at which time the parties may adduce any oral testimony they believe should be considered by the Court in connection with the construction of the limitation 'serial communications interface.'"

IT IS SO ORDERED.

                                                                       The Honorable Colm F. Connolly