IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-966-CFC-CJB |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

At Wilmington this 13th day of April 2020,

IT IS ORDERED that the pending Motion to Amend Answer, Defenses and Counterclaims and the pending Motion to Stay Pending Inter Partes Review Proceedings Related to the Asserted Patents (D.I. 255 and D.I. 585) are referred to Magistrate Judge Christopher J. Burke for resolution pursuant to 28 U.S.C. § 636(b).

_____
United States District Judge