IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,  )  <br>  )  <br> Plaintiff,  )  <br>  )  <br> v.  )  <br>  )  <br> INTEL CORPORATION,  )  <br>  )  <br> Defendant.  )  | C.A. No. 18-966 (CFC) (CJB) |

**DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS**

Defendant Intel Corporation ("Intel") respectfully moves the Court for an Order staying all proceedings in this case. The grounds for this motion are set forth in Intel's Opening Brief, filed herewith.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@mnat.com
jtigan@mnat.com

OF COUNSEL:

William F. Lee
Dominic E. Massa
Joseph J. Mueller
Jordan L. Hirsch
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

*Attorneys for Defendant*

Gregory H. Lantier
Amanda L. Major
Joshua L. Stern
Richard A. Crudo
WILMER CUTLER PICKERING
 HALE AND DORR LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

S. Calvin Walden
WILMER CUTLER PICKERING
 HALE AND DORR LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6359

Arthur W. Coviello
Christine E. Duh
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6069

September 11, 2020

## INTEL'S CERTIFICATION PURSUANT TO LOCAL RULE 7.1.1

Pursuant to D. Del. LR 7.1.1, counsel for Defendant Intel Corporation certifies that Intel has made reasonable efforts, including with Delaware counsel, to reach agreement with Plaintiff VLSI Technology LLC regarding Intel's Motion To Stay All Proceedings.  Counsel for VLSI has stated that VLSI opposes the Motion.

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-966 (CFC) (CJB) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### **[PROPOSED] ORDER**

This ___ day of ____ 2020, having considered Defendant Intel Corporation's Motion to Stay All Proceedings ("Motion").

IT IS HEREBY ORDERED that Defendant Intel Corporation's Motion is GRANTED.

_____
U.S. District Court Judge

# CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on September 11, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Brian M. Weissenberg, Esquire<br>Michael H. Strub Jr., Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ben J. Yorks, Esquire  
IRELL & MANELLA LLP  
840 Newport Center Drive, Suite 400  
Newport Beach, CA  92660-6324  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)

2