IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-966-CFC/CJB |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

### ORDER

At Wilmington this 30th day of October, 2020,

IT IS ORDERED that the pending Motion to Stay (D.I. 643) is referred to Magistrate Judge Jennifer L. Hall for resolution pursuant to 28 U.S.C. § 636(b).

_____
United States District Judge