# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

JEREMY A. TIGAN
302 351-9106
jtigan@mnat.com

January 22, 2021

The Honorable Christopher J. Burke  *VIA ELECTRONIC FILING*
U.S. District Court for the District of Delaware
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, DE 19801

    Re:    *VLSI Tech. LLC v. Intel Corp.,* C.A. No. 18-966 (CFC) (CJB)

Dear Judge Burke,

The parties in the above-referenced matter write to request the scheduling of a protective order dispute teleconference.

The following attorneys, including at least one Delaware counsel and at least one lead counsel per party, participated in a telephonic meet-and-confer on January 22, 2021:

    VLSI's Delaware Counsel: Brian Farnan
    VLSI's Lead Counsel: Michael Harbour and Ian Washburn
    Intel's Delaware Counsel: Jeremy Tigan
    Intel's Lead Counsel: Amanda Major, Mark Selwyn, and Liv Herriot

The dispute requiring judicial attention is Intel's request for relief from the protective order in this case, so that it may file under seal in *Intel Corp. v. Fortress*, C.A. No. 19-7651-EMC (N.D. Cal.) (the "Fortress action") certain information regarding patent acquisition prices and damages claims for some of the VLSI asserted patents.

Intel respectfully requests that the Court order an expedited briefing schedule and telephonic hearing on this dispute given that Intel's filing deadline in the Fortress action is February 5, 2021.

                      Respectfully,

                      */s/ Jeremy A. Tigan*

                      Jeremy A. Tigan (#5239)

cc:    All Counsel of Record (via CM/ECF and email)