IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | <br><br><br><br>C.A. No. 18-966 (CFC) (CJB) |

**JOINT MOTION FOR TELECONFERENCE
TO RESOLVE PROTECTIVE ORDER DISPUTE**

The parties respectfully move this Court to schedule a teleconference to address an outstanding dispute regarding the protective order.

Pursuant to the Court's January 25, 2021 Oral Order (D.I. 681), the parties will provide submissions on January 27 and January 29, 2021, respectively, and present their positions regarding the dispute during a teleconference on February 1, 2021, at 3:00 p.m. with counsel for Intel Corporation to initiate the call.

| | |
|---|---|
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| */s/ Brian E. Farnan* | */s/ Jeremy A. Tigan* |
| Brian E. Farnan (#4089)<br>Michael J. Farnan (#5165)<br>919 North Market Street, 12th Street<br>Wilmington, DE 19801<br>302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899-1347<br>(302) 658-9200<br>jblumenfeld@mnat.com<br>jtigan@mnat.com<br><br>*Attorneys for Defendant* |

January 27, 2021