IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-966-CFC/CJB |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## ORDER

At Wilmington this 10th day of February, 2021, having considered the Report and Recommendation issued orally by United States Magistrate Judge Jennifer L. Hall on January 26, 2021, and upon the expiration of the time allowed for objections pursuant to Rule 72 of the Federal Rules of Civil Procedure with no objections having been filed;

IT IS ORDERED that:

1. Magistrate Judge Hall's Report and Recommendation is adopted.

2. VLSI's Motion to Dismiss and Strike Intel Corporation's Inequitable Conduct and Unclean Hands Defenses and Counterclaims (D.I. 633) is DENIED.

_____
United States District Judge