# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 18-cv-966-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## JOINT LETTER IN RESPONSE TO THE
## COURT'S FEBRUARY 10, 2021 ORAL ORDER (D.I. 702)

Per the Court's Order (D.I. 702), the parties jointly respond that neither party "wishes to move to lift the stay as to some or all of the asserted claims of the '026 patent" at this time. *Id.* The deadline for either or both of the parties to file a notice of appeal regarding the '026 patent IPRs is March 16, 2021, and the deadline for any notice of cross appeal would be up to 14 days thereafter on March 30, 2021. The parties propose that they jointly provide a status update to the Court regarding the '026 patent IPRs, and any request to lift the stay, by April 6, 2021.

| | |
|---|---|
| Dated: February 16, 2021 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Michael J. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>(302) 777-0300<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>*Attorneys for Plaintiff* | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendant* |