# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, )  | C.A. No. 18-966-CFC-CJB |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| INTEL CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

_____

## DECLARATION OF JORDAN NAFEKH IN SUPPORT OF PLAINTIFF VLSI TECHNOLOGY LLC'S OPPOSITION TO INTEL CORPORATION'S MOTION FOR LEAVE TO FILE SECOND AMENDED ANSWER, DEFENSES, AND COUNTERCLAIMS AND TO SEVER AND STAY DEFENSE OF LICENSE

I, Jordan Nafekh, hereby declare as follows:

1.      I am an attorney at the law firm of Irell & Manella LLP, counsel of record for VLSI Technology LLC ("VLSI") in these related cases against Intel Corporation ("Intel").  I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* to practice before this Court.  I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.      I submit this Declaration in support of VLSI's Opposition To Intel Corporation's Motion For Leave To File Second Amended Answer, Defenses, And Counterclaims And To Sever And Stay Defense Of License ("Motion to

Amend").

3.      Attached hereto as Exhibit A is a true and correct copy of excerpts of Intel's Objections And Responses To VLSI's First Set Of Requests For Admission (Nos. 1-45) dated December 3, 2019, in which Intel admitted that "[Intel] is not pursuing an affirmative license defense in the present litigation."

4.      On February 1, 2021, I participated in a meet and confer with counsel for Intel concerning Intel's Motion For Leave To Amend.  During that call, counsel for Intel confirmed that if Intel's Motion were to be granted, it would be Intel's position that this Court would then be precluded from entering judgment in VLSI's favor until after Intel's recently filed action in the Delaware Chancery Court is resolved.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on March 9, 2021

_____
                                      */s/   Jordan Nafekh*
                                      Jordan Nafekh