IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,            ) | |
| )                              | |
| Plaintiff,             ) | |
| )                              | |
| v.                     ) | C.A. No. 18-966 (CFC) (CJB) |
| )                              | |
| INTEL CORPORATION,             ) | |
| )                              | |
| Defendant.             ) | |

## NOTICE OF WITHDRAWAL OF COUNSEL

PLEASE TAKE NOTICE that the appearance of Omar F. Amin of GIBSON, DUNN & CRUTCHER LLP for defendant is hereby withdrawn. Defendant will continue to be represented by the firms of MORRIS, NICHOLS, ARSHT & TUNNELL LLP, WILMER CUTLER PICKERING HALE & DORR LLP and GIBSON, DUNN & CRUTCHER LLP.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*

May 24, 2021

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2021, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on May 24, 2021, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Brian M. Weissenberg, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ben J. Yorks, Esquire  
A. Matthew Ashley, Esquire  
IRELL & MANELLA LLP  
840 Newport Center Drive, Suite 400  
Newport Beach, CA  92660-6324  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

_____  
Jeremy A. Tigan (#5239)