IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>INTEL CORPORATION, )<br>)<br>Defendant. ) | C.A. No. 18-966 (CFC) (CJB) |

**DEFENDANT INTEL CORPORATION'S MOTION TO EXCLUDE
<u>EVIDENCE FROM DR. THOMAS M. CONTE</u>**

Pursuant to Federal Rule of Evidence 702, Defendant Intel Corporation moves to exclude the opinions of Plaintiff's expert Dr. Thomas M. Conte and any related testimony or evidence. The grounds for this motion are set forth in Intel's Opening Brief and supporting papers, filed herewith.

|  |  |
|---|---|
|  | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|  | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Jordan L. Hirsch<br>Louis Tompros<br>Felicia H. Ellsworth<br>Kate Saxton<br>Benjamin N. Ernst<br>Thomas F. Lampert<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000 | *Attorneys for Defendant Intel Corporation* |
| Gregory H. Lantier<br>Amanda L. Major<br>Joshua L. Stern<br>R. Gregory Israelsen<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000 |  |
| S. Calvin Walden<br>Jeffrey A. Dennhardt<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 295-6359 |  |

Arthur W. Coviello
Christine E. Duh
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6069

January 18, 2022

## **RULE 7.1.1 CERTIFCATE**

I hereby certify that Delaware counsel for the parties discussed the subject of the foregoing motion and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-966 (CFC) (CJB) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## **[PROPOSED] ORDER**

At Wilmington this ___ day of _____, 2022, having considered Defendant Intel Corporation's Motion to Exclude Evidence from Dr. Thomas M. Conte and the parties' submissions filed in connection therewith:

IT IS HEREBY ORDERED that Defendant's Motion is GRANTED.

_____
Chief United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Ben J. Yorks, Esquire<br>A. Matthew Ashley, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA  92660-6324<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

2

Steven Lieberman, Esquire  *VIA ELECTRONIC MAIL*
Daniel R. McCallum, Esquire
Rachel M. Echols, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. Suite 800
Washington, DC  20005
*Attorneys for Plaintiff*

*/s/ Jeremy A. Tigan*

_____
Jeremy A. Tigan (#5239)