IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 18-966 (CFC) |
| INTEL CORPORATION, | ) ) ) |
| Defendant. | ) ) |

**DEFENDANT INTEL CORPORATION'S DAUBERT MOTION TO
EXCLUDE EVIDENCE FROM MARK CHANDLER**

Pursuant to Federal Rule of Evidence 702, Defendant Intel Corporation moves to exclude testimony and opinions of Plaintiff's licensing expert Mark Chandler with respect to VLSI's damages claims. The grounds for this motion are set forth in Intel's Opening Brief and supporting papers, filed herewith.

|  |  |
|---|---|
| | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| | /s/ *Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| William F. Lee | 1201 North Market Street |
| Dominic E. Massa | P.O. Box 1347 |
| Joseph J. Mueller | Wilmington, DE  19899 |
| Jordan L. Hirsch | (302) 658-9200 |
| Louis Tompros | jblumenfeld@morrisnichols.com |
| Felicia H. Ellsworth | jtigan@morrisnichols.com |
| Kate Saxton | |
| Benjamin N. Ernst | *Attorneys for Defendant Intel Corporation* |
| Thomas F. Lampert | |
| WILMER CUTLER PICKERING | |
|  HALE AND DORR LLP | |
| 60 State Street | |
| Boston, MA  02109 | |
| (617) 526-6000 | |
| | |
| Gregory H. Lantier | |
| Amanda L. Major | |
| Joshua L. Stern | |
| R. Gregory Israelsen | |
| WILMER CUTLER PICKERING | |
|  HALE AND DORR LLP | |
| 1875 Pennsylvania Avenue NW | |
| Washington, DC  20006 | |
| (202) 663-6000 | |
| | |
| S. Calvin Walden | |
| Jeffrey A. Dennhardt | |
| WILMER CUTLER PICKERING | |
|  HALE AND DORR LLP | |
| 7 World Trade Center | |
| 250 Greenwich Street | |
| New York, NY  10007 | |
| (212) 295-6359 | |

2

Arthur W. Coviello
Christine E. Duh
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA  94304
(650) 858-6069

January 18, 2022

## **RULE 7.1.1 CERTIFCATE**

I hereby certify that Delaware counsel for the parties discussed the subject of the foregoing motion and that we have not been able to reach agreement.

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-966 (CFC) (CJB) |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## [PROPOSED] ORDER

At Wilmington this ___ day of _____, 2022, having considered Defendant Intel Corporation's Motion to Exclude Evidence from Mark Chandler (the "Motion"), the parties' submissions filed in connection therewith, and the applicable law:

IT IS HEREBY ORDERED that Intel's Motion is GRANTED and that:

(1) Mr. Chandler is precluded from testifying about the non-comparable and unapportioned Intel settlement agreements;

(2) Mr. Chandler is precluded from testifying about other non-comparable and unapportioned license agreements;

(3) Mr. Chandler is precluded from offering testimony or evidence about non-comparable and unapportioned license surveys and databases; and

(4) Mr. Chandler's improper "patent holdout" opinions are excluded.

_____  
Chief United States District Judge

# CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on January 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Ben J. Yorks, Esquire<br>A. Matthew Ashley, Esquire<br>IRELL & MANELLA LLP<br>840 Newport Center Drive, Suite 400<br>Newport Beach, CA  92660-6324<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Steven Lieberman, Esquire  *VIA ELECTRONIC MAIL*
Daniel R. McCallum, Esquire
Rachel M. Echols, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. Suite 800
Washington, DC  20005
*Attorneys for Plaintiff*

        */s/ Jeremy A. Tigan*

        _____
        Jeremy A. Tigan (#5239)