IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | Case No. 18-cv-966-CFC-CJB |

# DECLARATION OF MARK CHANDLER IN SUPPORT OF VLSI'S OPPOSITIONS TO INTEL'S MOTIONS FOR SUMMARY JUDGMENT AND *DAUBERT* MOTIONS

I, Mark Chandler, hereby declare as follows:

1.  I have been engaged on behalf of VLSI Technology LLC ("VLSI") in the above-captioned case. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  I have been asked to provide my expert opinions with respect to matters at issue in this case, and have prepared multiple expert reports in this case. The following exhibits attached to the Declarations of Adina Stohl in support of VLSI's

11056747

oppositions to Intel's Motions for Summary Judgment and *Daubert* Motions are true and correct excerpted copies of my reports in this case:

- Exhibit R-1 to the Stohl Declaration in Support of VLSI's Opposition to Intel's Motion to Exclude Evidence from Mark Chandler: This is a true and correct excerpted copy of my Opening Expert Report, dated July 31, 2020.

- Exhibit R-2 to the Stohl Declaration in Support of VLSI's Opposition to Intel's Motion to Exclude Evidence from Mark Chandler: This is a true and correct excerpted copy of my Reply Expert Report, dated October 28, 2020.

3. I expect to testify at trial in this case regarding the statements and opinions set forth in my reports, as well as on any other issue for which I have submitted or will submit opinions in this case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on February 15, 2022 _____
Mark J. Chandler

11056747