**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | C.A. No. 18-cv-966-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

**STATUS REPORT IN RESPONSE TO THE**
**COURT'S DECEMBER 2, 2021 ORAL ORDER (D.I. 783)**

Per the Court's Order (D.I. 783), the parties jointly respond that Intel has appealed from the PTAB's final written decisions regarding the '026 patent IPRs, that VLSI has cross-appealed, and that these appeals remain pending.  Neither party wishes to move to lift the stay as to some or all of the asserted claims of the '026 patent at this time.  The parties propose that they jointly provide another status update to the Court regarding the '026 patent IPR appeals, and any request to lift the stay, by June 1, 2022.

Dated:  March 1, 2022

FARNAN LLP

/s/ Michael J. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jack B. Blumenfeld
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*