IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRTICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>                 Plaintiff,<br><br>    v.<br><br>INTEL CORPORATION,<br><br>                 Defendant. | Civil Action No. 18-966-CFC-CJB |

## VLSI'S NOTICE OF SUBSEQUENT DEVELOPMENTS IN CONNECTION WITH INTEL'S LICENSE DEFENSE

Plaintiff VLSI Technology LLC respectfully submits this notice of subsequent developments relating to the parties' cross-motions for summary judgment on Intel's license defense. D.I. 804 ("VLSI's License Motion"); D.I. 799 ("Intel's Cross-Motion").

In its summary judgment briefing, Intel identified as a key fact that in the parties' patent litigation pending in the Western District of Texas, Intel filed a Motion for Leave to File Amended Answer, Defenses, and Counterclaims and to Sever and Stay Defense of License ("Motion to Amend"), which the Texas Court had not yet issued a written ruling on. *E.g.,* D.I. 874 ¶¶ 5, 8.

On March 18, 2022, the Texas Court entered a sealed order denying Intel's Motion to Amend and finding, among other things, that Intel's license defense is without merit. A copy of that Order is attached as Exhibit 1. The Order, including the Texas Court's finding that Intel's license defense (*i.e.*, the identical license defense that Intel improperly seeks to litigate again in this case) lacks merit is directly relevant to the parties' cross-motions for summary judgment including, among other things, the issues of whether Intel's license

defense is barred by *res judicata* and whether Intel's license defense otherwise fails a matter of law.  *E.g.,* D.I. 807 at 17, D.I. 876 at 10-11, D.I. 909 at 8-9.

| | |
|---|---|
| Dated: March 23, 2022 | Respectfully submitted,<br><br>FARNAN LLP<br><br>*/s/ Brian E. Farnan*<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone: (302) 777-0300<br>Fax: (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com<br><br>Morgan Chu (admitted *pro hac vice*)<br>Ben Hattenbach (admitted *pro hac vice*)<br>Iian D. Jablon (admitted *pro hac vice*)<br>Christopher Abernethy (admitted *pro hac vice*)<br>Amy E. Proctor (admitted *pro hac vice*)<br>Dominik Slusarczyk (admitted *pro hac vice*)<br>S. Adina Stohl (admitted *pro hac vice*)<br>Charlotte J. Wen (admitted *pro hac vice*)<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, California 90067<br>Telephone: (310) 277-1010<br>Facsimile: (310) 203-7199<br>mchu@irell.com<br>bhattenbach@irell.com<br>ijablon@irell.com<br>cabernethy@irell.com<br>aproctor@irell.com<br>dslusarczyk@irell.com<br>astohl@irell.com<br>cwen@irell.com<br><br>*Attorneys for VLSI Technology LLC* |