IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, ) | |
| ) | **PUBLIC VERSION** |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 18-966 (CFC) (CJB) |
| ) | |
| INTEL CORPORATION, ) | |
| ) | **Confidential Version Filed: March 29, 2022** |
| Defendant. ) | **Public Version Filed: April 27, 2022** |

### INTEL CORPORATION'S RESPONSE TO VLSI'S NOTICE OF SUBSEQUENT DEVELOPMENTS IN CONNECTION WITH <u>INTEL'S LICENSE DEFENSE</u>

On March 23, 2022, VLSI submitted a notice of subsequent developments arguing that a ruling by the Western District of Texas is "directly relevant to the parties' cross-motions for summary judgment" on "whether Intel's license defense is barred by *res judicata* and whether Intel's license defense otherwise fails a matter of law."  D.I. 955, at 1-2.  The cited decision does not affect Intel's license defense in this Court, but Intel is prepared to provide further briefing and argument on the issue if it would be helpful to the Court.

In July 2021, Magistrate Judge Hall determined that Intel's license defense was not futile.  July 6, 2021 Hr'g Tr. at 57:17-21.  That defense, which would dispose of this case, has been the subject of discovery and is fully briefed on cross-motions for summary judgment.  Eight months after Judge Hall's ruling and 16 months after Intel's motion to add its license defense in the Western District of Texas, Judge

Albright denied Intel leave to amend its answer in Case No. 6:21-cv-00057-ADA (W.D. Tex.). D.I. 955-01 ("Texas Order").

Intel requests that this Court conduct its own analysis of Delaware law, not defer to the Texas Order's incomplete discussion. For example, the Texas Order's conclusion that "a non-party to a contract is not bound" under Delaware law, Texas Order 6, conflicts with holdings of the Delaware Supreme Court that nonparties may be bound to a contract. *See Am. Legacy Found. v. Lorillard Tobacco Co.*, 831 A.2d 335, 343-44 (Del. Ch. 2003), *aff'd*, 903 A.2d 728, 245 (Del. 2006); *In re Shorenstein Hays-Nederlander Theatres LLC Appeals*, 213 A.3d 39, 57 (Del. 2019).[1] Moreover, the Texas Order focuses on whether Fortress directly owns VLSI, without considering whether Fortress controls VLSI, which is the relevant question for purposes of determining whether VLSI is an "Affiliate" of Finjan under the PLA.

Judgment has not been entered in Texas, so the Texas Order has no preclusive effect. *ArcelorMittal Atlantique et Lorraine v. AK Steel Corp.*, 908 F.3d 1267, 1273 (Fed. Cir. 2018) (citing *Anderson v. Comm'r*, 698 F.3d 160, 164 (3d Cir. 2012)). But even after final judgment enters, the Texas Order would not preclude further litigation in this Court on Intel's license defense. The Texas Order does not address multiple issues before this Court, including whether VLSI implicitly adopted the

---

[1] The Texas Order also failed to consider the obligations that arose when the benefits of the 2012 Patent License Agreement ("PLA") were extended to VLSI. *See In re Fed.-Mogul Glob., Inc.*, 526 B.R. 567, 576 (D. Del. 2015).

2

PLA and whether Fortress controls VLSI.  In addition, the Texas Order's finding of futility was not essential to the ruling because the Texas Order independently found that Intel's motion was untimely and relied on the Texas Court's own failure to adjudicate the motion before trial to deny leave to amend.  *See* Texas Order 4, 7.

To the extent it would be helpful to the Court, Intel is prepared to present full briefing and further argument on its license defense as needed.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

_____
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*

OF COUNSEL:

William F. Lee
Dominic E. Massa
Joseph J. Mueller
Jordan L. Hirsch
Louis Tompros
Felicia H. Ellsworth
Kate Saxton
Benjamin N. Ernst
Thomas F. Lampert
WILMER CUTLER PICKERING
 HALE AND DORR LLP
60 State Street
Boston, MA 02109
(617) 526-6000

Gregory H. Lantier
Amanda L. Major
Joshua L. Stern
R. Gregory Israelsen

Wilmer Cutler Pickering
  Hale and Dorr LLP
1875 Pennsylvania Avenue NW
Washington, DC 20006
(202) 663-6000

S. Calvin Walden
Jeffrey A. Dennhardt
Wilmer Cutler Pickering
  Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
(212) 295-6359

Arthur W. Coviello
Christine E. Duh
Wilmer Cutler Pickering
  Hale and Dorr LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6069

March 29, 2022