IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>    Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>    Defendant. | C.A. No. 18-cv-966-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## STIPULATION EXTENDING REDACTION DEADLINE

The parties, subject to the Court's approval, agree to extend the deadline for the redacted version of VLSI's Second Notice of Subsequent Development in Connection with Intel's License Defense (D.I. 961) to May 12, 2022.

Dated: April 28, 2022

FARNAN LLP

/s/ Brian E. Farnan
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone : (302) 777-0300
Fax : (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

*Attorneys for Plaintiff*

Respectfully submitted,

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Jeremy A. Tigan
Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Defendant*

IT IS SO ORDERED, this 20th day of April, 2022.

_____
The Honorable Colm F. Connolly