IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRTICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, <br><br> Plaintiff, <br><br> v. <br><br> INTEL CORPORATION, <br><br> Defendant. | Civil Action No. 18-966-CFC-CJB |

**VLSI'S SECOND NOTICE OF SUBSEQUENT DEVELOPMENTS IN
CONNECTION WITH
<u>INTEL'S LICENSE DEFENSE</u>**

Plaintiff VLSI Technology LLC respectfully submits this second notice of subsequent developments relating to the cross-motions for summary judgment on Intel's license defense. D.I. 804 ("VLSI's License Motion"); D.I. 799 ("Intel's Cross-Motion").

On April 21, 2022, the Texas Court entered Final Judgment in favor of VLSI and against Intel in Case No. 6:21-CV-057-ADA (W.D. Tex.). A copy of the Final Judgment is attached as Exhibit 1. As explained in VLSI's License Motion, now that Final Judgment has been entered in Texas, Intel's license defense is plainly barred by *res judicata*. This is especially true here because prior to entering Final Judgment, the Texas Court specifically found that Intel's license defense lacks merit. *See* D.I. 955.

Dated: April 21, 2022

Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300

Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Morgan Chu (admitted *pro hac vice*)
Ben Hattenbach (admitted *pro hac vice*)
Iian D. Jablon (admitted *pro hac vice*)
Christopher Abernethy (admitted *pro hac vice*)
Amy E. Proctor (admitted *pro hac vice*)
Dominik Slusarczyk (admitted *pro hac vice*)
S. Adina Stohl (admitted *pro hac vice*)
Charlotte J. Wen (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
astohl@irell.com
cwen@irell.com
*Attorneys for VLSI Technology LLC*