# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>INTEL CORPORATION,<br><br>　　　　Defendant. | C.A. No. 18-cv-966-CFC-CJB<br><br>**JURY TRIAL DEMANDED** |

## STATUS REPORT IN RESPONSE TO THE
## COURT'S MARCH 1, 2022 ORAL ORDER (D.I. 894)

Per the Court's Order (D.I. 894), the parties jointly respond that Intel has appealed from the PTAB's final written decisions regarding the '026 patent IPRs, that VLSI has cross-appealed, and that these appeals remain pending. Neither party wishes to move to lift the stay as to some or all of the asserted claims of the '026 patent at this time. The parties propose that they jointly provide another status update to the Court regarding the '026 patent IPR appeals, and any request to lift the stay, by September 1, 2022.

| | |
|---|---|
| Dated: May 31, 2022 | Respectfully submitted, |
| FARNAN LLP | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
| /s/ Brian E. Farnan<br>Brian E. Farnan (Bar No. 4089)<br>Michael J. Farnan (Bar No. 5165)<br>919 N. Market St., 12th Floor<br>Wilmington, DE 19801<br>Telephone : (302) 777-0300<br>Fax : (302) 777-0301<br>bfarnan@farnanlaw.com<br>mfarnan@farnanlaw.com | /s/ Jack B. Blumenfeld<br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |