IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 18-966 (CFC) (CJB) |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

**INTEL CORPORATION'S NOTICE OF SUBSEQUENT DEVELOPMENT
IN CONNECTION WITH INTEL'S LICENSE DEFENSE**

Intel's license defense is the subject of cross-motions for summary judgment filed on January 18, 2022. D.I. 799, 804. On March 23, 2022, VLSI submitted a notice of subsequent developments regarding a ruling by the Western District of Texas denying Intel's motion for leave to amend its answer to add a license defense. D.I. 955. Intel responded to VLSI's notice on March 29, 2022. D.I. 956. VLSI then filed a second notice of subsequent developments on April 21, 2022, to indicate that the Western District of Texas had entered judgment in Case No. 6:21-CV-057-ADA (W.D. Tex.). D.I. 961.

Intel submits this notice of subsequent development to notify the Court that Intel has appealed the judgment in Case No. 6:21-CV-057-ADA (W.D. Tex.), including appealing the ruling denying leave to add a license defense. Intel's appeal

was docketed in the Federal Circuit on June 15, 2022, as Case No. 22-1906. Thus, the license defense issue is now before the Federal Circuit.

|  |  |
|---|---|
| OF COUNSEL:<br><br>William F. Lee<br>Dominic E. Massa<br>Joseph J. Mueller<br>Jordan L. Hirsch<br>Louis Tompros<br>Felicia H. Ellsworth<br>Kate Saxton<br>Benjamin N. Ernst<br>Thomas F. Lampert<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>60 State Street<br>Boston, MA 02109<br>(617) 526-6000<br><br>Gregory H. Lantier<br>Amanda L. Major<br>Joshua L. Stern<br>R. Gregory Israelsen<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>1875 Pennsylvania Avenue NW<br>Washington, DC 20006<br>(202) 663-6000<br><br>S. Calvin Walden<br>Jeffrey A. Dennhardt<br>WILMER CUTLER PICKERING<br> HALE AND DORR LLP<br>7 World Trade Center<br>250 Greenwich Street<br>New York, NY 10007<br>(212) 295-6359 | MORRIS, NICHOLS, ARSHT & TUNNELL LLP<br><br>*/s/ Jack B. Blumenfeld*<br><br>Jack B. Blumenfeld (#1014)<br>Jeremy A. Tigan (#5239)<br>1201 North Market Street<br>P.O. Box 1347<br>Wilmington, DE 19899<br>(302) 658-9200<br>jblumenfeld@morrisnichols.com<br>jtigan@morrisnichols.com<br><br>*Attorneys for Defendant* |

2

Arthur W. Coviello
Christine E. Duh
WILMER CUTLER PICKERING
 HALE AND DORR LLP
950 Page Mill Road
Palo Alto, CA 94304
(650) 858-6069

June 16, 2022

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 16, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 16, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ben J. Yorks, Esquire　　　　　　　　　　　　　　　　　*VIA ELECTRONIC MAIL*
A. Matthew Ashley, Esquire
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660-6324
*Attorneys for Plaintiff*

　　　　　　　　　　　　　　　　　　　*/s/ Jack B. Blumenfeld*
　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Jack B. Blumenfeld (#1014)