IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRTICT OF DELAWARE

|  |  |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 18-966-CFC-CJB |

**VLSI TECHNOLOGY LLC'S RESPONSE TO INTEL CORPORATION'S NOTICE OF SUBSEQUENT DEVELOPMENT IN CONNECTION WITH <u>INTEL'S LICENSE DEFENSE</u>**

Plaintiff VLSI Technology LLC respectfully submits this response to Intel Corporation's June 16, 2022 notice of subsequent development (D.I. 969) relating to the parties' cross-motions for summary judgment on Intel's license defense. D.I. 804 ("VLSI's License Motion"); D.I. 799 ("Intel's Cross-Motion").

Intel's notice states that Intel recently filed an appeal of the judgment in VLSI's favor in Case No. 6:21-CV-057-ADA (W.D. Tex.). Omitted from Intel's notice, however, is a critical detail: as a matter of law, Intel's notice of appeal of the Texas judgment is irrelevant to the *res judicata* issue pending before this Court.

As previously briefed, *res judicata* is decided under the law of the courts in the state in which the judgment was entered, which here is Texas. *E.g., Respler on Behalf of Magnum Hunter Resources v. Evans*, 17 F. Supp. 3d 418, 420 (D. Del. 2014); *see also* D.I. 909 at 8-9 (citing cases). Under governing Texas law, once a final judgment has been entered (as is the case here), the judgment is treated as final for *res judicata* purposes unless and until that judgment is reversed on appeal. *E.g., Scurlock Oil Co. v. Smithwick*, 724 S.W.2d 1, 6 (Tex. 1986) (holding "that a

judgment is final for the purposes of issue and claim preclusion 'despite the taking of an appeal unless what is called an appeal actually consists of a trial de novo.'"); *Montes v. Overhead Corp.*, No. CV B-19-32, 2019 WL 6792545, at *6 (S.D. Tex. Sept. 6, 2019) ("The fact that the order is currently being appealed does not change its finality for res judicata purposes."), *report and recommendation adopted*, No. 1:19-CV-32, 2019 WL 6790516 (S.D. Tex. Dec. 12, 2019); *Myer v. Americo Life, Inc.*, 469 F.3d 731, 733 (8th Cir. 2006) ("[T]he fact that Myer may appeal the judgment . . . does not affect the judgment's finality under Texas law" for *res judicata* purposes).

Thus, the fact that Intel has filed a notice of appeal of the Texas judgment in VLSI's favor is irrelevant here, and is certainly not a basis to deny VLSI's License Motion. *Id.*; *Britton v. Laughlin*, No. 02-20-00226-CV, 2021 WL 5227169, at *2, n.3 (Tex. App. Nov. 10, 2021), *review denied* (Feb. 18, 2022) (granting summary judgment on *res judicata* grounds during the appeal of a related case).

Dated: June 22, 2022                                  Respectfully submitted,

                                                                   FARNAN LLP

                                                                   */s/ Brian E. Farnan*
                                                                   Brian E. Farnan (Bar No. 4089)
                                                                   Michael J. Farnan (Bar No. 5165)
                                                                   919 N. Market St., 12th Floor
                                                                   Wilmington, DE 19801
                                                                   Telephone: (302) 777-0300
                                                                   Fax: (302) 777-0301
                                                                   bfarnan@farnanlaw.com
                                                                   mfarnan@farnanlaw.com

Morgan Chu (admitted *pro hac vice*)
Ben Hattenbach (admitted *pro hac vice*)
Iian D. Jablon (admitted *pro hac vice*)
Christopher Abernethy (admitted *pro hac vice*)
Amy E. Proctor (admitted *pro hac vice*)
Dominik Slusarczyk (admitted *pro hac vice*)
S. Adina Stohl (admitted *pro hac vice*)
Charlotte J. Wen (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California 90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
cabernethy@irell.com
aproctor@irell.commailto:
dslusarczyk@irell.com
astohl@irell.com
cwen@irell.com
*Attorneys for VLSI Technology LLC*