IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br>          Plaintiff,<br><br>     v.<br><br>INTEL CORPORATION,<br>          Defendant. | )<br>)<br>)<br>) C.A. No. 18-966 (CFC)(CJB)<br>)<br>)<br>)<br>)<br>)<br>) |

# DECLARATION OF THOMAS HERRGOTT

I, Thomas Herrgott, declare as follows:

1. I am a Controller in the Corporate Planning and Reporting Group at Intel Corporation ("Intel").

2. I submit this declaration in response to the Court's July 11, 2022 Oral Orders regarding the Court's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements and the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1. I certify that Intel has complied with both of those orders.

3. Specifically, Intel Corporation has no parent corporation, and no publicly held corporation owns 10% or more of its stock.

4. Further, no other person or entity is funding any of Intel's attorneys' fees and/or expenses to litigate this action on a non-recourse basis in exchange for

1

(1) a financial interest that is contingent upon the results of the litigation or (2) a non-monetary result that is not in the nature of a personal loan, bank loan, or insurance.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on July 14, 2022.

Thomas Herrgott
Controller, General & Administrative
Intel Corporation

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on July 18, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>S. Adina Stohl, Esquire<br>Charlotte J. Wen, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ben J. Yorks, Esquire  
A. Matthew Ashley, Esquire  
IRELL & MANELLA LLP  
840 Newport Center Drive, Suite 400  
Newport Beach, CA  92660-6324  
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jack B. Blumenfeld*
_____
Jack B. Blumenfeld (#1014)