# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRTICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>INTEL CORPORATION,<br><br>        Defendant. | Civil Action No. 18-966-CFC-CJB |

## VLSI TECHNOLOGY LLC'S RESPONSE TO THE COURT'S
## AUGUST 1, 2022 ORDER

     Plaintiff submits as Exhibit A the Declaration of VLSI's CEO Michael Stolarski in Response to Court's August 1, 2022 Order (the "Declaration"). As set forth in the Declaration, VLSI has disclosed the information in its possession, custody, and control responsive to the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1.

     VLSI, therefore, respectfully submits that it has complied with the Court's August 1, 2022 Order to the best of VLSI's ability, and is not withholding any responsive information from the Court, and the stay in this matter should now be lifted.

Dated: August 15, 2022                 Respectfully submitted,

FARNAN LLP

*/s/ Brian E. Farnan*
Brian E. Farnan (Bar No. 4089)
Michael J. Farnan (Bar No. 5165)
919 N. Market St., 12th Floor
Wilmington, DE 19801
Telephone: (302) 777-0300
Fax: (302) 777-0301
bfarnan@farnanlaw.com
mfarnan@farnanlaw.com

Morgan Chu  (admitted *pro hac vice*)
Ben Hattenbach  (admitted *pro hac vice*)
Iian D. Jablon (admitted *pro hac vice*)
Christopher Abernethy (admitted *pro hac vice*)
Amy E. Proctor  (admitted *pro hac vice*)
Dominik Slusarczyk  (admitted *pro hac vice*)
S. Adina Stohl (admitted *pro hac vice*)
Charlotte J. Wen  (admitted *pro hac vice*)
Brian M. Weissenberg (admitted *pro hac vice*)
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, California   90067
Telephone: (310) 277-1010
Facsimile: (310) 203-7199
mchu@irell.com
bhattenbach@irell.com
ijablon@irell.com
cabernethy@irell.com
aproctor@irell.com
dslusarczyk@irell.com
astohl@irell.com
cwen@irell.com
bweissenberg@irell.com

*Attorneys for VLSI Technology LLC*