# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) |
| | ) C.A. No. 18-966-CFC-CJB |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**<u>DECLARATION OF VLSI TECHNOLOGY LLC'S CEO MICHAEL STOLARSKI IN RESPONSE TO COURT'S AUGUST 1, 2022 ORDER</u>**

I, Michael Stolarski, hereby declare as follows:

1.  I am the Chief Executive Officer of VLSI Technology, LLC ("VLSI"), and have had that role since 2016. Unless otherwise stated, I have personal knowledge of the facts stated in this declaration. I submit this declaration in response to the Court's August 1, 2022 Memorandum Order.

2.  In its August 1, 2022 Order, the Court stated "Mr. Stolarski says that he '[is] informed' that one of the seven LLCs 'is wholly owned by a closed end investment fund family comprised of six individual funds,' but he does not identify those six funds or say that the funds are corporations. D.I. 972, ¶ 5. Mr. Stolarski says that the remaining six LLCs and three partnerships 'are investment funds,' but he does not identify the funds or their legal status. D.I. 972, ¶ 5." To the best of my

knowledge after a diligent search, VLSI does not have the additional information that is requested by the Court's August 1, 2022 Order. In particular, beyond what is stated in my July 18, 2022 declaration and what is already in the record before the Court, with one minor exception, VLSI does not have further information concerning either (a) the various entities that are investors in FCOF IV UST LLC, or (b) the other entities that have invested in VLSI's parent company, CF VLSI Holdings LLC ("VLSI Holdings").

3. The minor exception referred to in paragraph 2 above is that in connection with a prior litigation between Intel and VLSI, Case No. 6:21-CV-057-ADA (W.D. Tex.), I learned that that one of the hundreds of minority investors in the entities that are members of VLSI Holdings LLC is a retirement fund associated with Texas A&M University.

4. Because the Court's August 1, 2022 Memorandum Order requests additional information that is not in VLSI's possession, custody or control, and to my knowledge is not publicly available, VLSI requested that non-party Fortress Investment Group LLC ("Fortress") provide any additional responsive information that is available to Fortress. In response, Fortress's representative stated that there are strict contractual confidentiality obligations owed to the hundreds of investors in the entities listed in my July 18, 2022 declaration, and therefore Fortress has not disclosed and cannot voluntarily disclose additional information related to the

identity of those investors to VLSI.

5. For the above reasons, VLSI does not have and therefore cannot provide the Court with further information concerning the ten entities listed in my prior declaration that are members of VLSI's parent company VLSI Holdings, namely: FCOF IV UST LLC, a Delaware limited liability company; FTS SIP Investments II LLC, a Delaware limited liability company; FCO MA LSS LP, a Delaware Limited Partnership; FCO MA IV UB Securities LLC, a Delaware limited liability company; FCO MA II UB Securities LLC, a Delaware limited liability company; FCO MA SC II Investments LLC, a Delaware limited liability company; FCO MA Centre Street LP, a Delaware Limited Partnership; FCO MA ML Investments II LLC, a Delaware limited liability company; FCO MA MI LP, a Delaware Limited Partnership, and FGOY II Investments LLC.

6. However, to reiterate, all decisions concerning the conduct and management of this litigation are made either by me as CEO of VLSI, or by VLSI's three-person Board of Directors (of which I am a member), not by outside entities. In my nearly six years as CEO of VLSI, to the best of my knowledge and recollection, I have had no communications with outside investors in any of the entities that are members of VLSI Holdings, and those investors play no role in the management of VLSI or in making decisions concerning the conduct of this litigation.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my knowledge and belief.

Executed on August 15, 2022

_____

Michael Stolarski
Chief Executive Officer,
VLSI Technology LLC