IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-966 (CFC) (CJB) |
| | ) | |
| INTEL CORPORATION, | ) | **REDACTED - PUBLIC VERSION** |
| | ) | **Original Filing Date: August 23, 2022** |
| Defendant. | ) | **Redacted Filing Date: August 30, 2022** |
| | ) | |

**DECLARATION OF AMANDA L. MAJOR IN SUPPORT OF INTEL
CORPORATION'S OBJECTION TO VLSI TECHNOLOGY LLC'S
RESPONSE TO THE COURT'S AUGUST 1, 2022 ORDER**

I, Amanda Major, declare as follows:

1.      I am an attorney with the law firm of Wilmer Cutler Pickering Hale &

Dorr LLP, counsel for Intel Corporation in the above-captioned matter.  I have

personal knowledge of the matters stated herein and, if called upon, could

competently testify thereto.

2.      Attached hereto as EXHIBIT A is a true and correct copy of a Form D

listing "FCO MA LLS LP" as the "Name of Issuer," retrieved from:

sec.gov/Archives/edgar/data/0001493120/000149312010000001/xslFormDX01/pri

mary_doc.xml.

3.      Attached hereto as EXHIBIT B is a true and correct copy of a Form D

listing "FCO MA Centre Street LP" as the "Name of Issuer," retrieved from:

https://www.sec.gov/Archives/edgar/data/0001547145/000095017212000022/xslF

ormDX01/primary_doc.xml.

     4.     Attached hereto as EXHIBIT C are true and correct excerpts from

VLSI's 8th Amended Privilege log, dated November 11, 2021.  Intel has excerpted

VLSI's log to show only the entries that include references to Fortress or Fortress

in-house counsel, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆

▆▆▆

     5.     Attached hereto as EXHIBIT D are true and correct excerpts from the

Transcript of the Deposition of Michael Stolarski, dated November 11, 2021.

     I declare under penalty of perjury that the foregoing is true and correct to the

best of my knowledge and belief.

     Executed on August 23, 2022.


                                             */s/ Amanda L. Major*

                                              Amanda L. Major

## CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 23, 2022, upon the following in the manner indicated:

Brian E. Farnan, Esquire                                    *VIA ELECTRONIC MAIL*
Michael J. Farnan, Esquire
FARNAN LLP
919 North Market Street, 12th Street
Wilmington, DE  19801
*Attorneys for Plaintiff*

Morgan Chu, Esquire                                          *VIA ELECTRONIC MAIL*
Ben Hattenbach, Esquire
Iian D. Jablon, Esquire
Christopher Abernethy, Esquire
Amy E. Proctor, Esquire
Dominik Slusarczyk, Esquire
Charlotte J. Wen, Esquire
Ian Washburn, Esquire
Michael D. Harbour, Esquire
IRELL & MANELLA LLP
1800 Avenue of the Stars, Suite 900
Los Angeles, CA  90067
*Attorneys for Plaintiff*

Ben J. Yorks, Esquire                                    *VIA ELECTRONIC MAIL*
A. Matthew Ashley, Esquire
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660-6324
*Attorneys for Plaintiff*

Steven Lieberman, Esquire                                *VIA ELECTRONIC MAIL*
Daniel R. McCallum, Esquire
Rachel M. Echols, Esquire
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, N.W. Suite 800
Washington, DC 20005
*Attorneys for Plaintiff*

/s/ Jeremy A. Tigan

_____
Jeremy A. Tigan (#5239)

2