**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | Civil Action No. 18-966-CFC-CJB<br><br>**FILED UNDER SEAL** |

**DECLARATION OF BRIAN E. FARNAN
IN SUPPORT OF VLSI TECHNOLOGY LLC'S RESPONSE TO
INTEL CORPORATION'S OBJECTION TO VLSI'S RESPONSE TO
THE COURT'S AUGUST 1, 2022 ORDER**

I, Brian E. Farnan, declare:

1.      I am a member of the bar of the State of Delaware and a partner at

Farnan LLP, counsel of record for Plaintiff in this action.  I respectfully submit this

Declaration and accompanying documents in support of VLSI Technology LLC's

Response to Intel Corporation's Objection to VLSI's Response to the Court's

August 1, 2022 Order.

1.      Attached hereto as Exhibit A is a true and correct copy of excerpts from

the deposition of Michael Stolarski, Esquire dated Thursday, July 9, 2020.

2.      Attached hereto as Exhibit B is a true and correct copy of excerpts from the deposition of Michael Stolarski, Esquire dated Thursday, October 17, 2019.

3.      Attached hereto as Exhibit C is a true and correct copy of excerpts from the deposition of Jonathan M. James dated Thursday, November 18, 2021.

4.      Attached hereto as Exhibit D is a true and correct copy of a letter from Kathryn G. Cole, Esquire to Rachel Bier, Esquire dated October 29, 2021 and marked as Exhibit James 1.

5.      Attached hereto as Exhibit E is a true and correct copy of excerpts from the Permanent University Fund Detail Schedules of Investment Securities and Independent Auditors' Report for the University of Texas/Texas A&M Investment Management Company dated August 31, 2012.

6.      Attached hereto as Exhibit F is a true and correct copy of excerpts from the Permanent University Fund Detail Schedules of Investment Securities and Independent Auditors' Report for the University of Texas/Texas A&M Investment Management Company dated August 31, 2020.

I declare under penalty of perjury under the laws of the United States of America that the following is true and correct

Dated:  August 30, 2022                      /s/ Brian E. Farnan
                                             Brian E. Farnan (Bar No. 4089)

2