IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 18-966-CFC/CJB |
| | ) |
| INTEL CORPORATION, | ) |
| | ) |
| Defendant. | ) |

## MEMORANDUM ORDER

The Court will hear on December 14, 2022 at 1:00 p.m. in Courtroom 4B oral argument on VLSI's response to the Court's August 1, 2022 Order. The parties are invited to submit on or before December 2, 2022 supplemental briefs of no more than 7,500 words and to address in their briefing, among other things, the following questions:

1. Did the Court have the authority to issue its April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1?

2. Without knowing the identity of the true owners of VLSI, how can the Court assure itself that it does not have a conflict of interest that precludes it from presiding over the case?

3. Without knowing the identity of the true owners of VLSI, how can the Court assure itself that its presiding over the case will not create an appearance of impropriety?

4. Should the Court dismiss the case because of VLSI's failure to provide the information required by the Court's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1? *See Doe v. Megless*, 654 F.3d 404, 412 (3d Cir. 2011); *see also Cowley v. Pulsifer*, 137 Mass. 392, 394 (1884) (Holmes, J.) ("It is desirable that the trial of causes should take place under the public eye, not because the controversies of one citizen with another are of public concern, but because it is of the highest moment that those who administer justice should always act under the sense of public responsibility, and that every citizen should be able to satisfy himself with his own eyes as to the mode in which a public duty is performed.").

10.17.22
Date

_____
Chief Judge