# Exhibit B

# EXHIBIT B

## MATERIALS CONSIDERED

1. 2022-04-18 Chief Judge Connolly's Standing Order RE Disclosure Statements Required by Federal Rule of Civil Procedure 7.1.

2. 2022-04-18 Chief Judge Connolly's Standing Order RE Third-Party Litigation Funding Arrangements.

3. 2022-07-11 Chief Judge Connolly's Oral Order RE Disclosure Statements.[1]

4. 2022-07-11 Chief Judge Connolly's Oral Order RE Third Party Litigation Funding.

5. 2022-07-18 Declaration of VLSI Technology LLC's CEO Michael Stolarski in Response to Court's Oral Orders Dated July 11, 2022 (Dkt. #972).

6. 2022-07-18 Declaration of Thomas Herrgott RE July 11th Oral Order (Dkt. #973).

7. 2022-07-25 Declaration of VLSI Technology LLC's CEO Michael Stolarski in Response to Court's Oral Orders Dated July 11, 2022 (Dkt. #974).

8. 2022-08-01 Memorandum Order re April 18th Standing Orders (Dkt. #975).

9. 2022-08-15 VLSI Technology LLC's Response to the Court's August 1, 2022 Order (Dkt. #976).

10. 2022-08-15 Declaration of VLSI Technology LLC's CEO Michael Stolarski in Response to Court's August 1, 2022 Order (Dkt. #976-1).

11. 2022-08-23 Intel Corporation's Objection to VLSI Technology LLC's Response to the Court's August 1, 2022 Order (Dkt. #978).

12. 2022-08-23 Declaration of Amanda L. Major in Support of Intel Corporation's Objection to VLSI Technology LLC's Response to the Court's August 1, 2022 Order (Dkt. #979).

13. United States Securities and Exchange Commission Form D for FCO MA LSS LP (Dkt. #979-1).

14. 2022-08-30 VLSI Technology LLC's Response to Intel Corporation's Objection to VLSI's Response to the Court's August 1, 2022 Order (Dkt. #981).

---

[1] All Dkt. references herein are to docket entries in *VLSI Technology LLC v. Intel Corp.*, Case No. 1:18-cv-00966-CFC (D. Del.)

15. 2022-08-30 Declaration of Brian E. Farnan in Support of VLSI Technology LLC's Response to Intel Corporation's Objection to VLSI's Response to the Court's August 1, 2022 Order (Dkt. #982).

16. Excerpts from July 9, 2020 deposition transcript of Michael Stolarski (Dkt. #982-1).

17. Excerpts from October 17, 2019 deposition transcript of Michael Stolarski (Dkt. #982-2).

18. Excerpts from November 18, 2021 deposition transcript of Fortress Investment Group, LLC (Dkt. #982-3).

19. October 19, 2021 Letter to Intel RE Intel's Subpoena to Fortress Investment Group LLC in *VLSI Technology LLC v. Intel Corp.*, 1:18-cv-00966-CFC (D. Del.) (Dkt. #982-4).

20. 2022-08-30 Intel Corporation's Objection to VLSI Technology LLC's Response to the Court's August 1, 2022 Order (Dkt. #983).

21. 2022-08-30 Declaration of Amanda L. Major in Support of Intel Corporation's Objection to VLSI Technology LLC's Response to the Court's August 1, 2022 Order (Dkt. #984).

22. 2022-09-06 VLSI Technology LLC's Response to Intel Corporation's Objection to VLSI's Response to the Court's August 1, 2022 Order (Dkt. #986).

23. 2022-09-06 Declaration of Brian E. Farnan in Support of VLSI Technology LLC's Response to Intel Corporation's Objection to VLSI's Response to the Court's August 1, 2022 Order (Dkt. #987).

24. Permanent University Fund Detail Schedules of Investment Securities And Independent Auditors' Report, August 31, 2012 (Dkt. #987-5).

25. Permanent University Fund Detail Schedules of Investment Securities And Independent Auditors' Report, August 21, 2020 (Dkt. #987-6).

26. 2022-10-17 Memorandum Order re December 14 Hearing Before Judge Connolly (Dkt. #988).

27. 2020 Financial Disclosure Report of Chief Judge Colm F. Connolly.

28. 2019 Financial Disclosure Report of Chief Judge Colm F. Connolly.