# EXHIBIT A

# LAWRENCE A. HAMERMESH

**Institute for Law and Economics, University of Pennsylvania Law School**
**3501 Sansom Street, Philadelphia, Pennsylvania 19104**
lhamerme@law.upenn.edu

**Widener University        Delaware Law School**
**4601 Concord Pike, P.O. Box 7474, Wilmington, Delaware 19803-0474**
lahamermesh@ widener.edu

**EDUCATION AND CAREER HISTORY:**

**Admitted to the Delaware Bar, 1976; United States Supreme Court, 1999**

**Professor Emeritus (formerly Ruby R. Vale Professor of Corporate and Business Law), Widener University School of Law**
- Teaching areas: business organizations, corporate finance, securities regulation, mergers and acquisitions, professional responsibility, equity/equitable remedies
- Director, Widener Law School Institute of Delaware Corporate and Business Law, 2000-2017
- Adviser, Delaware Journal of Corporate Law

**Executive Director, University of Pennsylvania Law School Institute for Law and Economics, July 2016-present**

**Senior Special Counsel, Office of Chief Counsel of the Division of Corporation Finance of the U.S. Securities and Exchange Commission, Washington, D.C., January 2010 to June 2011**
- Advising the Staff of the Commission on matters of state corporate law pertinent to the regulatory functions of the Commission

**Visiting Professor, University of Michigan Law School, Winter 2002**
**Visiting Professor, University of Pennsylvania Law School, Spring 2004, 2006, 2014**
**Adjunct Professor of Law, New York University Law School, Fall 2008**

**Morris, Nichols, Arsht & Tunnell**, Wilmington, Delaware
- Associate, 1976-1984
- Partner, 1985-1994

**Yale Law School –** J.D., 1976

**Haverford College –** B.A., 1973

**Other Professional Qualifications and Background Information**:

    Member, American Law Institute (elected 1999)
    Adviser, Restatement of the Law, Corporate Governance (appointed March 2019)

    Member, Council of the Corporation Law Section of the Delaware State Bar Association, 1995-2022; Vice Chair, 2000-2002; Chair, 2002-2004

    American Bar Association Business Law Section:

        Member, Section Council, 2009 – 2012

        Corporate Laws Committee:  Reporter, 2013 – 2020; Associate Reporter, 2011-2012; member, 2001-2007

        Editorial Advisory Board, The Business Lawyer (2005-2017)

        Chair, Corporate Documents and Process Committee, 2007-2010

    Reporter, ABA Task Force on Corporate Responsibility (2002-2003)

    2004 Daniel L. Herrmann Professional Conduct Award, Delaware State Bar Association

    2006 and 2013 Douglas E. Ray Excellence in Faculty Scholarship Award

    Secretary, Delaware Board of Bar Examiners, 1983-1987

    Treasurer, Delaware Volunteer Legal Services, Inc., 1991-2000
    Chairman, Lawyer Referral Service Committee of the Delaware State Bar Association, 1993-1998

**PUBLISHED WRITINGS** (partial list, including all publications within the last 10 years as of October 2021)

    *Optimizing the World's Leading Corporate Law: A 20-Year Retrospective and Look Ahead* (with Jack B. Jacobs & Leo E. Strine, Jr.), 77 Business Lawyer 321 (2022) (forthcoming)

    *A Babe in the Woods: An Essay on* Kirby Lumber *and the Evolution of Corporate Law*, 45 Delaware Journal of Corporate Law 125 (2020)

    *Delaware Corporate Fiduciary Law: Searching for the Optimal Balance,* in EVAN J. CRIDDLE, PAUL B. MILLER, AND ROBERT H. SITKOFF, EDS., OXFORD HANDBOOK OF FIDUCIARY LAW (Oxford Univ. Press 2019) (with Leo E. Strine, Jr.)

    *The Role of Directors in M&A Transactions: A Governance Handbook for Directors, Management and Advisors*, American Bar Association Business Law Section, published April 2019 (co-editor)

    *Finding the Right Balance in Appraisal Litigation: Deal Price, Deal Process,*

*and Synergies* (with Michael Wachter), 73 Business Lawyer 961 (2018)

*Forum Shopping in the Bargain Aisle: Wal-Mart and the Role of Adequacy of Representation,* in RESEARCH HANDBOOK ON REPRESENTATIVE SHAREHOLDER LITIGATION, SEAN GRIFFITH, JESSICA ERICKSON, DAVID H. WEBBER, AND VERITY WINSHIP, EDS. (Edward Elgar 2018) (with Jacob J. Fedechko)

*Lyman Johnson's Invaluable Contribution to Delaware Corporate Jurisprudence*, 74 Washington & Lee Law Review 909 (2017) (with Jack B. Jacobs)

*The Importance of Being Dismissive: The Efficiency Role of Pleading Stage Evaluation of Shareholder Litigation*, 42 Journal of Corporation Law 597 (2017) (with Michael Wachter)

*A Most Adequate Response to Excessive Shareholder Litigation*, 45 Hofstra Law Review 147 (2016)

*Consent in Corporate Law*, 70 Business Lawyer 161 (Winter 2014/2015)

