IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VLSI TECHNOLOGY LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 18-966-CFC-CJB |
| | ) | |
| v. | ) | |
| | ) | |
| INTEL CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF CHARLOTTE J. WEN IN SUPPORT OF VLSI TECHNOLOGY LLC'S RESPONSE TO THE COURT'S OCTOBER 17, 2022 MEMORANDUM ORDER

I, Charlotte J. Wen, hereby declare as follows:

1. I am an attorney at the law firm of Irell & Manella LLP, counsel of record for VLSI Technology LLC ("VLSI") in the above-captioned matter. I am a member in good standing of the State Bar of California and have been admitted *pro hac vice* to practice before this Court. I have personal knowledge of the facts set forth in this Declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. I submit this Declaration in support of VLSI's Response To The Court's October 17, 2022 Memorandum Order.

3. Attached hereto as Exhibit A is a copy of the 2020 Financial Disclosure Report of Chief Judge Colm F. Connolly obtained by my firm from Court Listener, https://www.courtlistener.com.

4.	Attached hereto as Exhibit B is a copy of the 2019 Financial Disclosure Report of Chief Judge Colm F. Connolly obtained by my firm from the Almanac of the Federal Judiciary, https://almanacofthefederaljudiciary.com/Dashboard.

5.	Attached hereto as Exhibit C is a copy of Volume 31, Issue 15 of Commercial Lending Litigation News.

6.	Attached hereto as Exhibit D is a copy of excerpts of Committee on Rules of Practice and Procedure of the Judicial Conference of the United States June 2009.

7.	Attached hereto as Exhibit E is a copy of excerpts of Advisory Committee on Codes of Conduct Opinion No. 57.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is to the best of my knowledge and belief.

Executed on December 2, 2022 at Los Angeles, California.

_____
Charlotte J. Wen