# EXHIBIT B

| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2019 | *Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)* |

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Connolly, Colm F. | United States District Court for the District of Delaware | 05/04/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| United States District Court Judge | ☐ Nomination  Date ___<br>☐ Initial  ✔ Annual  ☐ Final<br>5b. ✔ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

844 King Street
Unit 31
Wilmington, DE 19801

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Board Member | Ministry of Caring |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions)*

✔ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 2 of 19 | Connolly, Colm F. | 05/04/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

**A. Filer's Non-Investment Income**

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

**B. Spouse's Non-Investment Income -** *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | ▰▰▰▰ salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Duke Law School | March 5, 2019 | Durham, NC | Lecture and Student Interviews | Travel, Lodging, Meals |
| 2. | NYIPLA | March 21, 2019 | NY, NY | Federal Judiciary Dinner | Travel, Lodging, Meals |
| 3. | Law & Economics Center | April 25, 2019 | Washington, DC | Lecture | Travel, Lodging, Meals |
| 4. | | | | | |
| 5. | | | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 3 of 19 | Connolly, Colm F. | 05/04/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔   NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔   NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 4 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 1. | M&T Bank Accounts | A | Interest | L | T | | | | | |
| 2. | Capital One Money Market Accounts | A | Interest | O | T | | | | | |
| 3. | | | | | | | | | | |
| 4. | Retirement Savings Plan #1 (H) | | | | | | | | | |
| 5. | - T. Rowe Price Growth Stock Trust A | A | Dividend | K | T | | | | | |
| 6. | - Vanguard Institutional Index Instl PI | B | Dividend | L | T | | | | | |
| 7. | - American Funds EuroPacific Growth R6 | B | Dividend | K | T | | | | | |
| 8. | | | | | | | | | | |
| 9. | Retirement Savings Plan #2 (H) | | | | | | | | | |
| 10. | - William Blair Intnl Growth I | B | Dividend | J | T | | | | | |
| 11. | - Dodge & Cox Intl Stock | B | Dividend | K | T | | | | | |
| 12. | - DFA US SMall Cap Port Instl | B | Dividend | K | T | | | | | |
| 13. | - Goldman Sachs Global Income Fund Instl | B | Dividend | L | T | | | | | |
| 14. | - Vanguard REIT Index Fund | A | Dividend | K | T | | | | | |
| 15. | | | | | | | | | | |
| 16. | Defined Contribution Plan #1 (H) | | | | | | | | | |
| 17. | - William Blair Intnl Growth I | A | Dividend | L | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 5 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. - Dodge & Cox Intl Stock | C | Dividend | L | T | | | | | |
| 19. - DFA US Small Cap Port I | B | Dividend | L | T | | | | | |
| 20. - Invesco GI Real Estate R5 | D | Dividend | L | T | | | | | |
| 21. - Vanguard REIT Index Fund Inst | B | Dividend | L | T | | | | | |
| 22. | | | | | | | | | |
| 23. IRA #1 (H) | | | | | | | | | |
| 24. - Vanguard Emerging Markets Select Stock Fund | B | Dividend | L | T | | | | | |
| 25. | | | | | | | | | |
| 26. IRA #2 (H) | | | | | | | | | |
| 27. - Vanguard Emerging Markets Stock Index Admiral CL | A | Dividend | K | T | | | | | |
| 28. - Vanguard Mid Cap Value Index Admiral CL | A | Dividend | K | T | | | | | |
| 29. - Vanguard High Yield Corp Investor CL | A | Dividend | K | T | | | | | |
| 30. | | | | | | | | | |
| 31. Roth IRA #1 (H) | | | | | | | | | |
| 32. - Vanguard Capital Opportunity Find Invst CL | B | Dividend | K | T | | | | | |
