IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VLSI TECHNOLOGY LLC,<br><br>Plaintiff,<br><br>v.<br><br>INTEL CORPORATION,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>) C.A. No. 18-966 (CFC) (CJB)<br>)<br>) **REDACTED - PUBLIC VERSION**<br>) **Original Filing Date: December 2, 2022**<br>) **Redacted Filing Date: December 9, 2022**<br>) |

## DECLARATION OF GREGORY LANTIER IN SUPPORT OF INTEL CORPORATION'S SUPPLEMENTAL BRIEF REGARDING DISCLOSURE STATEMENTS REQUIRED BY STANDING ORDER

I, Gregory Lantier, declare as follows:

1. I am an attorney with the law firm of Wilmer Cutler Pickering Hale & Dorr LLP, counsel for Intel Corporation in the above-captioned matter. I have personal knowledge of the matters stated herein and, if called upon, could competently testify thereto.

2. I have attached to this declaration true and correct copies of the following documents, as cited in the Supplemental Brief:

| Exhibit | Description |
|---|---|
| 1 | June 3 – June 15, 2022 email chain re: VLSI's statements in Response to Standing Orders |
| 2 | ██████████████████████████████ (Bates No. FORTRESS00001621) (excerpts) |

| 3 | Second Amended and Restated Limited Liability Company Agreement of VLSI Technology LLC (Bates No. VLSI-18-966DE00050417) (excerpts) |
|---|---|
| 4 | ███████████████████████████████████████ (Bates No. FORTRESS00050754) |
| 5 | Limited Liability Company Agreement of VLSI Technology LLC (Bates No. VLSI-18-966DE00050638) |
| 6 | FCO MA LSS LP Form D – Notice of Exempt Offering of Securities |
| 7 | FCO MA Centre Street LP Form D – Notice of Exempt Offering of Securities |
| 8 | FCO MA MI LP Form D – Notice of Exempt Offering of Securities |
| 9 | Schedule Tender Offer form for acquiring Finjan Holdings Inc. (excerpts) |
| 10 | Deposition Transcript of Eran Zur, *VLSI Tech. LLC v. Intel Corp.*, No. 1:19-cv-977-ADA (W.D. Tex.) dated September 26, 2019 (excerpts) |

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on December 2, 2022.

/s/ *Gregory Lantier*
Gregory Lantier

## CERTIFICATE OF SERVICE

I hereby certify that on December 2, 2022, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on December 2, 2022, upon the following in the manner indicated:

| | |
|---|---|
| Brian E. Farnan, Esquire<br>Michael J. Farnan, Esquire<br>FARNAN LLP<br>919 North Market Street, 12th Street<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Morgan Chu, Esquire<br>Ben Hattenbach, Esquire<br>Iian D. Jablon, Esquire<br>Christopher Abernethy, Esquire<br>Amy E. Proctor, Esquire<br>Dominik Slusarczyk, Esquire<br>Charlotte J. Wen, Esquire<br>Ian Washburn, Esquire<br>Michael D. Harbour, Esquire<br>IRELL & MANELLA LLP<br>1800 Avenue of the Stars, Suite 900<br>Los Angeles, CA  90067<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Ben J. Yorks, Esquire
A. Matthew Ashley, Esquire
IRELL & MANELLA LLP
840 Newport Center Drive, Suite 400
Newport Beach, CA  92660-6324
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

*/s/ Jeremy A. Tigan*

Jeremy A. Tigan (#5239)

2