EXHIBIT 1

| From: | Jablon, Iian |
|---|---|
| To: | Horn, Steven J |
| Cc: | WH Intel-VLSI Service; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com; #VLSI-Intel [Int]; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com |
| Subject: | RE: VLSI v. Intel (Del.) - VLSI"s Statements in Response to Standing Orders |
| Date: | Wednesday, June 15, 2022 4:58:11 PM |

**EXTERNAL SENDER**

Counsel,

Mr. Stolarski (and others) testified that VLSI is funded by its owners, which is clearly not third-party litigation funding and not subject to Judge Connolly's new Standing Order concerning Litigation Funding. Moreover, discovery has shown that VLSI is a duly incorporated and separately operated entity that does not require approval from any other person or entity in order to make decisions relevant to this action.

VLSI likewise disagrees with Intel's assertions concerning Judge Connolly's new Standing Order concerning Rule 7.1. Even if the new Standing Order applies retroactively to a case filed almost four years ago that is nearly ready for trial (which it, on its face, does not), all of the information required by the new Standing Order is already before the Court, including because it is discussed prominently in the parties' Cross-Motions for Summary Judgment on Intel's license defense.

VLSI does not intend to make either of the filings that Intel is demanding.

Best regards,

Iian

---

**From:** Horn, Steven J <Steven.Horn@wilmerhale.com>
**Sent:** Wednesday, June 15, 2022 8:41 AM
**To:** Jablon, Iian <IJablon@irell.com>
**Cc:** WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com; #VLSI-Intel [Int] <VLSI-Intel@irell.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Subject:** RE: VLSI v. Intel (Del.) - VLSI's Statements in Response to Standing Orders

Counsel,

We have not received a response to the below email. Please let us know by 6 pm ET tomorrow whether VLSI will file the required statements with the Court by Friday, June 17.

Best,
Steven

---

**From:** Horn, Steven J
**Sent:** Friday, June 10, 2022 3:19 PM
**To:** Jablon, Iian <IJablon@irell.com>
**Cc:** WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com; #VLSI-Intel [Int] <VLSI-Intel@irell.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Subject:** RE: VLSI v. Intel (Del.) - VLSI's Statements in Response to Standing Orders

Counsel,

Intel disagrees with VLSI's positions, which are contrary to the record, Chief Judge Connolly's standing orders, and the Federal Rules of Civil Procedure.

Contrary to your statement that "there is no third-party litigation funding in this case," VLSI's CEO Michael Stolarski has submitted a declaration in this matter in which he stated that "the entities that own VLSI's parent company are ***ultimately owned by third party investors*** such as pension funds, whose ***funds are managed by Fortress***." D.I. 652 ¶ 10 (emphases added).  Therefore, at the very least, the third-party investors and Fortress meet the definition of "Third-Party Funders" under Chief Judge Connolly's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements.  As a result, VLSI is required to file a statement that contains the following information:  "a.  [t]he identity, address, and if a legal entity, place of formation of the Third-Party Funder(s); b. [w]hether any Third-Party Funder's approval is necessary for litigation or settlement decision in the action, and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval; and c. [a] brief description of the nature of the financial interest of the Third-Party Funder(s)."  See https://www.ded.uscourts.gov/sites/ded/files/Standing%20Order%20Regarding%20Third-Party%20Litigation%20Funding.pdf.

With respect to Chief Judge Connolly's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, your interpretation of that standing order as not applying retroactively is inconsistent with the order and Federal Rule of Civil Procedure 7.1.  As an initial matter, a plaintiff's disclosure statement pursuant to Federal Rule of Civil Procedure 7.1 is usually filed before a case is assigned to a district court judge.  Therefore, by its very nature, the standing order must apply retroactively such that plaintiffs who have already filed disclosure statements before a case is assigned to Chief Judge Connolly are required to update their initial disclosure statements to supply the requested information.  Moreover, Federal Rule of Civil Procedure 7.1 requires a party to "promptly file a supplemental statement if any required information changes." See Fed. R. Civ. P. 7.1(b)(2).  Because the standing order changes the "required information," VLSI is required to file an updated disclosure statement that includes "the name of every owner, member, and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified."  See https://www.ded.uscourts.gov/sites/ded/files/Standing%20Order%20Regarding%20Disclosure%20Statements.pdf.
 The fact that VLSI contends that the parties have "filed extensive evidence concerning this issue" does not excuse VLSI of its obligation to update its disclosure statement.  Indeed, even VLSI's cited statement of facts shows the shortcomings of its previous disclosures, as it states that the ten entities that own CF VLSI Holdings LLC "are owned by outside investors such as pension and retirement funds," see D.I. 810 ¶ 19, but VLSI has not identified the full list of outside investors despite being required to do so by the Court's standing order.

Please confirm by the end of the day on Tuesday, June 14 that VLSI will file the required statements with the Court by Friday, June 17.

Best,
Steven

---

**From:** Jablon, Iian <IJablon@irell.com>
**Sent:** Tuesday, June 7, 2022 4:14 PM
**To:** Horn, Steven J <Steven.Horn@wilmerhale.com>
**Cc:** WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com; #VLSI-Intel [Int] <VLSI-Intel@irell.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com

**Subject:** RE: VLSI v. Intel (Del.) - VLSI's Statements in Response to Standing Orders

<span style="color:red">**EXTERNAL SENDER**</span>

Counsel,

As Intel is well aware from extensive discovery taken in this action and other cases between the parties, VLSI's owners are self-funding the litigation in this action.  Accordingly, Judge Connolly's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements does not apply, as there is no third-party litigation funding in this case.

Judge Connolly's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1 is likewise inapplicable here.  As an initial matter, unlike the new Third-Party Litigation Funding Order, the Rule 7.1 order applies to a notice that is filed at the outset of an action, and the new order does not state that it applies retroactively.  This action has already been pending before Judge Connolly for nearly four years, dispositive motions have been filed, and the case is nearly ready for trial, so there is no apparent relevance to any additional Rule 7.1 disclosures in this action.  Moreover, and in any event, the Court already has the details of VLSI's ownership that are called for by the new Rule 7.1 order, including because the parties have already filed extensive evidence concerning this issue in connection with the cross-motions for summary judgment on Intel's license defense.  See, e.g., D.I. 810, VLSI's SOF at paragraphs 19-27.

We also note that it is entirely unreasonable for Intel to demand that VLSI provide a detailed response on these issues within one business day.  VLSI has provided an expedited response as a courtesy, but reserves the right to expand upon the reasons why these new orders are not applicable in this action if Intel chooses to waste Judge Connolly's time with this issue.