*How Long Do We Have to Play the "Great Game?,"* 100 Iowa Law Review Bulletin 31 (2015)

*M&A Under Delaware's Public Benefit Corporation Statute: A Hypothetical Tour*, 4 Harvard Business Law Review 255 (2014) (with Frederick Alexander, Frank Martin and Norman Monhait)

*Director Nominations*, 39 Delaware Journal of Corporate Law 117 (2014)

*Putting Stockholders First, Not the First-Filed Complaint*, 69 Business Lawyer 1 (2013) (with Leo E. Strine, Jr. and Matthew Jennejohn)

*Who Let You Into the House?*, 2012 Wisconsin Law Review 359 (2012)

*Delaware Corporate Law and the Model Business Corporation Act: A Study in Symbiosis*, 74 Duke Journal of Law and Contemporary Problems 107 (2011) (with Leo E. Strine, Jr. and Jeffrey M. Gorris)

*Loyalty's Core Demand: The Defining Role of Good Faith in Corporation Law*, 98 Georgetown Law Journal 629 (2010) (with Leo E. Strine, Jr., R. Franklin Balotti, and Jeffrey M. Gorris)

*Rationalizing Appraisal Standards in Compulsory Buyouts*, 50 Boston College Law Review 1021 (2009) (with Michael Wachter)

*The Short and Puzzling Life of the "Implicit Minority Discount" in Delaware Appraisal Law*, 156 University of Pennsylvania Law Review 1 (with Michael Wachter) (2007)

*The Policy Foundations of Delaware Corporate Law*, 106 Columbia Law Review 1749 (2006)

*The Fair Value of Cornfields in Delaware Appraisal Law*, 31 Journal of Corporation Law 101 (2006) (with Michael Wachter)

*Twenty Years After* Smith v. Van Gorkom*: An Essay On The Limits Of Civil Liability Of Corporate Directors And The Role Of Shareholder Inspection Rights*, 45 Washburn Law Review 301 (2006)

*Ruby R. Vale and a Definition of Legal* Scholarship, 31 Delaware Journal of Corporation Law 253 (2006)

*Corporate Officers and the Business Judgment Rule: A Reply to Professor Johnson*, 60 Business Lawyer 865 (2005) (with A. Gilchrist Sparks III)

*Premiums in Stock for Stock Mergers and Some Consequences in the Law of Director Fiduciary Duties*, 152 University of Pennsylvania Law Review 881 (2003)

*The ABA Task Force on Professional Responsibility and the 2003 Changes to*

*the Model Rules of Professional Conduct*, 17 Georgetown Journal of Legal Ethics 35 (2003)

*A Kinder, Gentler Critique of* Van Gorkom *and its Less Celebrated Legacies*, 96 Northwestern Law Review 595 (2002)

*Why I Do Not Teach* Van Gorkom, 34 Georgia Law Review 477 (2000)

*Corporate Democracy and Stockholder-Adopted By-Laws: Taking Back the Street?*, 73 Tulane Law Review 409 (December 1998)

*Calling Off the* Lynch *Mob: The Corporate Director's Fiduciary Disclosure Duty*, 49 Vanderbilt Law Review 1087 (October 1996)

*Common Law Duties of Non-Director Corporate Officers* (with A. Gilchrist Sparks, III), 48 Business Lawyer 215 (1992)

"Appraisal Rights," chapter 36 of Drexler, Black and Sparks, DELAWARE CORPORATION LAW AND PRACTICE

## EXPERT WITNESS, *AMICUS CURIAE* AND APPOINTMENTS (partial list)

*In re Request of the Governor*, 722 A.2d 307 (Del. 1998) (appointed by the Court *pro bono publico* to advocate on appointments clause of the State Constitution)

*Goodrich v. E.F. Hutton Group, Inc.*, 681 A.2d 1039 (Del. 1996) (appointed by the Court to advocate on class action attorneys' fee award)

*California Public Employees Retirement System v. Felzen, et al.*, 119 S.Ct. 720, 142 L.Ed.2d 766 (1999) (*amicus curiae* in support of petitioner on issue of appellate standing in stockholder derivative actions)

s
*Onti, Inc. v. Integra Bank*, 751 A.2d 904, 931-32 (Del. Ch. 1999) (expert witness on valuation of contingent claims including shareholder derivative claims)

*In the Matter of Banc of America Capital Management, LLC, et al.* and *In the Matter of Columbia Management Advisors, Inc.* (Securities and Exchange Commission, 2005-2009) (independent distribution consultant in connection with mutual fund settlements)

*In the Matter of the Proposed Acquisition of Royal Indemnity Company, et al.*, in the Insurance Department of the State of Delaware (hearing officer in contested application for acquisition of control of Delaware property/casualty subsidiaries of Royal SunAlliance Insurance Group plc).

## OTHER AFFILIATIONS

Music School of Delaware, director (2014 – 2020, 2021-present); Board Chair (2018 - 2020), Treasurer (2021 - 2022)
ACLU Delaware, Inc., director (1985-2015; President, 1996-2003); representative to the National Board of Directors (2004 –2009)
Wilmington Community Orchestra, violin
Ardensingers Orchestra, violin