| 33. - Vanguard Emerging Markets Select Stock Fund | A | Dividend | J | T | | | | | |
| 34. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 6 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 35. Roth IRA #2 (H) | | | | | | | | | |
| 36. - Vanguard Capital Opportunity Fund Investor | A | Dividend | K | T | | | | | |
| 37. | | | | | | | | | |
| 38. Roth IRA #3 (H) | | | | | | | | | |
| 39. - Vanguard Target Retirement 2060 Fund | A | Dividend | J | T | | | | | |
| 40. | | | | | | | | | |
| 41. Brokerage Account #1 (H) | | | | | | | | | |
| 42. - Vanguard Federal Money Market Fund | A | Dividend | J | T | | | | | |
| 43. - Vanguard Dividend Appreciation Index Fund Admiral CL | A | Dividend | K | T | | | | | |
| 44. - Vanguard Prime Money Market Investor CL | A | Dividend | J | T | | | | | |
| 45. - Vanguard Small Cap Growth Index Fund Admiral CL | A | Dividend | K | T | | | | | |
| 46. - Vanguard Comsumer Discretionary ETF | A | Dividend | K | T | | | | | |
| 47. - Vanguard Consumer Staples ETF | A | Dividend | K | T | | | | | |
| 48. - Vanguard Energy ETF | A | Dividend | L | T | | | | | |
| 49. - Vanguard Health Care ETF | A | Dividend | K | T | | | | | |
| 50. - Vanguard REIT Index ETF | A | Dividend | J | T | | | | | |
| 51. - Vanguard S&P 500 Index ETF | A | Dividend | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 7 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e.g., div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e.g., buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 52.  - Vanguard Communication Services ETF | A | Dividend | J | T | | | | | |
| 53.  - Proteon Therapeutics | | None | J | T | | | | | |
| 54. | | | | | | | | | |
| 55.  Brokerage Account #3 (H) | | | | | | | | | |
| 56.  - International Business Machines | A | Dividend | J | T | | | | | |
| 57.  - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 58. | | | | | | | | | |
| 59.  Brokerage Account #4 (H) | | | | | | | | | |
| 60.  - International Business Machines | A | Dividend | J | T | | | | | |
| 61.  - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 62.  Microsoft | A | Dividend | J | T | | | | | |
| 63. | | | | | | | | | |
| 64.  529 #1 (H) | | | | | | | | | |
| 65.  - NY's 529 Moderate Growth Portfolio | | None | J | T | Sold (part) | 06/03/19 | J | | |
| 66.  - NY's 529 Interest Accumulation Portfolio | | None | J | T | Sold (part) | 06/03/19 | J | | |
| 67.  - NY's 529 Conservative Growth Portfolio | | None | K | T | Sold (part) | 06/03/19 | K | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 8 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 69. | 529 #4 (H) | | | | | | | | | |
| 70. | - NY's 529 Conservative Growth Portfolio | | None | K | T | Sold (part) | 01/03/19 | J | | |
| 71. | | | | | | Sold (part) | 08/02/19 | J | | |
| 72. | - NY's 529 Income Portfolio | | None | K | T | Sold (part) | 01/03/19 | K | | |
| 73. | | | | | | Sold (part) | 08/02/19 | K | | |
| 74. | - NY's 529 Moderate Growth Portfolio | | None | J | T | Sold (part) | 01/03/19 | J | | |
| 75. | | | | | | Sold (part) | 04/11/19 | J | | |
| 76. | | | | | | Sold (part) | 08/02/19 | J | | |
| 77. | | | | | | Sold (part) | 10/08/19 | J | | |
| 78. | | | | | | | | | | |
| 79. | 529 #5 (H) | | | | | | | | | |
| 80. | - Fidelity DE Aggressive Growth Portfolio (Fidelity Indx) | | None | L | T | | | | | |
| 81. | - Fidelity DE Aggressive Growth Portfolio (Fidelity FDS) | | None | L | T | Sold (part) | 12/13/19 | J | | |
| 82. | | | | | | | | | | |
| 83. | 529 #6 (H) | | | | | | | | | |
| 84. | - Fidelity DE Conservative (Fid. Index) | | None | J | T | | | | | |
| 85. | - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | None | J | T | | | | | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000