Iian

---

**From:** Horn, Steven J <Steven.Horn@wilmerhale.com>
**Sent:** Tuesday, June 7, 2022 6:20 AM
**To:** #VLSI-Intel [Int] <VLSI-Intel@irell.com>; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com
**Subject:** RE: VLSI v. Intel (Del.) - VLSI's Statements in Response to Standing Orders

Counsel,

We have not received a response to the below email.  Please let us know by 6 pm ET today whether VLSI will file the statements required by the Court's April 18, 2022 standing orders by no later than this Friday, June 10.  If VLSI does not intend to do so, please provide your availability to meet and confer tomorrow.

Best,
Steven

---

**From:** Horn, Steven J
**Sent:** Friday, June 3, 2022 4:22 PM
**To:** vlsi-intel@irell.com; bfarnan@farnanlaw.com; mfarnan@farnanlaw.com
**Cc:** WH Intel-VLSI Service <WHIntel-VLSIService@wilmerhale.com>; JTigan@morrisnichols.com; JBlumenfeld@morrisnichols.com
**Subject:** VLSI v. Intel (Del.) - VLSI's Statements in Response to Standing Orders

Counsel,

Pursuant to Chief Judge Connolly's April 18, 2022 Standing Order Regarding Third-Party Litigation Funding Arrangements, VLSI has to file a statement containing information regarding (1) "[t]he identity, address, and, if a legal entity, place of formation of the Third-Party Funder(s)"; (2) "[w]hether any Third-Party Funder's approval is necessary for litigation or settlement decisions in the action, and if the answer is in the affirmative, the nature of the terms and conditions relating to that approval"; and (3) "[a] brief description of the nature of the financial interest of the Third-Party Funder(s)." *See* https://www.ded.uscourts.gov/sites/ded/files/Standing%20Order%20Regarding%20Third-Party%20Litigation%20Funding.pdf.  VLSI has not filed such a statement.

In addition, pursuant the Judge's April 18, 2022 Standing Order Regarding Disclosure Statements Required by Federal Rule of Civil Procedure 7.1, VLSI has to file a disclosure statement that includes "the name of every owner, member, and partner of the party, proceeding up the chain of ownership until the name of every individual and corporation with a direct or indirect interest in the party has been identified." *See* https://www.ded.uscourts.gov/sites/ded/files/Standing%20Order%20Regarding%20Disclosure%20Statements.pdf. VLSI has also not filed that statement.

Please let us know by Monday whether VLSI will file these statements by no later than next Friday, June 10.  If VLSI does not intend to do so, please provide your availability to meet and confer next week.

Thanks, and have a good weekend.

Best,
Steven

**Steven J Horn | WilmerHale**
1875 Pennsylvania Avenue NW
Washington, DC 20006 USA
+1 202 663 6432 (t)
+1 202 663 6363 (f)
steven.horn@wilmerhale.com

**Please consider the environment before printing this email.**

This email message and any attachments are being sent by Wilmer Cutler Pickering Hale and Dorr LLP, are confidential, and may be privileged. If you are not the intended recipient, please notify us immediately—by replying to this message or by sending an email to postmaster@wilmerhale.com—and destroy all copies of this message and any attachments. Thank you.

For more information about WilmerHale, please visit us at http://www.wilmerhale.com.

PLEASE NOTE: This message, including any attachments, may include privileged, confidential and/or inside information. Any distribution or use of this communication by anyone other than the intended recipient(s) is strictly prohibited and may be unlawful. If you are not the intended recipient, please notify the sender by replying to this message and then delete it from your system. Thank you.

# EXHIBIT 2

OUTSIDE COUNSEL'S EYES ONLY

FORTRESS00001604

OUTSIDE COUNSEL'S EYES ONLY

EXHIBIT 3

OUTSIDE COUNSEL EYES ONLY

VLSI-18-966DE00050412



OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY

# EXHIBIT 4

OUTSIDE COUNSEL EYES ONLY



OUTSIDE COUNSEL EYES ONLY

# EXHIBIT 5

OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY

VLSI-18-966DE00050639

OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY



OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY

OUTSIDE COUNSEL EYES ONLY



OUTSIDE COUNSEL EYES ONLY                    VLSI-18-966DE00050647

# EXHIBIT 6

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

---

**1. Issuer's Identity**

CIK (Filer ID Number)
0001493120

Previous Names  [X] None

Entity Type
[ ] Corporation
[X] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

Name of Issuer
FCO MA LSS LP

Jurisdiction of Incorporation/Organization
DELAWARE

Year of Incorporation/Organization
[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2010
[ ] Yet to Be Formed

---

**2. Principal Place of Business and Contact Information**

Name of Issuer
FCO MA LSS LP

Street Address 1
1345 AVENUE OF THE AMERICAS

Street Address 2
46TH FLOOR

City
NEW YORK

State/Province/Country
NEW YORK

ZIP/PostalCode
10105

Phone Number of Issuer
212-798-6100

---

**3. Related Persons**

Last Name
FCO MA LSS GP LLC

First Name
n/a

Middle Name

Street Address 1
1345 Avenue of the Americas

Street Address 2
46th Floor

City
New York

State/Province/Country
NEW YORK

ZIP/PostalCode
10105

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):
General Partner

---

**4. Industry Group**

[ ] Agriculture
Banking & Financial Services
 [ ] Commercial Banking
 [ ] Insurance
 [ ] Investing
 [ ] Investment Banking
 [X] Pooled Investment Fund
   [ ] Hedge Fund
   [ ] Private Equity Fund
   [ ] Venture Capital Fund
   [X] Other Investment Fund
   Is the issuer registered as an investment company under the Investment Company Act of 1940?
   [ ] Yes  [X] No
 [ ] Other Banking & Financial Services
[ ] Business Services
Energy
 [ ] Coal Mining
 [ ] Electric Utilities
 [ ] Energy Conservation
 [ ] Environmental Services
 [ ] Oil & Gas
 [ ] Other Energy

Health Care
 [ ] Biotechnology
 [ ] Health Insurance
 [ ] Hospitals & Physicians
 [ ] Pharmaceuticals
 [ ] Other Health Care
[ ] Manufacturing
Real Estate
 [ ] Commercial
 [ ] Construction
 [ ] REITS & Finance
 [ ] Residential
 [ ] Other Real Estate

[ ] Retailing
[ ] Restaurants
Technology
 [ ] Computers
 [ ] Telecommunications
 [ ] Other Technology
Travel
 [ ] Airlines & Airports
 [ ] Lodging & Conventions
 [ ] Tourism & Travel Services
 [ ] Other Travel
[ ] Other