2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000

3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 9 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. | | | | | | | | | |
| 87.  529 #7 (H) | | | | | | | | | |
| 88.  - Fidelity DE Conservative (Fid. Index) | | None | J | T | Sold (part) | 01/04/19 | J | | |
| 89. | | | | | Sold (part) | 04/12/19 | J | | |
| 90. | | | | | Sold (part) | 06/03/19 | J | | |
| 91. | | | | | Sold (part) | 08/05/19 | J | | |
| 92. | | | | | Sold (part) | 10/10/19 | J | | |
| 93. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 94. | | | | | Sold (part) | 12/16/19 | K | | |
| 95. | | | | | Sold (part) | 12/16/19 | J | | |
| 96.  - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | None | J | T | Sold (part) | 01/04/19 | J | | |
| 97. | | | | | Sold (part) | 04/12/19 | J | | |
| 98. | | | | | Sold (part) | 06/03/19 | J | | |
| 99. | | | | | Sold (part) | 08/05/19 | J | | |
| 100. | | | | | Sold (part) | 10/10/19 | J | | |
| 101. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 102. | | | | | Sold (part) | 12/16/19 | J | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4)<br>2 Value Codes<br>(See Columns C1 and D3)<br><br>3 Value Method Codes<br>(See Column C2) | A =$1,000 or less<br>F =$50,001 - $100,000<br>J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000<br>Q =Appraisal<br>U =Book Value | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000<br>K =$15,001 - $50,000<br>O =$500,001 - $1,000,000<br><br>R =Cost (Real Estate Only)<br>V =Other | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000<br>L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000<br>S =Assessment<br>W =Estimated | D =$5,001 - $15,000<br>H2 =More than $5,000,000<br>M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000<br><br>T =Cash Market | E =$15,001 - $50,000 |

| FINANCIAL DISCLOSURE REPORT Page 10 of 19 | Name of Person Reporting Connolly, Colm F. | Date of Report 05/04/2021 |
|---|---|---|