---

**5. Issuer Size**

Revenue Range          OR          Aggregate Net Asset Value Range

| | |
|---|---|
| ☐ No Revenues | ☐ No Aggregate Net Asset Value |
| ☐ $1 - $1,000,000 | ☐ $1 - $5,000,000 |
| ☐ $1,000,001 - $5,000,000 | ☐ $5,000,001 - $25,000,000 |
| ☐ $5,000,001 - $25,000,000 | ☐ $25,000,001 - $50,000,000 |
| ☐ $25,000,001 - $100,000,000 | ☐ $50,000,001 - $100,000,000 |
| ☐ Over $100,000,000 | ☐ Over $100,000,000 |
| ☐ Decline to Disclose | ☒ Decline to Disclose |
| ☐ Not Applicable | ☐ Not Applicable |

---

**6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)**

| | |
|---|---|
| ☐ Rule 504(b)(1) (not (i), (ii) or (iii)) | ☐ Rule 505 |
| ☐ Rule 504 (b)(1)(i) | ☒ Rule 506 |
| ☐ Rule 504 (b)(1)(ii) | ☐ Securities Act Section 4(5) |
| ☐ Rule 504 (b)(1)(iii) | ☒ Investment Company Act Section 3(c) |

| | |
|---|---|
| ☐ Section 3(c)(1) | ☐ Section 3(c)(9) |
| ☐ Section 3(c)(2) | ☐ Section 3(c)(10) |
| ☐ Section 3(c)(3) | ☐ Section 3(c)(11) |
| ☐ Section 3(c)(4) | ☐ Section 3(c)(12) |
| ☐ Section 3(c)(5) | ☐ Section 3(c)(13) |
| ☐ Section 3(c)(6) | ☐ Section 3(c)(14) |
| ☒ Section 3(c)(7) | |

---

**7. Type of Filing**

☒ New Notice   Date of First Sale 2010-05-14   ☐ First Sale Yet to Occur
☐ Amendment

---

**8. Duration of Offering**

Does the Issuer intend this offering to last more than one year?   ☒ Yes   ☐ No

---

**9. Type(s) of Securities Offered (select all that apply)**

| | |
|---|---|
| ☒ Equity | ☒ Pooled Investment Fund Interests |
| ☐ Debt | ☐ Tenant-in-Common Securities |
| ☐ Option, Warrant or Other Right to Acquire Another Security | ☐ Mineral Property Securities |
| ☐ Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security | ☐ Other (describe) |

---

**10. Business Combination Transaction**

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?   ☐ Yes   ☒ No

Clarification of Response (if Necessary):

---

**11. Minimum Investment**

Minimum investment accepted from any outside investor $100,000,000 USD

---

**12. Sales Compensation**

| | |
|---|---|
| Recipient | Recipient CRD Number ☒ None |
| (Associated) Broker or Dealer ☒ None | (Associated) Broker or Dealer CRD Number ☒ None |
| Street Address 1 | Street Address 2 |
| City | State/Province/Country                ZIP/Postal Code |
| State(s) of Solicitation (select all that apply)   ☐ All States<br>Check "All States" or check individual States | ☐ Foreign/non-US |

---

**13. Offering and Sales Amounts**

| | | |
|---|---|---|
| Total Offering Amount | $329,875,000 USD | or ☐ Indefinite |
| Total Amount Sold | $101,500,000 USD | |
| Total Remaining to be Sold | $228,375,000 USD | or ☐ Indefinite |

Clarification of Response (if Necessary):

---

**14. Investors**

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering: 2

---

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of:  (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Rule 505 exemption, the issuer is not disqualified from relying on Rule 505 for one of the reasons stated in Rule 505(b)(2)(iii).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| FCO MA LSS LP | Marc K. Furstein | Marc K. Furstein | Chief Operating Officer of the General Partner | 2010-06-01 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

# EXHIBIT 7

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

## 1. Issuer's Identity

| CIK (Filer ID Number) | Previous Names [X] None | Entity Type |
|---|---|---|
| 0001547145 | | [ ] Corporation |

Name of Issuer
FCO MA Centre Street LP
Jurisdiction of Incorporation/Organization
DELAWARE
Year of Incorporation/Organization
[ ] Over Five Years Ago
[X] Within Last Five Years (Specify Year) 2012
[ ] Yet to Be Formed

Entity Type
[ ] Corporation
[X] Limited Partnership
[ ] Limited Liability Company
[ ] General Partnership
[ ] Business Trust
[ ] Other (Specify)

## 2. Principal Place of Business and Contact Information

Name of Issuer
FCO MA Centre Street LP

| Street Address 1 | Street Address 2 | |
|---|---|---|
| 1345 AVENUE OF THE AMERICAS | 46TH FLOOR | |
| City | State/Province/Country | ZIP/PostalCode | Phone Number of Issuer |
| NEW YORK | NEW YORK | 10105 | 212-798-6100 |

## 3. Related Persons

| Last Name | First Name | Middle Name |
|---|---|---|
| FCO MA Centre GP LLC | N?A | |
| Street Address 1 | Street Address 2 | |
| 1345 Avenue of the Americas | 46th Floor | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10105 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):
General Partner of the Issuer

| Last Name | First Name | Middle Name |
|---|---|---|
| Furstein | Marc | K. |
| Street Address 1 | Street Address 2 | |
| c/o FCO MA Centre GP LLC | 1345 Avenue of the Americas, 46th Floor | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10105 |

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):
Chief Operating Officer of the General Partner of the Issuer

| Last Name | First Name | Middle Name |
|---|---|---|
| FCO MA Centre Advisors LLC | N/A | |
| Street Address 1 | Street Address 2 | |
| 1345 Avenue of the Americas | 46th Floor | |
| City | State/Province/Country | ZIP/PostalCode |
| New York | NEW YORK | 10105 |

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):
Manager of the Issuer

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
[ ] Commercial Banking
[ ] Insurance
[ ] Investing
[ ] Investment Banking
[X] Pooled Investment Fund
  [ ] Hedge Fund
  [ ] Private Equity Fund
  [ ] Venture Capital Fund

Health Care
[ ] Biotechnology
[ ] Health Insurance
[ ] Hospitals & Physicians
[ ] Pharmaceuticals
[ ] Other Health Care

Manufacturing

Real Estate
[ ] Commercial

[ ] Retailing
[ ] Restaurants

Technology
[ ] Computers
[ ] Telecommunications
[ ] Other Technology

Travel
[ ] Airlines & Airports
[ ] Lodging & Conventions

[X] Other Investment Fund     [ ] Construction     [ ] Tourism & Travel Services

Is the issuer registered as an investment company under the Investment Company Act of 1940?    [ ] REITS & Finance    [ ] Other Travel