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 12/16/19 | J | | |
| 104. | | | | | | | | | |
| 105. 529 #8 (H) | | | | | | | | | |
| 106. - Fidelity DE Conservative (Fid. Index) | | None | K | T | | | | | |
| 107. - Fidelity DE Aggressive Growth Portfolio (Fidelity Indx) | | None | K | T | | | | | |
| 108. - Fidelity DE Moderate Growth Portfolio (Fidelity Indx) | | None | L | T | | | | | |
| 109. | | | | | | | | | |
| 110. UTMA #2 (H) | | | | | | | | | |
| 111. - Fidelity Blue Chip Growth Fund | A | Dividend | | | Distributed | 06/04/19 | J | | |
| 112. - International Business Machines | A | Dividend | | | Distributed | 06/04/19 | J | | |
| 113. - Microsoft Corp. | A | Dividend | | | Distributed | 06/04/19 | J | | |
| 114. | | | | | | | | | |
| 115. UTMA #3 (H) | | | | | | | | | |
| 116. - Fidelity Blue Chip Growth Fund | A | Dividend | J | T | | | | | |
| 117. - International Business Machines | A | Dividend | J | T | | | | | |
| 118. - Microsoft Corp. | A | Dividend | J | T | | | | | |
| 119. | | | | | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 11 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 120. College Avenue Student Loans, LLC units | | None | M | U | | | | | |
| 121. | | | | | | | | | |
| 122. IRA #3 (H) | | | | | | | | | |
| 123. - Diamond Hill Large Cap | B | Dividend | M | T | Buy | 09/11/19 | M | | |
| 124. - Eaton Vance Atlanta Cap | D | Dividend | L | T | | | | | |
| 125. - Edgewood Growth Instl | D | Dividend | M | T | Buy | 09/10/19 | M | | |
| 126. | | None | | | Buy (add'l) | 09/11/19 | J | | |
| 127. - Pear Tree Polaris | A | Dividend | L | T | Buy | 09/11/19 | L | | |
| 128. - Vanguard Intl Growth FD Admiral Shares | A | Dividend | L | T | Buy | 09/10/19 | L | | |
| 129. - Thornburg Strategic | A | Dividend | | | Sold | 09/10/19 | J | A | |
| 130. - Primecap Odyssey Growth | | None | | | Sold | 09/10/19 | K | C | |
| 131. - Putnam Diversified INCM Trust | | None | | | Sold | 09/10/19 | K | A | |
| 132. - PIMCO INCM CL | A | Dividend | | | Sold | 09/10/19 | K | A | |
| 133. - PIMCO STKSPLUS Absolute Return | | None | | | Sold | 09/10/19 | K | A | |
| 134. - Morgan Stanley Growth | | None | | | Sold | 09/10/19 | K | A | |
| 135. - Neuberger Berman Eqty | | None | | | Sold | 09/10/19 | J | A | |
| 136. - Loomis Sayles Global | | None | | | Sold | 09/10/19 | J | C | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 12 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 137. - Matthews Asia Dividend | | None | | | Sold | 09/10/19 | K | A | |
| 138. - First Eagle Global Fund | | None | | | Sold | 09/10/19 | J | A | |
| 139. - Hartford Growth Opportunity | | None | | | Sold | 09/10/19 | J | A | |
| 140. - Columbia Adaptive Risk | | None | | | Sold | 09/10/19 | K | A | |
| 141. - Columbia Dividend Income | | None | | | Sold | 09/10/19 | K | A | |
| 142. - Verizon Stock | | None | | | Sold | 09/10/19 | J | A | |
| 143. - Verizon Stock | | None | | | Sold | 09/10/19 | J | A | |
| 144. - Verizon Stock | | None | | | Sold | 09/10/19 | J | B | |
| 145. - Verizon Stock | | None | | | Sold | 09/10/19 | J | B | |
| 146. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | A | |
| 147. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 148. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 149. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 150. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 151. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 152. - Ventas Inc REIT | | None | | | Sold | 09/10/19 | J | B | |
| 153. - Vanguard Info Technology ETF | | None | | | Sold | 09/10/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 13 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 154. - Select Sector Health Care ETF | | None | | | Sold | 09/10/19 | J | A | |
| 155. - Select Sector Health Care ETF | | None | | | Sold | 09/10/19 | J | A | |
| 156. - Select Sector Health Care ETF | | None | | | Sold | 09/10/19 | J | B | |
| 157. - Select Sector Health Care ETF | | None | | | Sold | 09/10/19 | J | C | |
| 158. - Select Sector Health Care ETF | | None | | | Sold | 09/10/19 | K | C | |
| 159. - Phillips 66 Stock | A | Dividend | | | Sold | 09/10/19 | J | D | |
| 160. - Microsoft Stock | A | Dividend | | | Sold | 09/11/19 | K | E | |
| 161. - Medtronic Stock | | None | | | Sold | 09/11/19 | J | A | |
| 162. - Medtronic Stock | | None | | | Sold | 09/11/19 | K | D | |
| 163. - Occirdental Petroleum Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 164. - Occirdental Petroleum Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 165. - First Trust Cloud Computing ETF | | None | | | Sold | 09/11/19 | J | C | |
| 166. - Lilly Eli & Co. Stock | A | Dividend | | | Sold | 09/11/19 | J | B | |
| 167. - Lilly Eli & Co. Stock | A | Dividend | | | Sold | 09/11/19 | J | D | |
| 168. - Eaton Vance Enhanced Eqty INCM II | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 169. - Eaton Vance Enhanced Eqty INCM II | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 170. - Eaton Vance Enhanced Eqty INCM II | A | Dividend | | | Sold | 09/11/19 | J | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 14 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 171. - Eaton Vance Enhanced Eqty INCM II | A | Dividend | | | Sold | 09/11/19 | J | C | |
| 172. - Comcast Stock | | None | | | Sold | 09/11/19 | K | D | |
| 173. - Calamos Strategic Total Return | | None | | | Sold | 09/11/19 | K | B | |
| 174. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 175. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 176. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 177. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 178. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 179. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 180. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 181. - Century Link Inc Stock | A | Dividend | | | Sold | 09/11/19 | J | A | |
| 182. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 183. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 184. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 185. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 186. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 187. - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |

1 Income Gain Codes: (See Columns B1 and D4)  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
 F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes (See Columns C1 and D3)  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
 N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
 P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000
3 Value Method Codes (See Column C2)  Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
 U =Book Value  V =Other  W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 15 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 188.  - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 189.  - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 190.  - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 191.  - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 192.  - Blackstone Group Inc | | None | | | Sold | 09/11/19 | J | A | |
| 193. | | | | | | | | | |
| 194.  Brokerage Account #5 (H) | | | | | | | | | |
| 195.  - Vanguard High Yield Tax Exempt Fund | A | Dividend | M | T | Buy | 08/08/19 | M | | |
| 196.  - Vanguard Interim Tax Exempt Fund | A | Dividend | N | T | Buy | 08/08/19 | N | | |
| 197.  - Vanguard LTD Term Tax Exempt Fund | A | Dividend | M | T | Buy | 08/08/19 | M | | |
| 198.  - Eaton Vance Atlanta SMID Cap | D | Dividend | L | T | Buy | 09/11/19 | L | | |
| 199. | | | | | Buy (add'l) | 11/04/19 | K | | |
| 200.  - Harding Loevner Inst Emerg Mkts | B | Dividend | L | T | Buy | 09/12/19 | K | | |
| 201. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 202.  - Vanguard Tax Managed Small Cap | A | Dividend | L | T | Buy | 09/10/19 | K | | |
| 203. | | | | | Buy (add'l) | 09/11/19 | J | | |
| 204. | | | | | Buy (add'l) | 11/04/19 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 16 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during reporting period | | C<br>Gross value at end of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount Code 1<br>(A-H) | (2)<br>Type (e g, div, rent, or int) | (1)<br>Value Code 2<br>(J-P) | (2)<br>Value Method Code 3<br>(Q-W) | (1)<br>Type (e g, buy, sell, redemption) | (2)<br>Date mm/dd/yy | (3)<br>Value Code 2<br>(J-P) | (4)<br>Gain Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 205.  - Chevron | A | Dividend | J | T | | | | | |
| 206.  - Colgate-Palmolive | A | Dividend | K | T | | | | | |
| 207.  - Exxon Mobile | A | Dividend | J | T | | | | | |
| 208.  - McDonalds | B | Dividend | K | T | | | | | |
| 209.  - NY NY GO 5% Bonds | | None | | | Sold | 09/09/19 | K | A | |
| 210.  - Merk & Co. Stock | | None | | | Sold | 09/09/19 | K | D | |
| 211.  - NY NY GO 5% Bonds | | None | | | Sold | 09/09/19 | K | A | |
| 212.  - NY NY GO 5% Bonds | | None | | | Sold | 09/09/19 | K | A | |
| 213.  - NY ST Dorm Auth Pers Bonds | | None | | | Sold | 09/09/19 | K | A | |
| 214.  - NYC NY Tran Auth Bonds | | None | | | Sold | 09/09/19 | J | A | |
| 215.  - Met Tran Auth NY Bonds | | None | | | Sold | 11/05/19 | J | A | |
| 216.  - NY NY GO 5% Bonds | | None | | | Sold | 11/05/19 | K | A | |
| 217.  - NY NY GO 5% Bonds | | None | | | Sold | 11/05/19 | K | A | |
| 218.  - NY NY GO 5% Bonds | | None | | | Sold | 11/05/19 | J | A | |
| 219.  - NY NY GO 5% Bonds | | None | | | Sold | 11/05/19 | K | A | |
| 220.  - NY NY GO 5% Bonds | | None | | | Sold | 11/05/19 | J | A | |
| 221. | | | | | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,600 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 17 of 19 | Connolly, Colm F. | 05/04/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g , div , rent, or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g , buy, sell, redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of buyer/seller (if private transaction) |
| 222. | | | | | | | | | |
| 223. | | | | | | | | | |
| 224. | | | | | | | | | |
| 225. | | | | | | | | | |
| 226. | | | | | | | | | |
| 227. | | | | | | | | | |
| 228. | | | | | | | | | |
| 229. | | | | | | | | | |
| 230. | | | | | | | | | |
| 231. | | | | | | | | | |
| 232. | | | | | | | | | |
| 233. | | | | | | | | | |
| 234. | | | | | | | | | |
| 235. | | | | | | | | | |
| 236. | | | | | | | | | |
| 237. | | | | | | | | | |
| 238. | | | | | | | | | |

1 Income Gain Codes:     A =$1,000 or less        B =$1,001 - $2,500        C =$2,501 - $5,000         D =$5,001 - $15,000         E =$15,001 - $50,000
  (See Columns B1 and D4)  F =$50,001 - $100,000    G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2 Value Codes           J =$15,000 or less        K =$15,001 - $50,000      L =$50,001 - $100,000       M =$100,001 - $250,000
  (See Columns C1 and D3)  N =$250,001 - $500,000   O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
                          P3 =$25,000,001 - $50,000,000                      P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal              R =Cost (Real Estate Only)  S =Assessment              T =Cash Market
  (See Column C2)        U =Book Value             V =Other                   W =Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 18 of 19 | Connolly, Colm F. | 05/04/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part VII, Column B: Lines reflecting no income are so reported because none was attributed to those particular holdings during the reporting period, whether taxable, tax exempt, or tax deferred, or because the investments do not allocate income to individual holdings, but instead are credited only in unit value, per page 42 of the filing instructions.

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| Page 19 of 19 | Connolly, Colm F. | 05/04/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

**Signature:** s/ **Colm F. Connolly**

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544