[ ] Yes   [X] No    [ ] Residential    [ ] Other

[ ] Other Banking & Financial Services    [ ] Other Real Estate

[ ] Business Services

Energy

[ ] Coal Mining

[ ] Electric Utilities

[ ] Energy Conservation

[ ] Environmental Services

[ ] Oil & Gas

[ ] Other Energy

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| [ ] No Revenues | | [ ] No Aggregate Net Asset Value |
| [ ] $1 - $1,000,000 | | [ ] $1 - $5,000,000 |
| [ ] $1,000,001 - $5,000,000 | | [ ] $5,000,001 - $25,000,000 |
| [ ] $5,000,001 - $25,000,000 | | [ ] $25,000,001 - $50,000,000 |
| [ ] $25,000,001 - $100,000,000 | | [ ] $50,000,001 - $100,000,000 |
| [ ] Over $100,000,000 | | [ ] Over $100,000,000 |
| [ ] Decline to Disclose | | [X] Decline to Disclose |
| [ ] Not Applicable | | [ ] Not Applicable |

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

[ ] Rule 504(b)(1) (not (i), (ii) or (iii))      [ ] Rule 505

[ ] Rule 504 (b)(1)(i)      [ ] Rule 506

[ ] Rule 504 (b)(1)(ii)      [ ] Securities Act Section 4(5)

[ ] Rule 504 (b)(1)(iii)      [X] Investment Company Act Section 3(c)

               [ ] Section 3(c)(1)      [ ] Section 3(c)(9)

               [ ] Section 3(c)(2)      [ ] Section 3(c)(10)

               [ ] Section 3(c)(3)      [ ] Section 3(c)(11)

               [ ] Section 3(c)(4)      [ ] Section 3(c)(12)

               [ ] Section 3(c)(5)      [ ] Section 3(c)(13)

               [ ] Section 3(c)(6)      [ ] Section 3(c)(14)

               [X] Section 3(c)(7)

## 7. Type of Filing

[X] New Notice    Date of First Sale 2012-03-30    [ ] First Sale Yet to Occur

[ ] Amendment

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    [ ] Yes [X] No

## 9. Type(s) of Securities Offered (select all that apply)

[X] Equity                                                      [X] Pooled Investment Fund Interests

[ ] Debt                                                   [ ] Tenant-in-Common Securities

[ ] Option, Warrant or Other Right to Acquire Another Security    [ ] Mineral Property Securities

[ ] Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security    [X] Other (describe)

                                                               Limited partner interests

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    [ ] Yes [X] No

Clarification of Response (if Necessary):

## 11. Minimum Investment

Minimum investment accepted from any outside investor $30,000,000 USD

## 12. Sales Compensation

| Recipient | | Recipient CRD Number [X] None |
|---|---|---|
| (Associated) Broker or Dealer [X] None | | (Associated) Broker or Dealer CRD Number [X] None |
| Street Address 1 | Street Address 2 | |
| City | State/Province/Country | ZIP/Postal Code |

State(s) of Solicitation (select all that apply)    All States
Check "All States" or check individual States    ☐ Foreign/non-US

---

**13. Offering and Sales Amounts**

| | | |
|---|---|---|
| Total Offering Amount | $800,000,000 USD | or ☐ Indefinite |
| Total Amount Sold | $400,000,000 USD | |
| Total Remaining to be Sold | $400,000,000 USD | or ☐ Indefinite |

Clarification of Response (if Necessary):

---

**14. Investors**

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.    _____

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering.    [ 5                    ]

---

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD  ☐ Estimate

Finders' Fees $0 USD  ☐ Estimate

Clarification of Response (if Necessary):

---

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD  ☐ Estimate

Clarification of Response (if Necessary):

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Rule 505 exemption, the issuer is not disqualified from relying on Rule 505 for one of the reasons stated in Rule 505(b)(2)(iii).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| FCO MA Centre Street LP | /s/ Marc K. Furstein | Marc K. Furstein | Chief Operating Officer of the General Partner | 2012-04-16 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

EXHIBIT 8

The Securities and Exchange Commission has not necessarily reviewed the information in this filing and has not determined if it is accurate and complete.
The reader should not assume that the information is accurate and complete.

**UNITED STATES SECURITIES AND EXCHANGE COMMISSION**
Washington, D.C. 20549
**FORM D**

**Notice of Exempt Offering of Securities**

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0076 |
| Estimated average burden | |
| hours per response: | 4.00 |

## 1. Issuer's Identity

CIK (Filer ID Number)          Previous Names    [X] None          Entity Type
0001638642

Name of Issuer                                                    [ ] Corporation
FCO MA MI LP                                                     [X] Limited Partnership
Jurisdiction of Incorporation/Organization                        [ ] Limited Liability Company
DELAWARE                                                         [ ] General Partnership
Year of Incorporation/Organization                                [ ] Business Trust
[ ] Over Five Years Ago                                          [ ] Other (Specify)
[X] Within Last Five Years (Specify Year) 2015
[ ] Yet to Be Formed

## 2. Principal Place of Business and Contact Information

Name of Issuer
FCO MA MI LP
Street Address 1                                  Street Address 2
1345 AVENUE OF THE AMERICAS                        46TH FLOOR
City                  State/Province/Country      ZIP/PostalCode        Phone Number of Issuer
NEW YORK              NEW YORK                     10105                 212-798-6100

## 3. Related Persons

Last Name                       First Name                       Middle Name
FCO MA MI GP LLC                n/a
Street Address 1                Street Address 2
1345 Avenue of the Americas     46th Floor
City                            State/Province/Country           ZIP/PostalCode
New York                        NEW YORK                         10105

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):
General Partner of the Issuer

Last Name                       First Name                       Middle Name
Furstein                        Marc                             K.
Street Address 1                Street Address 2
c/o FCO MA MI GP LLC            1345 Avenue of the Americas, 46th Floor
City                            State/Province/Country           ZIP/PostalCode
New York                        NEW YORK                         10105

Relationship: [X] Executive Officer [ ] Director [ ] Promoter

Clarification of Response (if Necessary):
Chief Operating Officer of the General Partner of the Issuer

Last Name                       First Name                       Middle Name
FCO MA MI Advisors LLC          n/a
Street Address 1                Street Address 2
1345 Avenue of the Americas     46th Floor
City                            State/Province/Country           ZIP/PostalCode
New York                        NEW YORK                         10105

Relationship: [ ] Executive Officer [ ] Director [X] Promoter

Clarification of Response (if Necessary):
Manager of the Issuer

## 4. Industry Group

[ ] Agriculture

Banking & Financial Services
[ ] Commercial Banking
[ ] Insurance
[ ] Investing
[ ] Investment Banking
[X] Pooled Investment Fund
    [ ] Hedge Fund
    [ ] Private Equity Fund
    [ ] Venture Capital Fund

Health Care
[ ] Biotechnology
[ ] Health Insurance
[ ] Hospitals & Physicians
[ ] Pharmaceuticals
[ ] Other Health Care

[ ] Manufacturing

Real Estate
[ ] Commercial

[ ] Retailing
[ ] Restaurants

Technology
[ ] Computers
[ ] Telecommunications
[ ] Other Technology

Travel
[ ] Airlines & Airports
[ ] Lodging & Conventions

- [X] Other Investment Fund

  Is the issuer registered as an investment company under the Investment Company Act of 1940?

  [ ] Yes    [X] No

- [ ] Construction
- [ ] REITS & Finance
- [ ] Residential
- [ ] Other Real Estate

- [ ] Tourism & Travel Services
- [ ] Other Travel
- [ ] Other

- [ ] Other Banking & Financial Services
- [ ] Business Services

  Energy
  - [ ] Coal Mining
  - [ ] Electric Utilities
  - [ ] Energy Conservation
  - [ ] Environmental Services
  - [ ] Oil & Gas
  - [ ] Other Energy

---

## 5. Issuer Size

| Revenue Range | OR | Aggregate Net Asset Value Range |
|---|---|---|
| [ ] No Revenues | | [ ] No Aggregate Net Asset Value |
| [ ] $1 - $1,000,000 | | [ ] $1 - $5,000,000 |
| [ ] $1,000,001 - $5,000,000 | | [ ] $5,000,001 - $25,000,000 |
| [ ] $5,000,001 - $25,000,000 | | [ ] $25,000,001 - $50,000,000 |
| [ ] $25,000,001 - $100,000,000 | | [ ] $50,000,001 - $100,000,000 |
| [ ] Over $100,000,000 | | [ ] Over $100,000,000 |
| [ ] Decline to Disclose | | [X] Decline to Disclose |
| [ ] Not Applicable | | [ ] Not Applicable |

---

## 6. Federal Exemption(s) and Exclusion(s) Claimed (select all that apply)

- [ ] Rule 504(b)(1) (not (i), (ii) or (iii))
- [ ] Rule 504 (b)(1)(i)
- [ ] Rule 504 (b)(1)(ii)
- [ ] Rule 504 (b)(1)(iii)
- [ ] Rule 505
- [X] Rule 506(b)
- [ ] Rule 506(c)
- [ ] Securities Act Section 4(a)(5)

- [X] Investment Company Act Section 3(c)
  - [ ] Section 3(c)(1)
  - [ ] Section 3(c)(2)
  - [ ] Section 3(c)(3)
  - [ ] Section 3(c)(4)
  - [ ] Section 3(c)(5)
  - [ ] Section 3(c)(6)
  - [X] Section 3(c)(7)
  - [ ] Section 3(c)(9)
  - [ ] Section 3(c)(10)
  - [ ] Section 3(c)(11)
  - [ ] Section 3(c)(12)
  - [ ] Section 3(c)(13)
  - [ ] Section 3(c)(14)

---

## 7. Type of Filing

[X] New Notice    Date of First Sale 2015-03-31    [ ] First Sale Yet to Occur
[ ] Amendment

---

## 8. Duration of Offering

Does the Issuer intend this offering to last more than one year?    [ ] Yes  [X] No

---

## 9. Type(s) of Securities Offered (select all that apply)

- [X] Equity
- [ ] Debt
- [ ] Option, Warrant or Other Right to Acquire Another Security
- [ ] Security to be Acquired Upon Exercise of Option, Warrant or Other Right to Acquire Security

- [X] Pooled Investment Fund Interests
- [ ] Tenant-in-Common Securities
- [ ] Mineral Property Securities
- [X] Other (describe)
  Limited Partnership Interests

---

## 10. Business Combination Transaction

Is this offering being made in connection with a business combination transaction, such as a merger, acquisition or exchange offer?    [ ] Yes  [X] No

Clarification of Response (if Necessary):

---

## 11. Minimum Investment

Minimum investment accepted from any outside investor $200,000,000 USD

---

## 12. Sales Compensation

| Recipient | Recipient CRD Number [ ] None |
|---|---|
| Fortress Capital Formation LLC (the "LLC") | 152385 |
| (Associated) Broker or Dealer [X] None | (Associated) Broker or Dealer CRD Number [X] None |
| None | None |
| Street Address 1 | Street Address 2 |
| 1345 Avenue of the Americas | 47th Floor |
| City | State/Province/Country | ZIP/Postal Code |
| New York | NEW YORK | 10105 |

State(s) of Solicitation (select all that apply)  ☐ All States
Check "All States" or check individual States   ☐ Foreign/non-US

MICHIGAN

---

**13. Offering and Sales Amounts**

| | |
|---|---|
| Total Offering Amount | $200,000,000 USD or ☐ Indefinite |
| Total Amount Sold | $200,000,000 USD |
| Total Remaining to be Sold | $0 USD or ☐ Indefinite |

Clarification of Response (if Necessary):

---

**14. Investors**

☐ Select if securities in the offering have been or may be sold to persons who do not qualify as accredited investors, and enter the number of such non-accredited investors who already have invested in the offering.

Regardless of whether securities in the offering have been or may be sold to persons who do not qualify as accredited investors, enter the total number of investors who already have invested in the offering.   1

---

**15. Sales Commissions & Finder's Fees Expenses**

Provide separately the amounts of sales commissions and finders fees expenses, if any. If the amount of an expenditure is not known, provide an estimate and check the box next to the amount.

Sales Commissions $0 USD ☐ Estimate

Finders' Fees $0 USD ☐ Estimate

Clarification of Response (if Necessary):

The LLC, a registered broker-dealer, acts as placement agent for the Issuer, but neither it nor its registered reps are receiving any sales commission, finders' fees, or other remuneration from the Issuer for acting in such capacity in this offering.

---

**16. Use of Proceeds**

Provide the amount of the gross proceeds of the offering that has been or is proposed to be used for payments to any of the persons required to be named as executive officers, directors or promoters in response to Item 3 above. If the amount is unknown, provide an estimate and check the box next to the amount.

$0 USD ☐ Estimate

Clarification of Response (if Necessary):

---

**Signature and Submission**

**Please verify the information you have entered and review the Terms of Submission below before signing and clicking SUBMIT below to file this notice.**

**Terms of Submission**

In submitting this notice, each issuer named above is:

- Notifying the SEC and/or each State in which this notice is filed of the offering of securities described and undertaking to furnish them, upon written request, in the accordance with applicable law, the information furnished to offerees.*

- Irrevocably appointing each of the Secretary of the SEC and, the Securities Administrator or other legally designated officer of the State in which the issuer maintains its principal place of business and any State in which this notice is filed, as its agents for service of process, and agreeing that these persons may accept service on its behalf, of any notice, process or pleading, and further agreeing that such service may be made by registered or certified mail, in any Federal or state action, administrative proceeding, or arbitration brought against the issuer in any place subject to the jurisdiction of the United States, if the action, proceeding or arbitration (a) arises out of any activity in connection with the offering of securities that is the subject of this notice, and (b) is founded, directly or indirectly, upon the provisions of: (i) the Securities Act of 1933, the Securities Exchange Act of 1934, the Trust Indenture Act of 1939, the Investment Company Act of 1940, or the Investment Advisers Act of 1940, or any rule or regulation under any of these statutes, or (ii) the laws of the State in which the issuer maintains its principal place of business or any State in which this notice is filed.

- Certifying that, if the issuer is claiming a Regulation D exemption for the offering, the issuer is not disqualified from relying on Regulation D for one of the reasons stated in Rule 505(b)(2)(iii) or Rule 506(d).

Each Issuer identified above has read this notice, knows the contents to be true, and has duly caused this notice to be signed on its behalf by the undersigned duly authorized person.

For signature, type in the signer's name or other letters or characters adopted or authorized as the signer's signature.

| Issuer | Signature | Name of Signer | Title | Date |
|---|---|---|---|---|
| FCO MA MI LP | /s/ Marc K. Furstein | Marc K. Furstein | Chief Operating Officer of the General Partner of the Issuer | 2015-04-14 |

*Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB number.*

* This undertaking does not affect any limits Section 102(a) of the National Securities Markets Improvement Act of 1996 ("NSMIA") [Pub. L. No. 104-290, 110 Stat. 3416 (Oct. 11, 1996)] imposes on the ability of States to require information. As a result, if the securities that are the subject of this Form D are "covered securities" for purposes of NSMIA, whether in all instances or due to the nature of the offering that is the subject of this Form D, States cannot routinely require offering materials under this undertaking or otherwise and can require offering materials only to the extent NSMIA permits them to do so under NSMIA's preservation of their anti-fraud authority.

EXHIBIT 9

SC TO-T 1 tm2022885-1_sctot.htm SC TO-T

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### Washington, D.C. 20549

## SCHEDULE TO

**Tender Offer Statement Under Section 14(d)(1) or 13(e)(1)
of the Securities Exchange Act of 1934**

# Finjan Holdings, Inc.
### (Name of Subject Company)

# CFIP Goldfish Merger Sub Inc.
#### (Offeror)
**a direct wholly owned subsidiary of**

# CFIP Goldfish Holdings LLC
#### (Parent of Offeror)

**Fortress Operating Entity I LP
FIG Corp.
Fortress Investment Group LLC
(Other Person)
(Names of Filing Persons (identifying status as Offeror or Issuer))**

**Common stock, par value $0.0001 per share
(Title of Class of Securities)**

**31788H303
(CUSIP Number of Class of Securities)**

**CFIP Goldfish Merger Sub Inc.
c/o Fortress Investment Group LLC
Attention: David N. Brooks
Secretary, Vice President and General Counsel
1345 6th Avenue, 46th Floor
New York, New York 10105
(212) 798-6100
(Name, address, and telephone numbers of person authorized to receive notices and
communications on behalf of filing persons)**

*With copies to:*

**Asi Kirmayer
Sidley Austin LLP
787 Seventh Avenue
New York, New York 10019
(212) 839-5404**

Exhibit (a)(1)(A)

Offer to Purchase for Cash

**All Outstanding Shares of Common Stock**

of

# Finjan Holdings, Inc.

at

**$1.55 per Share, Net to the Seller in Cash,**

by

# CFIP Goldfish Merger Sub Inc.

a direct wholly owned subsidiary of

# CFIP Goldfish Holdings LLC

---

**The Offer (as defined herein) and withdrawal rights will expire at 12:00 midnight, Eastern time, at the end of July 22, 2020 (one minute after 11:59 p.m., Eastern time, on July 22, 2020), unless the Offer is extended.**

---

The Offer is being made pursuant to the Agreement and Plan of Merger, dated as of June 10, 2020 (the "**Merger Agreement**"), by and among CFIP Goldfish Holdings LLC, a Delaware limited liability company ("**Parent**"), CFIP Goldfish Merger Sub Inc., a Delaware corporation ("**Offeror**") and wholly owned subsidiary of Parent, and Finjan Holdings, Inc., a Delaware corporation ("**Finjan**"). Offeror is offering to purchase all outstanding shares of common stock of Finjan, par value $0.0001 per share ("**Shares**"), for a price per Share of $1.55 (such amount, as it may be adjusted from time to time upon the terms and subject to the conditions set forth in the Merger Agreement, the "**Offer Price**"), net to the seller in cash, without interest and less any withholding of taxes required by applicable law, upon the terms and subject to the conditions set forth in this offer to purchase (the "**Offer to Purchase**"), and the related letter of transmittal that accompanies this Offer to Purchase (the "**Letter of Transmittal**" which, together with this Offer to Purchase, as each may be amended or supplemented from time to time in accordance with the Merger Agreement described below, collectively constitute the "**Offer**"). Parent is controlled by Fortress Operating Entity I LP ("**FOE I**"), a Delaware limited partnership, FIG Corp., a Delaware corporation ("**FOE GP**") and Fortress Investment Group LLC, a Delaware limited liability company ("**FIG**" and, together with FOE I and FOE GP, "**Fortress**").

Pursuant to the Merger Agreement, following successful consummation of the Offer and the satisfaction or waiver of each of the applicable conditions set forth in the Merger Agreement, Offeror will merge with and into Finjan (the "**Merger**") without a meeting of holders of Shares in accordance with Section 251(h) of the General Corporation Law of the State of Delaware (the "**DGCL**"), with Finjan continuing as the surviving corporation in the Merger and a wholly owned subsidiary of Parent (the "**Surviving Corporation**"). At the effective time of the Merger (the "**Effective Time**"), each Share outstanding immediately prior to the Effective Time (other than Shares held by Finjan (or held in Finjan's treasury) or its subsidiaries, Shares held by Parent, Offeror or any other direct or indirect subsidiary of Parent or Offeror or any person that directly or indirectly owns all of the equity interests in Parent or Offeror or any Shares held by any person who is entitled to and properly demands statutory appraisal of his, her or its Shares under Section 262 of the DGCL in connection with the Merger) will be converted into the right to receive an amount in cash equal to the Offer Price, without interest and less any withholding of taxes required by applicable law. Under no circumstances will interest be paid with respect to the purchase of Shares pursuant to the Offer, regardless of any extension of the Offer or any delay in making payment for Shares.

**The Offer is not subject to any financing condition.** The Offer is conditioned upon, among other things, the satisfaction of the "Minimum Condition" and other conditions described in Section 15 — "Certain Conditions of the Offer."

**The Finjan board of directors (the "Finjan Board") has unanimously adopted resolutions (1) determining that the Merger Agreement and the transactions contemplated thereby are fair to and in the best interests of Finjan and the holders of Shares, (2) resolving that the Merger Agreement and the Merger will be effected pursuant to Section 251(h) of the DGCL, (3) approving and declaring advisable the Merger Agreement and the transactions contemplated thereby, including the Offer and the Merger, upon the terms and subject to the conditions and limitations set forth in the Merger Agreement and in accordance with the DGCL and (4) determining, upon the terms and subject to the conditions contained in the Merger Agreement to recommend that holders of Shares accept the Offer and tender their Shares pursuant to the Offer.**

**A summary of the principal terms of the Offer appears under the heading "Summary Term Sheet". You should read this entire Offer to Purchase carefully before deciding whether to tender your Shares pursuant to the Offer.**

**June 24, 2020**

## SCHEDULE I

DIRECTORS AND EXECUTIVE OFFICERS OF
PARENT, OFFEROR AND CONTROLLING ENTITIES

1.    **CFIP Goldfish Merger Sub Inc.**

CFIP Goldfish Merger Sub Inc. ("**Offeror**") is a Delaware corporation. Offeror was formed on June 1, 2020 solely for the purpose of completing the Offer and the Merger and has conducted no business activities other than activities incidental to its formation or in connection with the transactions contemplated by the Merger Agreement. Until immediately prior to the time Offeror purchases Shares pursuant to the Offer, it is not anticipated that Offeror will have any significant assets or liabilities or engage in activities other than those incidental to their formation, capitalization and the transactions contemplated by the Offer and/or the Merger. Offeror is a direct wholly owned subsidiary of Parent (as defined below). The current business address of Offeror is c/o Fortress Investment Group LLC, 1345 6th Avenue, 46th Floor, New York, New York 10105, and the current business phone number is (212) 798-6100.

**Directors and Executive Officers of Offeror.**   The following table sets forth the name, business address and telephone number, present principal occupation and employment history and past material occupations, positions, offices or employment for at least the past five years of each of the directors, executive officers and control persons of Offeror. The current business address of each of the directors and officers is c/o Fortress Investment Group LLC, 1345 6th Avenue, 46th Floor, New York, New York 10105, and the current business phone number of each of the directors and officers is (212) 798-6100. Unless otherwise specified, each of the persons below is a United States citizen.

| Name and Position | Present Principal Occupation or Employment; Material Positions Held During at Least the Past Five Years |
|---|---|
| Constantine M. Dakolias<br>Managing Partner and Director | Mr. Dakolias is a Managing Partner based in New York of the Fortress Credit Funds Business. Mr. Dakolias also serves on Fortress's Management and Operating Committees. Prior to joining Fortress in 2001, Mr. Dakolias was a Managing Director, Chief Credit Officer and co-founder of American Commercial Capital LLC (a specialty finance company) and Coronado Advisors (an SEC registered broker dealer), both of which were sold to Wells Fargo & Co. in 2001. Mr. Dakolias was previously a director at RER Financial Group ("RER") where he was responsible for the firm's acquisition efforts as a principal and as a provider of third party due diligence and asset management.<br>Mr. Dakolias serves on the Board of Trustees for Columbia University, the American School of Classical Studies at Athens, and the Millbrook School. Mr. Dakolias is also a co-founder and member of the Executive Committee of The Hellenic Initiative, as well as a member of the Council on Foreign Relations. Mr. Dakolias received a B.S. in Physics from Columbia University. |
| Joshua Pack<br>Managing Partner and Director | Mr. Pack is a Managing Partner of the Fortress Credit Funds Business and is based in Los Angeles. Mr. Pack heads the illiquid strategies and serves on the investment committee for the Credit Funds and is a member of the Management Committee of Fortress. Mr. Pack is also the Co-CIO of the Drawbridge Special Opportunities Fund, Fortress Lending Fund and Fortress Credit Opportunities Fund V. Mr. Pack has 20 years of credit investment and workout experience through multiple credit cycles. Since joining the Fortress Credit Funds Business at its inception in 2002, Mr. Pack has analyzed, structured and negotiated hundreds of lending, structured equity and real estate transactions. Prior to joining Fortress, Mr. Pack was a Vice President with Wells Fargo & Co. in the capital markets group. Before that, |

I-1

| Name and Position | Present Principal Occupation or Employment; Material Positions Held During at Least the Past Five Years |
|---|---|
| | Mr. Pack was a Vice President with American Commercial Capital, an independent specialty finance company focused on corporate and real estate lending to middle market businesses that was subsequently acquired by Wells Fargo & Co. in 2001. Mr. Pack serves as a Director on multiple corporate and philanthropic Boards. Mr. Pack attended the United States Air Force Academy and received a B.A. in Economics from California State University, San Marcos. |
| Drew McKnight Managing Partner and Director | Mr. McKnight is a Managing Partner of the Fortress Credit Funds Business and is based in San Francisco. Mr. McKnight heads the liquid strategies and serves on the investment committee for the Credit Funds and is a member of the Management Committee of Fortress. Mr. McKnight is also the Co-CIO of the Drawbridge Special Opportunities Fund, Fortress Lending Fund and Fortress Credit Opportunities Fund V. Prior to joining Fortress in 2005, Mr. McKnight was at Fir Tree Partners where he was responsible for analyzing and trading high yield and convertible bonds, bank debt, derivatives and equities for the value-based hedge fund. Prior to Fir Tree, Mr. McKnight worked at Goldman, Sachs & Co. in Leveraged Finance and the Distressed Bank Debt trading group. Mr. McKnight received a B.A. in Economics from the University of Virginia. |
| Marc K. Furstein President | Mr. Furstein is the President of the Fortress Credit Funds Business and is also a member of the firm's Management Committee. Prior to joining Fortress in 2001, Mr. Furstein co-founded and was the Chief Operating Officer of American Commercial Capital (a specialty finance company) and Coronado Advisors (an SEC registered broker dealer). Both companies were sold to Wells Fargo in 2001. Prior to that, Mr. Furstein was co-manager of the opportunistic real estate loan business of Goldman, Sachs & Co. Mr. Furstein was also involved in the acquisition of distressed business, consumer and real estate loans and had responsibility for the management of more than 60 portfolios of such assets. In this role, he designed and oversaw the implementation of financial reporting, tax, compliance and asset management systems, policies and procedures. Mr. Furstein received a B.A. from Columbia University and an M.B.A. from the Wharton School of Business at the University of Pennsylvania. |
| Jason Meyer Chief Operating Officer | Mr. Meyer is the Chief Operating Officer of the Fortress Credit Funds Business, and is based in New York. Prior to joining Fortress in 2007, Mr. Meyer was a partner at Hampshire Equity Partners, a middle market private equity firm. Prior to Hampshire, Mr. Meyer worked at BT Capital Partners, the private equity arm of Bankers Trust Company. Before that, Mr. Meyer worked as a financial analyst at Alex. Brown & Sons in the investment banking department. Mr. Meyer has served as a director of companies in the consumer products, building products, niche manufacturing and IT services industries. Mr. Meyer received a B.S. from Boston College and an M.B.A from Columbia Business School. |
| William A Covino Chief Financial Officer | Mr. Covino is a Managing Director and Chief Financial Officer of the Fortress Credit Opportunities Funds. Mr. Covino has been employed with Fortress since 2008, formerly as Managing Director and Chief |

I-2

| Name and Position | Present Principal Occupation or Employment; Material Positions Held During at Least the Past Five Years |
|---|---|
| | Financial Officer of the Fortress Real Estate Opportunities Funds and, prior to that, as Vice President and Deputy CFO of the Fortress Credit Opportunities Funds. Prior to joining Fortress in 2008, Mr. Covino was a Project Controller and Vice President of Finance for the Master Developer of a waterfront redevelopment project in Asbury Park, New Jersey. Mr. Covino was previously employed with Fortress from 1999 to 2005 where he worked as a Vice President and Controller with Newcastle Investment Corp., the firm's first public real estate investment trust. Prior to that, Mr. Covino was an Audit Senior with Ernst & Young LLP's real estate practice. Mr. Covino is a certified public accountant licensed in New York state and received a B.B.A. from Iona College. |
| Jennifer Sorkin Treasurer | Jennifer Sorkin is a Managing Director and the Treasurer of the Credit Funds at Fortress Investment Group LLC, responsible for management of the Treasury and Operations teams. Ms. Sorkin joined Fortress in 2004. Prior to joining Fortress, Ms. Sorkin worked in the private investment operations group at Prudential Investment Management. Ms. Sorkin received a B.S in Finance from the University of Maryland. |
| David N. Brooks Secretary | Mr. Brooks succeeded as the general counsel of FIG in 2007. Mr. Brooks is also a member of FIG's Management Committee and serves as the general counsel of the Credit business as well as the firm. Prior to joining FIG in 2004 as the Deputy General Counsel, Mr. Brooks spent nearly eight years at Cravath, Swaine & Moore LLP, where he specialized in mergers and acquisitions, capital markets transactions, including initial public offerings and high-yield debt issuances, and providing corporate governance advice to large public companies. Mr. Brooks received a B.S. in Economics from Texas A&M University and a J.D. from the University of Texas School of Law. |
| David Prael Chief Administrative Officer | Mr. Prael is a Managing Director based in New York, and the Chief Administrative Officer of the Credit Funds and Chief Financial Officer of the Credit Hedge Funds at Fortress. Upon joining Fortress in 2006, Mr. Prael established and led the Financial Planning and Analysis Group which included a focus on the Drawbridge Special Opportunities Fund and frequent interaction with the team. In 2012, Mr. Prael took on additional corporate responsibilities by managing the operations group. Prior to joining Fortress, Mr. Prael worked in various capacities for IBM, including the Chief Financial Officer of IBM Global Financing, Mexico and Global Finance Manager for ibm.com. Mr. Prael received a B.S. in Finance and International Business from Pennsylvania State University. |

## 2.  CFIP Goldfish Holdings LLC

CFIP Goldfish Holdings LLC ("**Parent**") is a Delaware limited liability company. Parent was formed on May 29, 2020, solely for the purpose of completing the Offer and the Merger and has conducted no business activities other than activities incidental to its formation or in connection with the transactions contemplated by the Merger Agreement. Until immediately prior to the time Offeror purchases Shares pursuant to the Offer, it is not anticipated that Parent will have any significant assets or liabilities or engage

I-3

# EXHIBIT 10

1

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION
- - - - - - - - - - - - - - - - - - - - - - - x
VLSI TECHNOLOGY, LLC,
Plaintiff, :
v. : Case No.
INTEL CORPORATION, : No. 1:19-cv-00977-ADA
Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - x

Virtual videotaped 30(b)(6)Deposition of
Fortress Investment Group, LLC
ERAN ZUR
OUTSIDE COUNSEL EYES ONLY
Monday, July 13, 2020
11:06 a.m.

Job No.: 304449
Pages: 1 - 151
Reported by: THERESA A. VORKAPIC,
CSR, RMR, CRR, RPR

2

Virtual videotaped deposition of Eran Zur, pursuant to notice before Theresa A. Vorkapic, a Certified Shorthand Reporter, Registered Merit Reporter, Certified Realtime Reporter, Registered Professional Reporter and a Notary Public in and for the State of Illinois.

3

A P P E A R A N C E S
ON BEHALF OF THE PLAINTIFF:
IAN JABLON, ESQUIRE
CHARLOTTE J. WEN, ESQUIRE
IRELL & MANELLA, LLP
1800 Avenue of the Stars
Suite 900
Los Angeles, California 90067-4276
310-203-7945

ON BEHALF OF THE DEFENDANT:
AMANDA L. MAJOR, ESQUIRE
BRADLEY M. BAGLIEN, ESQUIRE (BOSTON)
WILMER CUTLER PICKERING HALE AND DORR, LLP
1875 Pennsylvania Avenue, NW
Washington, DC 20006
202-663-6432

ALSO PRESENT:
NATHAN Le MASTER, Audiovisual Technician,
Planet Depos
LUCIEN NEWELL, Videographer,
Planet Depos

4

[redacted]



OUTSIDE COUNSEL EYES ONLY
Transcript of Eran Zur, Corporate Designee
Conducted on July 13, 2020





151

1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3      I, Theresa A. Vorkapic, Certified

4  Shorthand Reporter No. 084-2589, CSR, RMR, CRR,

5  RPR, and a Notary Public in and for the County of

6  Kane, State of Illinois, the officer before whom

7  the foregoing deposition was taken, do hereby

8  certify that the foregoing transcript is a true

9  and correct record of the testimony given; that

10  said testimony was taken by me and thereafter

11  reduced to typewriting under my direction; that

12  reading and signing was not requested; and that I

13  am neither counsel for, related to, nor employed

14  by any of the parties to this case and have no

15  interest, financial or otherwise, in its outcome.

16      IN WITNESS WHEREOF, I have hereunto set my

17  hand and affixed my notarial seal this 25th day of

18  July 2020.

19  My commission expires November 6, 2023.

20

21  _____

22  THERESA A. VORKAPIC

23  NOTARY PUBLIC IN AND FOR ILLINOIS

24

25